SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
DANIEL J. McQUEEN, Cal. Bar No. 217498
LINDSAY M. HOLLOMAN, Cal. Bar No. 271266
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
KEAHN N. MORRIS, Cal. Bar No. 273013
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:   415.434.3947

Attorneys for Respondent
DIGNITY HEALTH

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA FLORES, an individual,<br><br>Petitioner,<br><br>v.<br><br>DIGNITY HEALTH, a California corporation; and DOES 1 through 5, Inclusive,<br><br>Respondents. | Case No. ___18-cv-2471___<br><br>**DECLARATION OF DANIEL J. MCQUEEN IN SUPPORT OF NOTICE OF REMOVAL**<br><br>[Petition filed: February 2, 2018]<br><br>[Filed concurrently with Civil Cover Sheet; Notice of Removal; Declaration of Amy Mantell; Corporate Disclosure Statement; and Certificate of Interested Parties] |

SMRH:485806175.1      DECLARATION OF DANIEL J. MCQUEEN IN SUPPORT OF NOTICE OF REMOVAL

# DECLARATION OF DANIEL J. MCQUEEN

I, DANIEL J. MCQUEEN, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with the law firm of Sheppard, Mullin, Richter & Hampton LLP, counsel of record for Respondent Dignity Health. I have personal knowledge of the facts set forth in this declaration, which are known by me to be true and correct. If called as a witness, I could and would competently testify concerning these facts.

2. On February 2, 2018, Petitioner Veronica Flores filed a Petition for Confirmation of Arbitration Award and Entry of Judgment in the matter of *Veronica Flores v. Dignity Health*, Ventura County Superior Court Case No. 56-2018-00507600-CU-PA-VTA. Attached hereto as **Exhibit A** is a true and correct copy of the Petition and Summons in the above-entitled matter.

3. To my knowledge, no other pleadings have been filed to date in the above-entitled matter, other than the Petition.

4. On February 2, 2018, Plaintiff Veronica Flores also filed a Complaint in a separate matter entitled *Veronica Flores v. Dignity Health*, Ventura County Superior Court Case No. 56-2018-00507606-CU-WT-VTA. Attached hereto as **Exhibit B** is a true and correct copy of the Civil Complaint and Summons in the above-entitled matter.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 27, 2018 at Los Angeles, California

_____
DANIEL J. MCQUEEN