1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  DANIEL J. McQUEEN, Cal. Bar No. 217498
   LINDSAY M. HOLLOMAN, Cal. Bar No. 271266
4  333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
5  Telephone: 213.620.1780
   Facsimile:  213.620.1398
6
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
7    A Limited Liability Partnership
     Including Professional Corporations
8  KEAHN N. MORRIS, Cal. Bar No. 273013
   Four Embarcadero Center, 17th Floor
9  San Francisco, California 94111-4109
   Telephone: 415.434.9100
10 Facsimile:  415.434.3947

11 Attorneys for Defendant
   DIGNITY HEALTH
12

13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16

17 VERONICA FLORES, an individual,      Case No. 18-cv-2471

18                 Plaintiff,
                                        **DECLARATION OF AMY
19    v.                                MANTELL IN SUPPORT OF
                                        NOTICE OF REMOVAL**
20 DIGNITY HEALTH, a California
   corporation; and DOES 1 through 5,
21 Inclusive,                           [Complaint filed: February 2, 2018]

22                 Defendants.          [Filed concurrently with Civil Cover
                                        Sheet; Notice of Removal; Declaration
23                                      of Daniel J. McQueen; Corporate
                                        Disclosure Statement; and Certificate of
24                                      Interested Parties]

25

26

27

28

---

SMRH:485805418.1        DECLARATION OF AMY MANTELL IN SUPPORT OF NOTICE OF REMOVAL

## DECLARATION OF AMY MANTELL

I, AMY MANTELL, declare as follows:

1. I am currently employed as the Director of Human Resources for Defendant Dignity Health's St. John's Regional Medical Center (the "Hospital"). I have held this position since July 2015 and have been employed at Dignity Health since January 18, 1989. I am providing this declaration in support of Dignity Health's Notice of Removal. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify hereto.

2. As a Director of Human Resources, my job demands that I have access to and knowledge of records and other information retained by the Hospital pertaining to its current and former employees. My role also requires that I be familiar with the Hospital's policies. I also have access to and familiarity with the Hospital's personnel files, employee time records, and payroll records.

3. I have reviewed the personnel file of Veronica Flores. Flores was employed by Dignity Health as a Clinical Tech and Registered Nurse at the Hospital from 1994 until 2015.

4. Dignity Health is a not-for profit public-benefit corporation that operates over 30 facilities in three states, including California. At all material times, the Hospital's Registered Nurses, including Veronica Flores, have been represented by the Service Employees International Union Local 121RN (the "Union"). Their employment is governed by a collective bargaining agreement ("CBA") between Dignity Health and the Union. A true and correct copy of the CBA between Dignity Health and the Union, effective July 2, 2012 until June 30, 2015, is attached hereto as Exhibit 1.

1  I declare under penalty of perjury under the laws of the State of California
2  and the United States of America that the foregoing is true and correct.
3  Executed on March 27, 2018 at Oxnard, California

*Amy Mantell*
AMY MANTELL