# EXHIBIT 1



**SEIU 121RN**
Nurse Alliance

Collective Bargaining Agreement Between

**SEIU Local 121RN**

and

**Dignity Health**

July 2, 2012 to June 30, 2015

Exhibit C    (Page 1 of 165)                    -4-

Exhibit C    (Page 2 of 165)                 -5-

TABLE OF CONTENTS

PREAMBLE ........................................................................................................ 6

ARTICLE 1 - SHARED VISION AND RESPONSIBILITY .......................... 7

ARTICLE 2 - RECOGNITION OF UNION AND EXCLUSIONS ............... 8

ARTICLE 3 - STANDARDS PRESERVED ................................................ 10

ARTICLE 4 - JOB SECURITY ................................................................... 11

ARTICLE 5 - SUBCONTRACTING, CONSOLIDATIONS AND SHARED
SERVICES ..................................................................................................... 12

   A.   SUBCONTRACTING PROHIBITED ..................................................................... 12
   B.   SHARED SERVICES ....................................................................................... 12
   C.   CONSOLIDATION OF SERVICES ..................................................................... 12
   D.   NO LOSS OF JURISDICTION ........................................................................... 14
   E.   NOTICE AND BIDDING FOR CLOSURES, CONSOLIDATION, SHARED SERVICE ENTITIES .... 15
   F.   OFF-SITE SUBCONTRACTING .......................................................................... 15
        1.   Notice ..................................................................................... 15
        2.   Requirement to Bargain .......................................................... 15
        3.   Union Alternatives .................................................................. 15
        4.   Mediation ............................................................................... 15
        5.   No Strike/No Lockout .............................................................. 16
        6.   Currently Subcontracted Work ............................................... 16

ARTICLE 6 - EQUAL EMPLOYMENT OPPORTUNITIES ..................... 17

   DISCRIMINATION ............................................................................................ 17
   EQUAL PAY .................................................................................................. 17

ARTICLE 7 - UNION MEMBERSHIP ....................................................... 18

   A.   UNION MEMBERSHIP REQUIREMENTS ........................................................... 18
   B.   NOTICE TO NEW EMPLOYEES ...................................................................... 18
   C.   DEDUCTION OF UNION MEMBERSHIP FEES .................................................. 18

ARTICLE 8 - NEW EMPLOYEES, ORIENTATION AND EMPLOYEE LISTS .. 19

ARTICLE 9 - COPE CHECK-OFF ............................................................. 20

ARTICLE 10 - BULLETIN BOARDS .......................................................... 21

ARTICLE 11 - CATEGORIES OF EMPLOYEES ...................................... 23

   A.   EMPLOYEE CATEGORIES DEFINED ............................................................... 23
   B.   CATEGORY CHANGE ..................................................................................... 24
   C.   MINIMUM AVAILABILITY (PER DIEM) ........................................................... 25
   D.   REDUCTION IN STATUS ................................................................................. 26

ARTICLE 12 - PROBATIONARY PERIOD ............................................... 27

ARTICLE 13 - SENIORITY AND JOB VACANCIES ............................... 28

   A.   COMMENCEMENT OF SENIORITY .................................................................. 28
   B.   JOB VACANCIES, POSTING AND BIDDING ..................................................... 28

ARTICLE 14 - EMPLOYMENT SECURITY ............................................. 32

   A.   EMPLOYMENT SECURITY GOALS .................................................................. 32

1

Exhibit C     (Page 3 of 165)

-6-

B.  COMMITMENT TO EXPEDITIOUS RESPONSE TO STAFFING CHANGES ..........................32
C.  IMPLEMENTATION OF STAFF REDUCTIONS ...............................................................32
D.  NOTIFICATION ...........................................................................................................33
E.  ALTERNATIVE ARRANGEMENTS ..................................................................................33
F.  SEVERANCE PAY .........................................................................................................33
G.  BENEFITS ....................................................................................................................34
H.  RECALL .......................................................................................................................34
I.  GENERAL SEVERANCE PROVISIONS: ...........................................................................35

## ARTICLE 15 - CALL-OFFS AND DAILY CANCELLATIONS ............................... 36

A.  EVERY EFFORT TO AVOID CALL-OFFS .........................................................................36
B.  HC TIME AS TIME WORKED .......................................................................................36
C.  ORDER OF CALL-OFF ..................................................................................................36
D.  CALL-OFF NOTICE PRIOR TO START OF SCHEDULED SHIFT .......................................37
E.  CALLED-OFF EMPLOYEES OFF THE SCHEDULE ...........................................................37
F.  SENIORITY AMONG VOLUNTEERS ...............................................................................37
G.  TRANSFERS .................................................................................................................37

## ARTICLE 16 - FLOATING ............................................................................................ 39

A.  GENERAL PROVISIONS .................................................................................................39
B.  ORIENTATION ..............................................................................................................39
C.  OTHER PROVISIONS .....................................................................................................40
D.  NORTHRIDGE HOSPITAL MEDICAL CENTER RN FLOATING CLUSTERS AND GUIDELINES ...............43

## ARTICLE 17 - CLASSIFICATION AND WAGES ..................................................... 48

A.  SCHEDULE OF WAGES (SEE APPENDIX B FOR WAGE SCALES THAT REFLECT THE FOLLOWING
    INCREASES) ..................................................................................................................48
B.  PAY DAY .....................................................................................................................49
C.  PAY CHECK ERRORS ...................................................................................................49
D.  PROGRESSION SCHEDULE ............................................................................................49
E.  JOB DESCRIPTION, JOB CLASSIFICATION, OR JOB TITLE ...............................................50
F.  UNIFORMS ...................................................................................................................51
G.  TRAINING PAY/PRECEPTOR PAY ..................................................................................51
H.  EVALUATIONS ..............................................................................................................51
I.  RELIEF IN HIGHER PAID CLASSIFICATIONS ..................................................................51
J.  CHARGE/COORDINATOR DIFFERENTIAL ........................................................................51
K.  FLOATING DIFFERENTIAL .............................................................................................52
L.  SHIFT DIFFERENTIAL ...................................................................................................52
M.  PER DIEM COMPENSATION ...........................................................................................53
N.  BILINGUAL SERVICES ..................................................................................................53
O.  STANDBY/CALLBACK ...................................................................................................54
P.  FREE PARKING ............................................................................................................56
Q.  EXTRA SHIFT INCENTIVE PAY .....................................................................................56
R.  DOUBLE TIME FOR CONSECUTIVE DAYS WORKED AFTER SIX (NHMC ONLY) ...................56
S.  COMPENSATION RATE REVIEW: ...................................................................................57
T.  THERE SHALL BE NO PYRAMIDING OR DUPLICATION OF OVERTIME PAY OR PREMIUM PAY PAID
    AT THE RATE OF TIME AND A HALF OR DOUBLE TIME ..................................................57
U.  WEEKEND DIFFERENTIAL: EFFECTIVE THE FIRST FULL PAY PERIOD IN MAY 2010, ALL NURSES
    WILL RECEIVE A DIFFERENTIAL OF $1.00/PER HOUR ON ALL WEEKEND HOURS WORKED.  A
    WEEKEND IS DEFINED IN ARTICLE 18 HOURS OF WORK SECTION F. WEEKEND WORK ...................57
V.  MICN (SJRMC/SJPVH):  TWO INDIVIDUALS PER SHIFT WILL BE ASSIGNED TO SERVE AS THE
    MICN FOR THE BASE STATION RADIO.  THE MICN DIFFERENTIAL WILL BE: $1.00 PER HOUR
    EFFECTIVE THE FIRST FULL PAY PERIOD FOLLOWING MAY 1, 2009 AND $2.00 PER HOUR
    EFFECTIVE THE FIRST FULL PAY PERIOD FOLLOWING MAY 1, 2010. ...................................58

2

Exhibit C    (Page 4 of 165)

**ARTICLE 18 - HOURS OF WORK** ........................................................... 59
  A.   DEFINITIONS .................................................................59
  B.   OVERTIME ....................................................................59
  C.   POSTING OF SCHEDULES .................................................60
  D.   REST AND MEAL PERIODS ...............................................61
  E.   REST BETWEEN SHIFTS ..................................................61
  F.   WEEKEND WORK ...........................................................62
  G.   SHIFT ROTATION ...........................................................62
  H.   FLEXIBLE WORKING ARRANGEMENTS (FWA) .....................62
  I.   OVERTIME / ADDITIONAL HOURS ....................................63
  J.   REPORT PAY ................................................................63
  K.   DAYS OFF ...................................................................63
  L.   SELF-SCHEDULING ........................................................64
  M.   SHIFT TRADES ..............................................................64
  N.   SPLIT SHIFTS ...............................................................64
  O.   HOLIDAY PREMIUM .......................................................64
  P.   PYRAMIDING ................................................................65

**ARTICLE 19 - PAID TIME OFF, ESL, HOLIDAYS AND TIME OFF
SCHEDULING** ................................................................................. 66

**ARTICLE 20 - RETIREMENT** .............................................................. 81

**ARTICLE 21 - HEALTH INSURANCE** ................................................. 82
  A.   MEDICAL PLAN .............................................................82
  B.   DENTAL AND VISION INSURANCE ....................................82
  C.   LEGALLY DOMICILED ADULT .........................................82
  D.   PRESCRIPTION DRUG PLANS ...........................................83
  E.   DUAL COVERAGE ..........................................................83
  F.   EMPLOYEE HEALTH AND CARE MANAGEMENT PROGRAM .....83
  G.   DEPENDENT BUYOUT .....................................................83

**ARTICLE 22 - BEREAVEMENT LEAVE** ............................................. 87

**ARTICLE 23 - LEAVE OF ABSENCE** .................................................. 88
  A.   LEAVE REQUESTS ..........................................................88
  B.   LEAVES OF ABSENCE DEFINED ........................................88
  C.   CONCURRENT LEAVE .....................................................89
  D.   ELIGIBILITY FOR LEAVE .................................................89
  E.   MEDICAL LEAVE ...........................................................89
  F.   FMLA / CFRA .............................................................89
  G.   PREGNANCY DISABILITY LEAVE ......................................90
  H.   WORK-RELATED DISABILITY LEAVE .................................90
  I.   MILITARY LEAVE ..........................................................91
  J.   VOLUNTARY LEAVES FOR DISASTER SERVICES ..................91
  K.   UNION LEAVE ...............................................................91
  L.   OTHER LEAVES OF ABSENCE ..........................................92
  M.   RETURN TO DUTY ..........................................................92
  N.   FAILURE TO RETURN FROM LEAVE ..................................93
  O.   PERFORMING WORK WHILE ON LEAVE .............................93
  P.   NOTICE TO REPLACEMENTS ...........................................93

**ARTICLE 24 - ACCIDENTAL DEATH & DISMEMBERMENT, GROUP LIFE
INSURANCE & LONG TERM DISABILITY** ........................................ 94

**ARTICLE 25 - PHYSICAL EXAMINATIONS** ...................................... 95

3

Exhibit C    (Page 5 of 165)

**-8-**

**ARTICLE 26 - JURY DUTY** ................................................................................. 96

   A.   ELIGIBLE EMPLOYEES .......................................................................96
   B.   NOTIFICATION AND REASSIGNMENT ................................................96
   C.   TELEPHONE STANDBY ......................................................................96
   D.   PAYMENT FOR JURY DUTY TIME .....................................................96
   E.   OBLIGATION TO RETURN TO WORK IF RELEASED ............................96
   F.   VOLUNTEER SERVICE .......................................................................97
   G.   WITNESS PAY ..................................................................................97

**ARTICLE 27 - TUITION REIMBURSEMENT / CONTINUED EDUCATION TIME** ........................................................................................................... 98

   A.   TUITION REIMBURSEMENT ...............................................................98
   B.   CONTINUING EDUCATION TIME ........................................................99
   C.   IN-SERVICE EDUCATION .................................................................100

**ARTICLE 28 - COMMITTEES** .......................................................................... 101

   A.   STATEWIDE JOINT LABOR-MANAGEMENT LEADERSHIP COMMITTEE ......101
   B.   JOINT LABOR-MANAGEMENT COMMITTEE .......................................101
   C.   HEALTH AND SAFETY .....................................................................103
   D.   PATIENT CARE COMMITTEE ...........................................................104
   E.   PATIENT CLASSIFICATION SYSTEM COMMITTEE ..............................104

**ARTICLE 29 - GRIEVANCE & ARBITRATION** ................................................ 108

   A.   DEFINITIONS .................................................................................108
   B.   INITIATING A GRIEVANCE ..............................................................108
   C.   TIMELINESS – FAILURE TO MEET GRIEVANCE TIMELINES .................109
   D.   UNION PARTICIPATION ...................................................................109
   E.   ARBITRATION ................................................................................109

**ARTICLE 30 - DISCIPLINE AND DISCHARGE** .............................................. 112

   A.   JUST CAUSE ..................................................................................112
   B.   PROGRESSIVE DISCIPLINE ..............................................................112
   C.   INVESTIGATORY SUSPENSION .........................................................112
   D.   WRITTEN DISCIPLINARY ACTION ...................................................112
   E.   DISCIPLINARY NOTICES, REBUTTAL, AND INSPECTION OF PERSONNEL FILES .....112
   F.   WEINGARTEN RIGHTS .....................................................................112
   G.   CLEANSING PERIOD .......................................................................112

**ARTICLE 31 - FIELD REPRESENTATIVES AND SHOP STEWARDS** ............. 114

   A.   FIELD REPRESENTATIVES ................................................................114
   B.   UNION SHOP STEWARDS .................................................................114
   C.   EMPLOYEE REPRESENTATIVES TO UNION NEGOTIATION COMMITTEE ....115
   D.   USE OF FACILITY CONFERENCE ROOMS ..........................................115

**ARTICLE 32 - NO STRIKE / NO LOCKOUT** ................................................... 116

**ARTICLE 33 - CHANGE OF OWNERSHIP** ...................................................... 117

**ARTICLE 34 - SEPARABILITY & SAVINGS CLAUSE** ................................... 118

**ARTICLE 35 - MEDICAL MALPRACTICE INSURANCE** ................................ 119

**ARTICLE 36 - SAFE PATIENT HANDLING** .................................................... 120

**ARTICLE 37 - EVENT REPORTING AND MANAGEMENT** ............................ 121

4

Exhibit C     (Page 6 of 165)

PURPOSE ...................................................................................................... 121
POLICY ........................................................................................................ 121
DEFINITIONS .............................................................................................. 122
RESPONSIBILITY STATEMENT ............................................................... 123
PROCEDURE ............................................................................................... 123

**ARTICLE 38 - COURTESY** ................................................................. **128**

**ARTICLE 39 - PATIENT CARE TECHNOLOGY REVIEW PROCEDURES.... 129**

**ARTICLE 40 – PATIENT CARE AND STAFFING BY ACUITY** ......................... **130**

**ARTICLE 41 - UNSCHEDULED ABSENCES** ..................................... **131**

   A.   DEFINITIONS .......................................................................................... 131
   B.   PROCESS .................................................................................................. 131
   C.   EXCEPTIONS ........................................................................................... 132
   D.   OTHER ..................................................................................................... 132

**ARTICLE 42 - RETIREE HEALTH PROGRAM** ................................ **133**

**ARTICLE 43 - SAFETY AND SECURITY** .......................................... **135**

**ARTICLE 44 - TERM** ............................................................................. **136**

**APPENDIX A - RECOGNITION PROCEDURE** .................................. **137**

   A.   APPLICATIONS ....................................................................................... 137
   B.   STATEMENT OF PHILOSOPHY .............................................................. 137
   C.   GUIDELINES ........................................................................................... 137
   D.   NOTICE OF INTENT TO ORGANIZE ........................................................ 139
   E.   DETERMINATION OF MAJORITY STATUS/ELECTION ............................ 139
   F.   DISPUTE RESOLUTION RE: ELECTION PROCESS ISSUES ...................... 144

**APPENDIX B - WAGES** ......................................................................... **146**

PAY LEVEL I ................................................................................................ 146
PAY LEVEL II - STAFF RN .......................................................................... 146
PAY LEVEL III – SPECIALTY UNIT STAFF ................................................ 146
PAY LEVEL IV ............................................................................................. 146

**ADDENDUM** ........................................................................................... **149**

**SIDE LETTER ON CLINICAL LADDER COMMITTEE** ...................... **158**

**SIDE LETTER REGARDING SENIORITY AND YEARS OF EXPERIENCE AT
SJRMC AND SJPVH** ................................................................................. **.. 158**

**SIDE LETTER ON SAFE PATIENT STAFFING/ HANDLING** ......................... **158**

5

Exhibit C      (Page 7 of 165)

**-10-**

## PREAMBLE

This Agreement is executed on this 2nd day of July 2012.  It is between Dignity Health (hereinafter for convenience called "the Employer") and Service Employees International Union Local 121RN (hereinafter for convenience called "the Union").  This Agreement is the embodiment of the understanding between the parties for the term that it shall be effective; and as such it represents a compromise of all interests resulting from collective bargaining negotiations.  The Employer and the Union, and each of the officers thereof executing this Agreement, jointly and severally represent that they are duly authorized to execute this Agreement.

It is the mutual intent of the parties that all Employer, employees and managers, physicians and Union Representatives treat each other with dignity, respect, courtesy and trust, and that these principles shall also apply in all dealing with patients and visitors.  It is further the intent of the parties that the provisions of this Agreement further these goals.

6

Exhibit C     (Page 8 of 165)                    -11-

## ARTICLE 1 - SHARED VISION AND RESPONSIBILITY

The Employer and the Union share a commitment to provide high quality, therapeutic, accessible, affordable healthcare to the communities we serve.  The Employer and Union further agree that they use their best efforts to provide the highest level of patient care and that they will work together to improve the lives of the people and communities they serve by: respecting the inherent value and worth of each person; working together with people who support common values and visions to achieve shared goals; advocating for social change and acting in ways that promote respect for all persons and each other and demonstrate compassion; cultivating the resources entrusted to promote healing and wholeness; and exceeding expectations through teamwork and innovation.  Both parties recognize that it is also to their mutual advantage to have efficient and continuous operations of the hospital in order to provide quality patient care.

7

Exhibit C    (Page 9 of 165)

-12-

## ARTICLE 2 - RECOGNITION OF UNION AND EXCLUSIONS

A.  The Employer recognizes the Union as the collective bargaining representative in a single bargaining unit for employees covered by this Agreement. This Agreement shall apply to Registered Nurses in the bargaining units certified by the National Labor Relations Board at Northridge Hospital Medical Center, St. John's Regional Medical Center and St. John's Pleasant Valley.

This Agreement shall also apply to any employees who are added to the bargaining unit by unit clarification, accretion and/or agreement by the parties.

B.  This Agreement shall also apply to any other classification(s), which may be established within the scope of duties now included within this bargaining unit(s).

C.  Supervisory Employees

The Employer recognizes the fact that bona fide supervisory employees (pursuant to NLRB definition) are only those who have the authority to hire, promote, discipline, discharge or otherwise effect changes in the status of employees or effectively recommend such action. The Employer shall not establish jobs or job titles for the purpose of excluding work or employees from the bargaining unit as established in this Article of the Agreement and shall not hire or utilize existing supervisors to perform bargaining unit work. Supervisory employees will not perform duties normally performed by employees falling within the scope of this Agreement except for emergencies requiring immediate action, or under circumstances that are beyond the control of the Employer, or for training situations where the performance of bargaining unit work may be required, but is limited and minimal, or where necessary to maintain competencies may be required, but is limited and minimal, or in an emergency and/or a situation where the delivery of healthcare services or important operations could be compromised and it would be necessary for a supervisor to assist until an appropriate bargaining unit employee is available.

For the life of the Agreement, the Employer agrees not to and expressly waives any right it may have to withdraw recognition concerning, to petition for unit clarification concerning, or in any other way to challenge the inclusion in the bargaining unit of any employees or classifications or job titles who or which are currently included in the unit on the grounds that they are or may be supervisors or supervisory.

D.  The Employer agrees to recognize the Union as the collective bargaining agent on behalf of employees in any appropriate unit at facilities where a majority of employees voting, vote for union representation, subject to the decision of the arbitrator or NLRB or Election Officer resolving any outstanding objections to the election. Upon certification of the Union as the collective bargaining representative, such employees, if employed in Dignity Health facilities in California, shall be accreted into and covered by all non-economic terms of this Agreement (with the

8

Exhibit C     (Page 10 of 165)                                    **-13-**

exception of the No Strike/No Lockout provision during subsequent economic negotiations).   The parties will negotiate wages and benefits for newly covered employees.

The Employer and the Union reserve the right to engage in economic action, up to and including work stoppage, only in the classification(s) or unit(s) accreted, in support of their respective positions on the issues related to bargaining, until a final complete agreement is reached.

9

Exhibit C     (Page 11 of 165)                    -14-

## ARTICLE 3 - STANDARDS PRESERVED

No employee shall suffer any reduction in wages, benefits or other terms and conditions of employment, economic or otherwise, as a result of coverage under this Agreement.

10

Exhibit C     (Page 12 of 165)

**-15-**

## ARTICLE 4 - JOB SECURITY

A.  The parties acknowledge a common goal and intent of providing employment and income security to employees. As such, it is the intent of the parties to avoid displacement of employees, but recognize there are circumstances when avoiding displacement cannot be achieved. The parties acknowledge a mutual intention to make use of attrition, business growth, job matching, retraining and/or other mutually agreed upon mechanisms to accomplish this goal. Insofar as practicable, the Employer will make every effort to avoid displacing employees, i.e., reductions in force, reduction in hours, daily cancellations, and job elimination on a temporary, indefinite, or permanent basis. The parties agree that employees faced with displacement from their position shall be given first consideration for reassignment or floating wherever possible in lieu of involuntary reduction. Furthermore, if an employee is displaced, the Employer will assist employees in identifying other job opportunities in other departments at the home facility or at other Dignity Health facilities.

B.  Education Fund

The Employer hereby agrees to contribute .22% (twenty two hundredths of one percent) of the collective bargaining unit's annual gross payroll to the SEIU United Healthcare Workers West and Joint Employer Education Fund. Said contribution payments for the current year shall be payable no later than February 28th and shall be based on the W-2s for the prior year. In the event of partial years, the employer shall contribute based on a pro rata basis. The employer further agrees to be bound by the terms of the Trust Agreement, the Plan Document, and the rules and regulations adopted by the Trustees of the Fund.

11

Exhibit C     (Page 13 of 165)                    -16-

## ARTICLE 5 - SUBCONTRACTING, CONSOLIDATIONS AND SHARED SERVICES

For the purposes of this Section, the term Bargaining Unit Work means work performed by employees represented by the Union and covered by this Agreement.

A. Subcontracting Prohibited

There will be no subcontracting of bargaining unit work performed by employees, except as provided below in subsection F, Off-site Subcontracting. For the purposes of this Agreement, the following (B. Shared Services and C. Consolidation of Services) shall not be considered subcontracting.

B. Shared Services

Shared Services Defined: A shared service is an entity, which is not an acute-care facility, newly created or acquired by the Employer for the purpose of providing services to a facility or facilities within the Region. Where the work involved in the new entity is bargaining unit work and is moved into the shared service entity, the representation of employees in the new entity shall be determined as follows:

1. Internal Shared Services

Where the shared service entity provides services for facilities currently covered by this Agreement, and work is performed only by employees who immediately preceding the creation or acquisition of a shared service entity were covered by this Agreement, the Agreement shall apply to any shared service entity as provided herein. The procedure for filling positions shall be as set forth in Section C, Consolidation of Services, Subsection 1, Internal Consolidation.

2. External Shared Services Affecting Union facility and Shared Service Facility With Employees Already On Site

Where the work involved in the new entity includes bargaining unit work and is moved into the shared service entity, and the work is performed by employees in comparable classifications either represented by another collective bargaining agent or not represented, the filling of positions and questions of representation shall be as set forth in Section C, Consolidation of Services, Subsection 2, External Consolidation, subparagraphs (c) or (d), as applicable, below.

C. Consolidation of Services

12

Exhibit C     (Page 14 of 165)                                    -17-

1. Internal Consolidation (Union Affected Only)

   An internal consolidation of services is the merging of facilities, departments, campuses or services in which bargaining unit work performed at one or more locations is transferred in whole or in part to another acute-care facility or facilities and where all employees performing such work are covered by this collective bargaining agreement. Following consolidation, the Union under the terms and conditions of this Agreement will represent all such employees.

   Bidding Preference Order. In cases of campus closure, internal consolidation of services or the creation of an internal shared service entity (as defined in Section B.2 above), all available positions that are comparable to the position currently held by bargaining unit employees will be posted. Bargaining unit employees in those positions at all facilities will be permitted to bid for the comparable positions based upon seniority and category, according to the preference order in Article 13, Seniority and Job Vacancies.

   After the bidding process, any affected regular employee who has not been awarded a regular position will be considered upon request as a displaced employee at the facility's/Hospital's department which remain unaffected and will exercise his/her seniority rights in conformance with the applicable provisions for displacement in the Agreement.

2. External Consolidation (affecting Union Facility and Facility Currently Not Represented and/or Represented by Another Collective Bargaining Agent)

   External Consolidation Defined: An external consolidation of services is the merging of existing or newly opened and acquired campuses, facilities, departments or services in which bargaining unit work performed at one or more locations is transferred, in whole or in part, to another location(s) within Dignity Health where employees performing such work in one of the affected facilities is represented by another union or is not represented by another union. Representation at such a consolidated site shall be determined as follows:

   a. External Consolidation On Site Represented By Union.

      Where the consolidation results in work being performed at a site where employees assigned the work are represented by the Union, the collective bargaining agreement shall continue in full force and effect. The parties will meet to discuss a procedure by which either non-union or other union represented employees whose work is being transferred may be placed in any additional positions created at the consolidated site.

   b. External Consolidation On Site Currently Represented By Another Collective Bargaining Agent.

13

Exhibit C     (Page 15 of 165)

-18-

Where the external consolidation takes place at a site where the employees assigned the work are represented by another Collective Bargaining Agent, the Union, the Employer and the other Collective Bargaining Agent will meet to discuss a procedure to staff any additional positions created at the consolidated site.

c. External Consolidation On Site Currently Not Represented by a Union.

Where the consolidation occurs at a site where immediately prior to the consolidation the employees performing the work were not represented by any union, all comparable positions will be posted.

For the purposes of this Section (C.2.c), "comparable positions" means positions comparable to positions covered by this Agreement. Employees in comparable positions at the affected facilities, including those not represented by the Union, shall be eligible to bid for positions in the comparable positions in the comparable classifications based upon seniority and category in the preference order set forth in Article 13, Seniority and Job Vacancies.

Affected employees who are not successful in obtaining a comparable position in the department(s) in which the consolidated services have been placed, shall be placed initially on the Casual list and subsequent determination of majority status, an employee may have his/her name removed from the Casual list by so informing the Employer in writing.

Majority Status. At the conclusion of the initial staffing, if a majority of such regular full-time and part-time employees, limited part-time employees and casual employees in departments into which work has been consolidated were represented by the Union immediately prior to the consolidation, the Employer will recognize the Union as the collective bargaining agent for that group of employees.

At the conclusion of initial staffing, if a majority of full-time and part-time employees, limited part-time and short-hour employees, and casual employees in departments into which work has been consolidated were not represented by the Union immediately prior to the consolidation, questions concerning representation shall be determined in accordance with procedures under the National Labor Relations Act and consistent with the Recognition Procedure set forth in this Agreement.

D. No Loss of Jurisdiction

In all circumstances outlined in the selection above, Article 2, Recognition of Union and Exclusions, shall continue to apply.

14

Exhibit C    (Page 16 of 165)                                    **-19-**

E.  Notice and Bidding for Closures, Consolidation, Shared Service Entities

The Employer will give both the Union and affected employees at least ninety (90) days' notice of its intent to consolidate services, create or acquire a shared service entity, and at least six (6) months' notice in the event of the closure of a campus and/or facility.

F.  Off-Site Subcontracting

1.  Notice

The Employer shall give the Union at least ninety (90) days' notice of its intent to subcontract any bargaining unit work to another Employer who will not perform such work on the Employer's premises. "Another Employer" means a service provider other than one over whom the Employer has majority control. In the event the Employer has majority control over an outside service provider, the appropriate terms under Shared Services (Section 5.B.1) or Consolidation of Services (Section 5.C.1) will apply. In the event the Employer has a minority interest (less than fifty percent [50%]) in the outside service provider, all terms of this section, Off-Site Subcontracting shall apply.

2.  Requirement to Bargain

Upon request of the Union, the Employer agrees to bargain over the decision to subcontract bargaining unit work and the effects of that decision, as described herein. The Employer further agrees that a decision to subcontract off-site will be based upon overall cost savings, improvement in the quality of patient care, and/or technological advances, but shall not be based on a decision to reduce labor rates (e.g. wages and benefits) as set forth in this Agreement, or used with the intention of avoiding the terms and conditions of this Agreement.

3.  Union Alternatives

During the bargaining over the decision and its effects, the Union shall have the right to offer alternatives to the subcontracting. If, in the opinion of the Employer, the alternatives proposed by the Union achieve seventy-six percent (76%) of the savings targeted by the Employer, and improve the quality of patient care and are feasible, the Employer will agree to implement the Union proposal in whole or in part in place of subcontracting.

4.  Mediation

If no agreement is reached between the Employer and the Union regarding the decision to subcontract and its effects within sixty (60) days after the Employer has provided the Union notice of its intent to subcontract and/or the Employer does not

15

Exhibit C    (Page 17 of 165)                    **-20-**

agree to implement an acceptable alternative in place of subcontracting, either party may request the services of the Federal Mediation and Conciliation Services, or a private mediator mutually agreed upon by the parties.

5.  No Strike/No Lockout

If no agreement is reached between the Employer and the Union regarding the decision to subcontract and its effects within ninety (90) days after the Employer has provided the Union notice of its intent to subcontract, the Union may suspend the No-Strike/No Lockout provision of the Agreement with regard to Subcontracting. The Union shall provide such notice in writing and in compliance with applicable law.

6.  Currently Subcontracted Work

The Employer also agrees that it will, upon request, discuss with the Union the possibility of bringing currently subcontracted work into the bargaining unit.

16

Exhibit C      (Page 18 of 165)                    **-21-**

## ARTICLE 6 - EQUAL EMPLOYMENT OPPORTUNITIES

DISCRIMINATION

Neither the Employer nor the Union will engage in conduct that would constitute unlawful discrimination under the National Labor Relations Act. Union activities shall not interfere with the normal operations of the Employer.

Neither the Employer nor the Union shall discriminate for or against any employee because of race, creed, color, religion, age, sex, sexual orientation, national origin, ancestry, disability, medical condition, veteran status (including Vietnam-era or disabled veteran status), political affiliation, marital status or in violation of any City, State or Federal laws.

Each party retains its right to challenge any administrative, judicial or other ruling or interpretation of any applicable laws relating to any form of discrimination if it disagrees with such ruling or interpretation.

EQUAL PAY

There shall be no distinction between the wages paid to men and the wages paid to women for the performance of comparable quality and quantity of work on the same or similar operations.

17

Exhibit C    (Page 19 of 165)

-22-

## ARTICLE 7 - UNION MEMBERSHIP

A. UNION MEMBERSHIP REQUIREMENTS

1. During the life of this Agreement, employees of the Employer who are subject to this Agreement shall be required as a condition of employment to maintain membership in the Union in good standing, subject to federal law. Compliance is required by the 31st day after employment or the 31st day after the date of this Agreement, whichever is later.

2. The Union shall notify the Employer and the affected employee in writing of an employee's failure to comply with the provisions of this Article and shall afford each such employee fifteen (15) work days, after the employee has been mailed such notice at his or her last known address, in which to comply.  If said employee does not comply with the provisions of this Article within a ten (10) day period following actual notice, the employee shall be promptly terminated upon written notice of such fact from the Union and the Employer.  The Union will hold the Employer harmless from any claims or liability arising out of this Section, including the expense of defending against such claims.

B. NOTICE TO NEW EMPLOYEES

At the time a new employee, who will be subject to this Agreement is hired, the Employer shall deliver to the employee a written notice stating that the Employer recognizes the Union as the collective bargaining agent for the employees covered by the Agreement and a Union application and dues authorization card. This written notice shall quote or paraphrase the provisions of this Article of the Agreement.  The Employer will also provide each new employee with a list, prepared by the Union, of current shop stewards, their departments and/or work areas and telephone numbers.

C. DEDUCTION OF UNION MEMBERSHIP FEES

1. The Employer will honor written assignments of wages to the Union for the payment of Union membership fees when such assignments are submitted in a form agreed to by the Employer and the Union.

2. The Employer will promptly remit the membership fees deducted pursuant to such assignments together with a list on hard copy and a disk or electronically showing the following information for Union: rate, former and new department, shift status (i.e. regular, part-time, per diem, temporary) and date of transfer.  The Employer is not required to provide that data for employees, who have transferred out of the bargaining unit, other than a list of employees with their name, former and new department, date of transfer and license number.

18

Exhibit C    (Page 20 of 165)                    **-23-**

## ARTICLE 8 - NEW EMPLOYEES, ORIENTATION AND EMPLOYEE LISTS

A. During the new hire orientation, the Union may provide to employees materials including:

  1. a copy of the provisions of this Agreement;

  2. a Union Membership card;

  3. a list of shop stewards, prepared by the Union, showing their departments and/or work areas and telephone numbers;

  4. other Union material provided that it does not disparage the Employer.

B. During the new hire orientation for new employees, the Employer will allow a representative of the Union up to thirty (30) minutes during the final period of such program, to discuss the Union and the terms of this Agreement. In the event a shop steward is assigned, the stewards shall be released from work without loss of pay to participate in the session, provided that patient care permits. Where such program is regularly scheduled such release should normally occur.

C. The Employer will provide to the Union the following information no later than the 10th of each month in both hard copy and on disk or electronically.

  1. a list of new hires, including their name, home address, home phone number, classification, wage rate, department, shift, status (i.e. regular, part-time, per diem, temporary), date of hire, experience date, and BSN and MSN degree; and

  2. a list of terminations, including the name, home address, home phone number, classification, department, shift, status (i.e. regular, part-time, per-diem, temporary), date of termination, and reason for termination (i.e. resignation, discharge, reduction in force, retirement); and

  3. a list of employees who have transferred into, or within the bargaining unit, including their name, home address and phone number in addition to the employee's former and new classification, former and new wage rate, former and new department, shift status (i.e. regular, part-time, per diem, temporary), and date of transfer. The Employer is not required to provide that data for employees who have transferred out of the bargaining unit, other than a list of employees with their name, former and new department, date of transfer and RN license number.

19

Exhibit C    (Page 21 of 165)                    -24-

## ARTICLE 9 - COPE CHECK-OFF

A.  The Employer hereby agrees to honor contribution deduction authorizations from its Employees who are Union members on a form provided by the Union.

B.  The Union will hold the Employer harmless against any claim which may be made by any person by reason of the COPE deductions described herein, including the cost of defending such claim.  The Union will have no monetary claim against the Employer by reason of failure to perform under this Article.

20

Exhibit C     (Page 22 of 165)                    **-25-**

## ARTICLE 10 - BULLETIN BOARDS

A.  The Employer will provide to the Union a glass-enclosed locking bulletin board in the following locations:

NHMC
1. Basement
2. First Floor ER break room
3. Second Floor ICU and CCU
4. Second Floor Surgery Break room
5. 3 Farr Break room
6. 3 IFL break room
7. 4 Farr Break room
8. 5 F Break room (NICU and Peds)
9. 5G break room
10. 5F staff restroom
11. 2G break room
12. Case Management staff office


SJRMC
1. Adjacent to ICU CCU elevator on first floor
2. Adjacent to time clock on first floor (patient wing)
3. Adjacent to employee/service elevator on second floor
4. Adjacent to employee service elevator on third floor
5. Adjacent to employee service elevator on fourth floor
6. Adjacent to time clock on ground floor across from the credit union

SJPVH
1. Adjacent to time clock between ER and x-ray on first floor
2. Adjacent to time clock on second floor
3. Adjacent to SAU/Rehab time clock
4. Adjacent to sterile processing

B.  The bulletin boards should be easily accessible at all times.  These boards shall not be blocked by equipment, furniture, signage, etc.

C.  The Union shall also be permitted to maintain a binder in each department or work unit, including at each separate location and/or facility where bargaining unit employees work other than main facilities, in which the Union may maintain materials such as notices of union meetings, elections, and other material of an informational nature.

21

Exhibit C     (Page 23 of 165)

-26-

D. The Hospitals also agree to provide and assign a portion of existing general purpose bulletin boards currently existing in RN lounges for Union use.

E. The Union agrees it will not post materials that are derogatory of any of the Employer's sponsors, officers, executives, representatives, employees, and the quality of patient care or the Facility.  The Employer agrees that it will not post materials that are derogatory of the Union, its officers or representatives.

22

Exhibit C     (Page 24 of 165)                     **-27-**

## ARTICLE 11 - CATEGORIES OF EMPLOYEES

Any current definition of employee category in any facility that exceeds the standard set forth in this article shall remain in full force and effect at that facility.

A.  Employee Categories Defined

Section 1. Employee Categories Defined

There shall be four (4) employee categories: (1) Regular (Benefited) Full-time; (2) Regular Part-time (benefited); (3) Per Diem; and (4) Temporary.

1.  Regular Full-time Employee. A Regular Full-time Employee is one who works seventy-two (72) or more hours per two week pay period.

2.  Regular Part-time Employee. A Regular Part-time employee is one who works at least forty (40) hours per two (2) week pay period and less than seventy-two (72) hours per two week pay period.

3.  Per Diem Employees.  Per Diem employees are employed intermittently for a variable number of hours/shifts, as required by the intermittent work needs of the Employer and the employee's availability.  Per Diem employees will continue to be subject to minimum shift work requirements, if applicable, pursuant to past practice.  Such employees may accumulate credited hours provided under the retirement plan if they meet the requirements of the plan.

4.  Temporary Employee. A Temporary employee is one who is hired to work either part-time or full-time for a specified limited period of time and for a specific and temporary purpose, to replace a specific employee on leave of absence or for a short term project when bargaining unit employees have been solicited and the need can not be filled.  A traveler is not a temporary employee in that their employer is not Dignity Health and they do not belong to the bargaining unit.

    a.  The specified period of employment for a Temporary Employee shall not extend beyond ninety (90) calendar days.  The ninety (90) calendar days may be extended in any given case by mutual agreement of the Employer and the Union, and the Union's agreement to such extension will not be unreasonably denied.  This period may not be extended by the use of temporary assignments beyond a twelve (12) month period.

    b.  The Union shall be notified of the specific purpose, including the specific employee being replaced, and anticipated length of the temporary work assignment in each case.

23

Exhibit C     (Page 25 of 165)                    -28-

c.   Temporary Employment lasting for more than the period provided above, or any extension agreed upon shall be classified as a "Regular" regular hours position and shall be posted as a job vacancy in accordance with Article 13 (Seniority).

d.   Temporary Employees are not eligible for any employee benefits, unless specifically provided in this agreement.

e.   In the event a Temporary employee becomes a Regular Full-time or Regular Part-time employee, the qualifying date for pay raises starts with his or her most recent date of continuous employment, and the qualifying date for fringe benefit eligibility and accrual is the date of reclassification to Regular Full-time or Part-time status.

f.   A Temporary employee shall not be terminated solely to prevent his or her advancement to Regular Part-time status when the temporary job continues in effect or for the sole purpose of keeping a regular job constantly staffed by Temporary employees.

g.   Temporary positions will be posted in accordance with Article 13, Seniority if such positions are expected to last for periods in excess of ninety (90) days. Bargaining unit employees (Regular Full-time, Regular Part-time and Temporary employees) shall be eligible for a Temporary position and shall bid on such positions in accordance with Article 13.   A bargaining unit employee awarded such Temporary position shall, upon conclusion of that position, be returned to his/her former position.   A Regular Full-time and Part-time employee who requests and receives a temporary position of forty (40) or more hours per pay period, will continue to maintain his/her employee category and benefited status during the period of Temporary employment.

B.   Category Change

1.   Regular Part-time employees may claim additional regular hours to increase their predetermined (budgeted) schedule or to change their employment category and be reclassified as a Regular full-time or Regular Part-time employee subject to seniority.   Bargaining unit positions shall be established when regular hours worked outside of a defined category above, or hours worked beyond an employee's predetermined schedule as follows:

a.   Regular Part-time or Per Diem employees who are working a regular full-time schedule for ninety (90) days in the same department and classification (paid time off to be counted as increased hours if taken on a regularly scheduled workday), shall cause the reclassification of the position to Regular Full-time. If the employee uses paid time off (PTO/ESL) or is on an approved leave for a one week period or longer, the ninety (90) day period shall be extended by the

24

Exhibit C     (Page 26 of 165)                                    **-29-**

same number of days for which the employee was off work for such paid time off. The Full-time position will be posted as a vacancy in accordance with Article 13, Seniority.

b. Per Diem employees who are working a regular schedule of forty (40) hours per pay period or more for ninety (90) days or more in the same Department and classification shall cause the reclassification of the position to Regular Part-time status and the applicable regular work schedule. The Regular Part-time and the applicable regular work schedule position will be posted as a vacancy in accordance with Article 13. Positions not filled under Article 13, B. a.-e. (Seniority and Job Vacancies) may continue to be available to per diem, on call, supplemental, or casual employees. The applicable regular work schedule shall be based on the lowest number of hours worked during any two (2) week pay period within the ninety (90) day period (paid time off to be counted as increased hours). A Per Diem employee shall not be reduced in hours solely to prevent his/her advancement to benefited status.

c. A Per Diem employee working regular hours and receiving higher pay in lieu of benefits may request reclassification when eligible, or may continue to work in such position, at the employee's request, subject to approval by the Union that such job will not be posted.

d. Any category change to benefited employee status under this Section shall be effective the beginning of the pay period closest to the date of such category change. Employer payments for health insurance benefits shall be effective on the first day of the second month following the effective date of the reclassification. Any waiting period required under the plan shall apply.

e. If retroactive corrections in status are made, health benefits and life insurance shall be effective prospectively (at the beginning of the following month), and the employee shall have no deduction for any premium in lieu received in the interim. Any waiting period required under the plan shall apply.

C. Minimum Availability (Per Diem)

All Per Diem employees will provide a list of available dates to the manager/designee two weeks prior to the posting of the new schedule as defined in Article 18, Hours of Work, Section C. Per Diem employees may be terminated if they refuse to work pre-scheduled assignments or are unable to meet the minimum availability requirements based on the following, unless a current practice requires greater availability:

1. must be available to work a minimum of two shifts per twenty-eight (28) day schedule.

25

Exhibit C     (Page 27 of 165)                    **-30-**

2.   must be available to work a minimum of two weekends per twenty-eight (28) day schedule.

3.   may request to be scheduled for a primary shift, but may be required to work another shift.

4.   must be available to work three (3) holidays per year.  At least one of the holidays must be Thanksgiving, Christmas or New Year's.

5.   who have been scheduled to work but are not needed, may be required to float or be called off in accordance with the provisions of Article 16, Floating and Article 15, Call-Offs and Daily Cancellations.

6.   An unworked shift for which any Per Diem has been scheduled to work but is not needed, shall be counted toward satisfying the Per Diem's availability obligations.

D.  Reduction in Status

Employees may request a reduction in hours.  Such requests will not be unreasonably denied.   Staffing needs and patient care considerations will be considered when deciding whether to grant any request.

26

Exhibit C     (Page 28 of 165)                    -31-

## ARTICLE 12 - PROBATIONARY PERIOD

All employees shall be on a probationary period for ninety (90) days. At its sole discretion, the Employer may discipline or terminate any employee prior to the completion of the probationary period and such discipline and termination shall not be subject to Article 29, Grievance and Arbitration procedure. This paragraph shall not preclude a grievance alleging solely a violation of Article 6, Equal Employment Opportunities, by the Union during the employee's probationary period.

An employee's probationary period may be extended an additional ninety (90) days by mutual agreement of the Employer and the Union, and such agreement shall not be unreasonably denied. At NHMC, the Versant internship probation may be extended to the duration of the program by mutual agreement of the Employer and the Union.

The probationary period shall be automatically extended by the period of any leave of absence that commences before the conclusion of the probationary period.

27

Exhibit C     (Page 29 of 165)                    -32-

## ARTICLE 13 - SENIORITY AND JOB VACANCIES

A.  Commencement of Seniority

   1.  Seniority Defined

      a.  For those employees in the bargaining unit before the effective date of the first collective bargaining agreement covering their bargaining unit at their facility, seniority shall commence upon (a) most recent date of hire by the Employer; or (b) the Employer-adjusted hire date; whichever is longer.  The bargaining unit seniority list provided by the Employer and approved by the Union establishes these seniority dates for each employee under this section.

      b.  For those employees in the bargaining unit after the effective date of the first collective bargaining agreement, seniority shall be most recent date of hire into a bargaining unit position.

   2.  Return to Unit.  Any bargaining unit employee who accepts a non-bargaining unit position with the Employer may return to the bargaining unit without a break in seniority provided that there exists a vacancy to return to and that such return occurs within forty-five (45) days of the acceptance of the non-bargaining unit position.

   3.  Seniority List. The Employer shall maintain seniority lists which will be provided to the Union once every six months.

   4.  Loss of Seniority: Seniority shall be terminated by:

      a.  Discharge with cause;
      b.  Termination of employment without rehire in excess of forty-five (45) days;
      c.  Failure to return from a leave of absence in accordance with the term of the leave; and
      d.  Layoff without recall/rehire in excess of twenty-four (24) months.

B.  Job Vacancies, Posting and Bidding

1.  Posting of Vacancies. When a vacancy subject to this Agreement occurs in any department, a notice of that vacancy shall be posted in a location or locations accessible to Registered Nurses for a minimum period of ten (10) days before the Employer fills the job on a permanent basis.  However, the parties recognize that there are reasons why posting would not be warranted: to avoid a layoff, to avoid excessive call off, to effectuate changes due to loss of volume, to meet legal/legislative requirements, to change skill mix, to change services or business

28

Exhibit C     (Page 30 of 165)                    **-33-**

lines. In all cases where the Employer intends not to post a vacancy, it will so notify the Union, in writing, within thirty (30) days of the date on which the position became available. Nothing herein is intended to alter any obligations the Employer may have under the Collective Bargaining Agreement, including but not limited to Article 28, Committees.

Qualifications for vacant positions shall appear on position postings. Postings shall include the hours, shift, days off (if fixed) and whether the days off are fixed or variable and primary assignment (where applicable). This does not prevent the Employer from filling the vacancy on a temporary basis until such position is filled.

2. Bidding on Posted Vacancies. Any current employee who has completed his/her probationary period may apply for a posted vacancy by submitting a written bid form to Human Resources. Probationary employees may apply for posted vacancies only within the same department.

3. Restriction on Bidding. An employee who applies for and is awarded a posted position may not be awarded another posted vacancy within the next three (3) months. This rule shall not apply if:

   a. A posted vacancy arises in the same department which would change the number of pre-scheduled hours of the bidding employee, or the scheduled start and end times, or the days of work and days off, or the employee's shift, or would change the employee's classification; or

   b. The bidding employee is in his/her current position as a direct result of a job change or layoff.

4. Preference Order. Preference among those bidding shall be given in the following order among bidding employees from the same preference level. Among bidding employees from the same preference level, seniority shall govern. The prior sentence is subject to the provisos that (1) the bidding employee must meet all reasonable qualifications of the job established by the Employer (the Union has the burden of establishing that the Employer's qualifications are unreasonable), and (2) ability and performance must meet minimum requirements in the Employer's reasonable judgment, and if the Employer's judgment is disputed, the Employer has the burden of establishing that its judgment was reasonable.

   a. Regular full or part-time SEIU 121RN represented RNs from the same unit including regular employees on layoff, and regular employees who remain on the per diem list who have been laid off;
   b. Per Diem SEIU 121RN represented RNs from the same unit;
   c. Regular full or part-time SEIU 121 RN represented RNs from other units including regular employees on layoff, and regular employees who remain on the per diem list who have been laid off;
   d. Per Diem SEIU 121RN represented RNs from other units;

29

Exhibit C     (Page 31 of 165)                     **-34-**

e.  Regular full or part-time SEIU 121RN represented RNs from another Dignity Health Hospital;

f.  Per Diem SEIU 121RN represented RNs from another Dignity Health Hospital;

g.  Applicants who are former employees who left in good standing with the Hospital not more than one (1) year ago;

h.  Other applicants.

5.  For Employees who are transferring from one Dignity Health facility covered by an SEIU 121RN contract, they shall have their bargaining unit seniority with the previous facility recognized, if reciprocity is established.

6.  For the purposes of job bidding and reduction in force, SJRMC and SJPVH will be considered one facility.

7.  Notification of Selection.  Employees submitting a written bid for a posted vacancy under this subsection shall be informed by the Employer in writing within fourteen (14) days whether or not they are awarded the position.

8.  External Selection. For vacancies that are not filled internally (i.e. according to the preference order set forth above), the Employer may employ the person who, in its judgment, will make the best employee.  The Employer shall be the sole judge of the fitness of any applicant.

9.  Seniority Application. The seniority of bidding employees shall be determined by the employee's bargaining unit seniority rather than in the particular classification or employee category.

10. Limitation. It is understood that any bid under this Section is limited to vacancies in bargaining unit positions and not to assignments arising from rotation of personnel, paid time off, or sickness relief.

11. Potential Vacancies. Employees expected to be on vacation for a period of more than seven (7) days may submit a request for transfer to a potentially available position. Such request must be submitted in writing to the Human Resources Department. Such written request shall constitute an automatic bid for thirty (30) days or for the period of vacation, whichever is less.  It is understood that any written request under this Section is limited to vacancies or potential vacancies in permanent positions subject to this Agreement.

12. The Employer shall be permitted a reasonable period, normally within 30 days after the award of a new position to reassign the employee to the new position.   If operational needs of the Hospital demand, the period of time may be extended for no more than 90 days.

13. Evaluation Period after Promotion or Transfer(s):  Employees who are promoted to a new position or who transfer to another position through the bidding process, shall

30

Exhibit C    (Page 32 of 165)                          -35-

have orientation as necessary, and such employees shall have up to ninety (90) days of evaluation of their performance.  If, at any time within such ninety (90) day period, 1) the employee fails to perform satisfactorily; or 2) if the employee chooses to return to his or her former position, such employee shall be returned to his/her former position including shift, assignment, and scheduled hours without loss of seniority, if it is still available.  If the employee's former position is not available, the employee shall be returned to a comparable position in the same classification.

31

Exhibit C     (Page 33 of 165)                                    **-36-**

## ARTICLE 14 - EMPLOYMENT SECURITY

A. Employment Security Goals

The parties acknowledge a mutual goal to maximize employment security for Dignity Health employees. As such, it is the objective of the parties to avoid the involuntary layoff of any Dignity Health employee. Avoidance of layoff may be achieved through attrition, growth of business, hiring freezes, reduction in hours, leaves of absences, training, voluntary severance, job transfers, placement at other Dignity Health facilities, and other mechanisms agreed upon by the parties. In order to benefit from this mutual intention, employees must be willing to participate in the available opportunities. This Article does not apply to daily cancellations which are covered by Article 15, Call-Offs and Daily Cancellations, below).

However, the parties also recognize that there may be circumstances when such a goal cannot be achieved. Those situations should normally involve extraordinary circumstances. Extraordinary circumstances are those which impact a significant number of employees and could include closure or divestiture of a portion or all of a facility or service line, significant financial losses by a facility or service line, technological changes which impact job classifications, legislative or regulatory changes which broadly effect operations or job requirements, loss of a significant source of revenue, significant changes in patient census, natural disasters and other similar situations. In such situations, the parties will meet to discuss the impact on employees and will utilize the staff reduction language in paragraph (C), below after exhausting displacement opportunities.

B. Commitment to Expeditious Response to Staffing Changes

The Union agrees and commits to meet and resolve staffing changes in an expeditious manner. In situations involving less than ten employees, alternatives to job displacement should normally be identified and implemented in thirty days or less. In situations involving the displacement of more than ten employees, the process should be identified and implemented in sixty days or less.

C. Implementation of Staff Reductions

Insofar as practicable, if after exercising every effort to avoid layoff in accordance with paragraphs A and B, above it is necessary to conduct a layoff, then such layoff shall be undertaken as set forth below. It is the intent of the following provisions to protect the most senior employees in the case of reductions, and to preserve their shift and hours as is practicable under the circumstances.

32

Exhibit C    (Page 34 of 165)

-37-

If, after considering other alternatives, the Employer implements a reduction in force, the following order of reductions will occur:

1.   Volunteers among an affected classification;
2.   Temporary employees;
3.   Per Diem employees;
4.   Regular full-time and part-time employees.

Reductions will be conducted by job classification within the affected unit.  Within each unit, reductions will occur by seniority as defined in Article 13, Seniority and Job Vacancies, provided that, the remaining employees' abilities are adequate with reasonable orientation.  Any employee affected by a reduction in force may elect to be reclassified as a per diem employee and such reclassification shall not affect the employee's eligibility for recall or severance.  In the event the application of this section would result in unreasonable disruption of department operations, the Employer and Union agree to meet and bargain alternatives.

D.  Notification

Except as provided above in Article 34, Change of Ownership, the Employer will notify the Union and affected employees at least thirty (30) days prior to implementing a decision to permanently or indefinitely layoff or reduce the hours of Regular or Part Time benefited employees. Where possible, additional notice will be given.  Upon request from the Union, the Employer will negotiate with the Union as required by law, or the collective bargaining agreement.

E.  Alternative Arrangements

Upon mutual agreement, the Union and the Employer may agree to an alternative arrangement regarding reduction in force.

F.  Severance Pay

Regular full-time and Regular Part-time employees and those employees as of April 13, 2004, approximately 35 in number, who are otherwise eligible for benefits, but who currently elected not to take them, who are laid off in accordance with this Article, will receive severance pay, in a lump sum, according to the schedule following:

| Service | Severance |
|---|---|
| Less than 1 year | 2 weeks pay |
| At least 1 year but less than 2 years | 3 weeks pay |

33

Exhibit C     (Page 35 of 165)                          -38-

| At least 2 years but less than 3 years | 4 weeks pay |
|---|---|
| At least 3 years but less than 4 years | 5 weeks pay |
| At least 4 years but less than 5 years | 6 weeks pay |
| At least 5 years but less than 7 years | 7 weeks pay |
| At least 7 years but less than 9 years | 8 weeks pay |
| At least 9 years but less than 10 years | 9 weeks pay |
| At least 10 years but less than 15 years | 12 weeks pay |
| At least 15 years | 15 weeks pay |

Regular Part-time employees will receive severance pay, per the schedule above, prorated in direct proportion to their current scheduled hours. RNs employed less than one year who were paid a sign on bonus or relocation costs and are involuntarily laid off shall not be required to pay back any portion of either the bonus or relocation costs.

G.  Benefits

Laid off employees who are covered by Employer sponsored Health Insurance will be covered until the last day of the calendar month in which the thirty (30) day notice period ends. The Employer also will pay affected employees a lump sum equivalent of two months premiums for COBRA coverage for health, dental and vision insurance for affected employees.

H.  Recall

1.  For a period of twenty-four (24) months from the date of layoff, employees who, as a result of the reduction, are laid off are entitled to recall. In order to be eligible for recall, the employee must keep the Employer informed as to his/her current address and current telephone number. Recall notice to employees on layoff shall be sent by certified mail, return receipt requested, to the employee's last known address, with a copy sent to the Union. The employee must return from lay-off within ten (10) working days after receipt of notice to return to work, unless there are mitigating circumstances or by mutual agreement with the employee or the Union, or lose all recall privileges.

2.  Within the period specified and subject to qualifications, employees who, as a result of a reduction, are laid off, may use their seniority to bid on vacant positions.

3.  An employee shall remain on the recall list unless he or she is offered and declines a position in the same employment category and classification in the same department at the same facility on the same shift with the same number of hours as the position from which he/she was laid off or reduced.

34

Exhibit C     (Page 36 of 165)

-39-

    4.  An employee's unused sick leave will be reinstated if the employee resumes work during the recall period.

I.   General Severance Provisions:

1.  Severance is calculated as weeks of pay for regularly scheduled work at the employee's most recent base salary level but does not include overtime or any other non-salary payments.

2.  To receive severance pay, the employee must sign a general release prepared by the Employer waiving all claims against the Employer, including but not limited to claims under this Agreement, claims under Title VII, Age Discrimination in Employment Act ("ADEA"), Americans with Disabilities Act ("ADA"), Fair Employment and Housing Act ("FEHA"), etc.

3.  An employee's signing of a general release for receipt of severance pay will not preclude the Union's ability to grieve the employee's layoff or recall rights pursuant to the terms of the Agreement. In the event an arbitrator awards back pay, any severance monies paid will offset any such award.

4.  Additionally, the union and the Employer will make a good faith effort to reach agreement regarding layoff. If the parties are not able to reach agreement, the Employer may implement and the Union may, within fifteen days of the effective date of the layoff, submit the dispute to expedited arbitration for final and binding resolution.

5.  Effective beginning the date of this Agreement, an employee who is laid off; receives severance pay and is returned to work before the period which severance pay is covered, shall have their future entitlement for severance pay adjusted accordingly (e.g. the employee who receives 10 weeks severance pay and is returned in five weeks would have five weeks less of severance pay in the future).

Exhibit C     (Page 37 of 165)

-40-

## ARTICLE 15 - CALL-OFFS AND DAILY CANCELLATIONS

A.  Every Effort to Avoid Call-offs

Insofar as it is practicable, if after exercising every effort to avoid daily cancellations in accordance with Article 4, Job Security, it may be necessary to require an employee to take time off without pay during temporary periods of low census or on other occasions when staffing needs to be adjusted on a temporary basis ("House Convenience" or "Low Census", hereafter referred to as HC Time).  HC time must be approved by a supervisor or department manager.  Eligible employees who are cancelled may take the day off without pay or use vacation or PTO (where applicable at the employee's discretion).

B.  HC Time as Time Worked

If an employee is cancelled, the hours that an employee was scheduled to work shall count as time worked for the following, including but not limited to:

1.  Vesting and service credit under the retirement plan;

2.  Waiting periods under health insurance and other fringe benefit plans;

3.  PTO (or vacation, if applicable) accruals.

4.  Application of Shift Differential

C.  Order of Call-off

Subject to patient care considerations and staffing needs, when it is necessary to cancel employees pursuant to this Article, the following procedure shall be followed, and the employee shall be called-off in the following order:

1.  Registry/Travelers;

2.  Employees receiving double time;

3.  Employees receiving overtime or other premium pay;

4.  Temporary employees;

5.  Per Diem employees/Supplemental Employees;

36

Exhibit C     (Page 38 of 165)                    **-41-**

6.  Part-time employees working shifts over and above their regular schedule;

7.  Regular Full-time employees and Part-time employees working their regular schedule.

The Employer will accept volunteers for call-offs before any other employees, provided that such voluntary call-offs do not result in retaining an employee at premium pay who would have been called off if the Employer followed the list above, unless the Employer permits. Call off among volunteers shall be by seniority.

Within each category above, call-offs shall be by rotation within a department provided that the remaining employees are qualified and able to perform the work.

D.  Call-off Notice Prior to Start of Scheduled Shift

The Employer will call-off employees at least two (2) hours prior to the commencement of their scheduled shift.

E.  Called-off Employees Off the Schedule

Once called off, an employee is considered off the schedule and shall not be required to maintain contact or be available to work, unless the employee has agreed to accept Stand-by status and is compensated accordingly, for the shift or portion thereof.

F.  Seniority Among Volunteers

If more than one employee in an affected department volunteers to be cancelled, seniority shall prevail; unless, as an alternative, in a vote conducted by the Union, a majority of employees in a department elect to allow volunteering by rotation.

G.  Transfers

1.  Job Classifications.  Employees shall only be transferred to another Job Classification on a voluntary basis, or consistent with the provisions of the Agreement.  Temporary transfers to another Job classification shall be voluntary.

2.  Departments.  Employees shall only be transferred to another Unit on a voluntary basis, or consistent with the provisions of the Agreement.  Temporary transfers to other shifts shall be voluntary.

3.  Facility.  Employees, other than those whose jobs require them to work at more than one facility, shall only be transferred to another Facility on a voluntary basis,

37

Exhibit C     (Page 39 of 165)                        -42-

or consistent with the provisions of the Agreement. Temporary transfers to other Facilities shall be voluntary.

4. Shifts. Employees shall only be transferred to another shift on a voluntary basis, or consistent with the provisions of the Agreement. Temporary transfers to other shifts shall be voluntary, including in cases of short term training periods or where an employee may be offered a temporary transfer to a different shift in order to improve their performance.

38

Exhibit C     (Page 40 of 165)                    **-43-**

# ARTICLE 16 - FLOATING

A. General Provisions

   1. Definitions.  Floating is defined as the temporary reassignment of a staff member to a clinical area outside of their assigned patient care unit.

   2. In general, facilities will float RNs according to the campus clusters.  Floating between facilities or differently than the clusters below is voluntary, except where required by an external or internal disaster.

   3. All floating, and patient assignments while floating, shall be subject to RN competencies, and skills, as well as all federal and state laws and regulations (including Title XXII of the California Administrative Code).

      a. All RNs must complete a competency validation specific to the patients they are assigned, which shall be maintained in the unit for inspection by the staff.

      b. An RN's competency to float or take a patient assignment shall be based on competency validation.

      c. The affected RN should raise competency concerns about a float assignment with the Clinical Supervisor as they arise and thereafter act in accordance with the chain of command and the requirements of the RN's license and the provisions of Title XXII.

      d. In the event of a dispute regarding the RN's competency, such dispute will be subject to the grievance and arbitration procedure.

   4. Except as provided below Registered Nurses (RN's) will float to units as directed. RN's will be assigned to float by "assignment" or by "task".

B. Orientation

   1. The RN who floats will be oriented to the unit in accordance with Title XXII and be assigned a nurse from the unit to which the RN has floated.  In no event will the RN floated be placed in charge of the unit, unless the RN volunteers for such assignment and has the necessary competencies to perform the charge duties.

   2. It is the intention that each unit will develop a checklist of those items of information with which an RN should be familiar when assigned to that unit.

39

Exhibit C     (Page 41 of 165)                    -44-

3. Re-orientation will be provided, upon request, to an RN floating to another unit if more than six (6) months has lapsed since the RN last worked on or floated to the unit.

4. When employees are floated between units or departments, they will not be required to perform duties for which they are not competent, and will be given orientation, as appropriate. Employees may be floated to other units or departments in order to provide training that will enable the employee to competently perform duties in the unit.

5. Employees may volunteer to be floated out of their cluster to other units or departments in order to receive training that will enable the employee to competently perform duties in the unit.

C. Other Provisions

1. Floating Order

Employees who float to another unit or department will do so on a rotational basis within the classification being floated, provided said employee is competent to perform the assignment in the unit to which he/she is floated.

A unit may float on a straight seniority basis within a classification, if in a vote conducted by the union, a majority of employees in that unit chooses to implement a seniority system. No more than one vote on the issue will be held within any twelve (12) month period. The union will inform the employer in a timely manner as to the outcome of the vote.

At Northridge, unless specifically addressed in "Additional Floating Rules," bargaining unit seniority shall prevail.

2. Floating to More than One Unit

No employee will float to more than one (1) department or unit during a single shift, unless floating to multiple departments/units is a regular part of an employee's assignment or the employee volunteers. Returning to the employee home unit is considered floating.

3. Floating Records.

Each unit will maintain competency validation (if applicable), float orientation, float rotation lists, and such float review documentation will be available for inspection by a representative of the Union or affected employees in the Unit.

4. Rotation.

40

Exhibit C     (Page 42 of 165)                                   -45-

Within each of the categories in C-1 above, the RNs will float in accordance with the rotation list maintained in each unit.

5.  Depletion of Unit.

In no event shall more than a majority of the regular unit staff, scheduled for a shift, be floated to another unit.

6.  Premium.

RNs who voluntarily float between facilities or outside their matrix cluster shall be compensated in accordance with Article 17 applicable provisions.

7.  Extra Shifts.

A pre-scheduled assignment taken by an RN in another unit or job classification is considered floating. An RN is not entitled to float premium unless she/he floats outside their cluster or to another facility.

8.  Double Floating.

There will be no double floating. If the employee who floated at the beginning of the shift has an assignment which ends and the employee is needed in another unit, the employee may have the option of returning to their home unit and another employee from that unit would float.

9.  Flexing.

Once an RN has been floated and undertaken responsibility for a patient care assignment, the RN shall have the option of returning to the home unit, accepting another assignment on an another unit within the cluster, or accepting a call-off/flex-off if there is sufficient core staff in the floated unit.

10. Other Facilities.

No RN shall be required to float between Dignity Health hospitals.

11. The parties recognize that floating procedures may result in unintended applications. Therefore, the parties agree to communicate and meet as needed to ensure that floating procedures are working as intended. Changes to floating clusters due to health care delivery changes or service line will be handled by the Patient Care Committee.

41

Exhibit C     (Page 43 of 165)                    -46-

12. RNs will float within their clusters. Floating between facilities or between clusters is voluntary, except where required by an internal or external disaster. Clusters define physical units not a patient population.

**St John's Floating**

1. St. John's will make every effort not to float the assigned Charge Nurse.

2. The Employer shall float employees in the following manner:

   a. Volunteers
   b. Registry/Travelers**The Hospital shall not sign any contract with Registry and Travelers in which their personnel will not float.
   c. Temporary Employees
   d. Per Diem, Casual or supplemental employees
   e. Full and part-time RNs working extra shifts
   f. Full and part-time RNs working regular shift

**SJRMC and SJPVH Floating Clusters**

| HOME UNIT | DESTINATION UNIT |
|---|---|
| Critical Care | ICU, CCU, ICCU, IMC, DOU (IMC/DOU does not float to critical care) (**At PV Side letter on Floating and break relief to DOU applies) |
| Emergency | DEMS (Regional and PVH) |
| HBO | HBO/Wound Care/Outpatient |
| Wound care | Inpatient Wound Care, PICC |
| Med/Surg | 4 North, 3 North, 3 South, Rehab, 2 West, ACU, Subacute, ADT nurse (one way float to Med Surg) |
| Utilization Management | RN Case Managers, Admitting Nurse |
| Intermediate/Tele | (SJPVH) 2 West, ACU, (SJRMC) 1 North (tele-patients), Maintain current practice for floating between 2 North and 2 South,* IMC,*DOU (**At PV Side letter on Floating and break relief to DOU applies) |
| Outpatient | SSU, GI, PVH ODS, |
| Cardiopulmonary Rehab | Closed Unit |

42

Exhibit C     (Page 44 of 165)                    **-47-**

| | |
|---|---|
| Imaging | Imaging RN, Cardiac Cath Lab, Cardiac Cath RN, PVL/NonInvasive RN, Cardiac Cath Lab Holding, Cardiology, Cath Lab Recovery |
| Surgery | Main OR (Regional and PVH), Regional OPS, PVH ODS, and Pre-Op Holding |
| Maternal Child Health | MIU, L/D, NICU, PVH Women's Unit (See Maternal Child Side Letter) |
| PACU | PACU (Regional), PACU (PVH), PACU (OP) both campuses |

**Side Letter on DOU Floating**

**St. John's Pleasant Valley**

During the twelve months following ratification, the current practice of floating ICCU nurses to DOU for break relief will continue.

During the twelve months following ratification, ACU nurses will be trained, on a voluntary basis, for ventilators and additional drips. ACU nurses who have completed the voluntary training will float between ACU and DOU beds on the ACU floor.

**St. John's Maternal Child Floating Side Letter**
MIU, L/D, NICU, PVH Women's Unit

Upon signing this side letter a thirty day period will be established to validate cross competencies for RNs to perform gavage and will be revalidated every six months. In accordance with Article 16, Section A 3, all floating and patient assignments while floating will be subject to competencies and skills, as well as all federal and state laws and regulations.

MIU and L/D nurses will float to NICU to care for post C section babies and intermediate and continuing care babies. MIU nurses with validated competencies will only provide gavage feedings after a NICU nurse has validated appropriate placement of the feeding tube. MIU nurses may not insert feeding tubes, no IVs, administer IV medications, no umbilical or artery line or access or intra-osseous infusions or care for patients on ventilators.

NICU will float to MIU to care for babies only.

D. Northridge Hospital Medical Center RN Floating Clusters and Guidelines

43

Exhibit C     (Page 45 of 165)                                    **-48-**

| HOME UNIT | DESTINATION UNIT |
|---|---|
| GI Lab | PACU, SSU, ASC, Rad. Spec. Proc. (for GI patients) |
| ER | Closed Unit |
| ASC | OR PACU (as 2nd lic. nurse), OR, GI Lab (with anesthesia), Special Procedures (with anesthesia), L&D (C-section) |
| ASC Recovery | PACU, SSU, GI Lab (with anesthesia), Special Procedures (with anesthesia), L&D (C-section) |
| ICU/CCU* | PACU (14 years old and above only). Tele (with a Tele Charge Nurse to assist), CVU (with a charge Nurse to assist).  To the following 3 units to care for ICU/CCU patients only Rad. Spec. Proc., GI Lab, and Cath Lab |
| OR | ASC, GI Lab (with anesthesia for GI patients), PACU (as 2nd licensed nurse), Rad.  Spec. Proc. (with anesthesia for OR patients), L&D (C-sections) |
| SSU | PACU (as 2nd lic nurse), ASC (Recovery as 2nd lic nurse), GI Lab |
| Cath Lab | Rad. Spec. Proc., ICU/CCU, PACU, Cardiology, CVU. |
| Tele* | ICU/CCU, SSU, Med Surg, CVU. (Side letter concerning floating to ICU applies) |
| PACU | ASC (Recovery), L&D (Recovery), Cath Lab, (Monitoring), SSU, GI Lab (with conscious sedation) |
| Med/Surg | (4G/4Farr/3F 4F), Rehab, SSU, 4G, 4FARR, 3F, 4F |
| Rehab | Med/Surg (4G, 4FARR, 3F, 4F) |
| Behavioral Health | (2IFL)   (within BH) |
| Womens Services PP/NBN | L&D to PP/NBN PP/NBN to L&D for Vag Delivery Recovery and Ante-Partum with a L&D Nurse (assignment for Anti-Partum is task only). |
| Children Services | NICU*** to Peds and PICU 1:2 (acuity only) less than 6 months PICU to Peds and NICU 1:3 (acuity only) |

44

Exhibit C    (Page 46 of 165)                                **-49-**

Peds** to PICU 1:2 (acuity only) (No vents or vasopressors) and NICU 1:3 (acuity only).

Special Procedures        GI Lab, SSU, PACU

CVU/3G                    ICU/CCU (Side letter concerning floating to ICU applies),Tele, SSU, Med /Surg.

*       ICU/CCU, Tele/CVU and NICU will maintain existing floating restrictions.
**      PEDS to NICU (1:3) provided no vents, no vasopressors, and babies not less than 1200 grams in weight.
***     NICU No bumping by Peds, PICU, LVN's, In House Registry, and Travelers to staff another unit. Outside Registry may only bump one (1) NICU nurse per shift, for emergency staffing conditions only.

+ Tele and CVU nurses cannot be bumped by outside registry or travelers who have been assigned to ICU.

Subject to patient care needs and competencies of available RN(s):

1.  Existing Rules.  NHMC will follow existing unit floating assignment (side letter) rules, except as modified herein;

2.  Charge Nurses.  NHMC will follow existing unit floating assignment practices for non-supervisorial Charge Nurses, unless a majority of bargaining unit RNs in the unit votes to change the practice.

3.  Travelers. Travelers float according to the above matrix and any established rotation.

4.  Outside Registry.  NHMC will float Outside Registry first after volunteers. The hospital shall not sign any contract with registry and travelers in which their personnel will not float.

5.  Order. NHMC will float RNs from a unit in the following order, unless a majority of the bargaining unit RNs in the unit vote by secret ballot to change the order of rotation:

    a.  Volunteers
    b.  Registry/Travelers
    c.  Temporary Employees
    d.  Per Diem, Casual Per Diem or supplemental RNs
    e.  Regular Full time and part time RN's working extra shifts
    f.  Regular fulltime and part-time RNs working regular shift, part time first and then full time

45

Exhibit C     (Page 47 of 165)                              **-50-**

6. NHMC will maintain the existing In-House Registry unless modified by mutual agreement. NHMC and the Union will jointly investigate and seek to expand the existing In-House Registry to better serve patient care and the needs of the RNs.

7. Additional NHMC Floating Rules

The following additional rules shall apply:

a. Maintain Existing Seniority Based Floating Rules. The currently existing seniority based RN floating rules for the NICU, ICU, and Telemetry patient care units/departments, set forth below, shall be continued for the term of this Agreement, unless the Union and Employer modify such rules by mutual agreement.

b. NICU Rules: There shall be two lists of employees in NICU. (1) one with employees with ten (10) or more years of employment with NHMC in NICU or the "senior" list; and (2) one with employees with less than ten (10) years of employment with NHMC in NICU or the "junior" list. Each payroll period, the junior list shall be employed first for floating purposes, with RNs on such list floating on a continuing rotational basis, and if after all such RNs on duty have floated during such a payroll period, those on the senior list shall float on a rotational basis in order of inverse seniority during the remainder of the payroll period.

c. Telemetry and CVU Rules: There shall be two lists of employees in Telemetry: 1) one with employees with ten (10) or more years of employment with NHMC in Telemetry or the "senior" list; and 2) one with employees with less than ten (10) years of employment with NHMC in Telemetry or the "junior" list. Each payroll period, the junior list shall be employed first for floating purposes, with RNs on such list floating on a rotational basis, and after all such RNs on duty have floated during such payroll period, those on the senior list shall float on a rotational basis during the remainder of the payroll period.

d. ICU/CCU Rules: There shall be two lists of employees in ICU: (1) one with employees with seven (7) or more years of employment with NHMC in ICU/CCU, or the "senior" list; and (2) one with employees with less than seven (7) years of employment with NHMC in ICU/CCU or the "junior" list. Each payroll period, the junior list shall be employed first for floating purposes, with RNs on such list floating on a rotational basis, and after all such RNs on duty have floated during such payroll period, those on the senior list shall float on a rotational basis during the remainder of the payroll period.

46

Exhibit C     (Page 48 of 165)                    -51-

**NHMC SIDE LETTER ON TELEMETRY FLOATING**

1. The current policy of floating cross-trained CVU and Telemetry Registered Nurses to Critical Care will continue for a period of 12 months, to allow the medical center time to develop an alternative plan for staffing of the critical care area.

2. Exactly 12 months from the ratification date of the CBA, critical care will cease to be part of the Telemetry and CVU cluster and therefore nurses in those units will not be mandated to float to critical care.

3. Travelers, registry and In - House Registry employees are not covered by this Side Letter.

47

Exhibit C     (Page 49 of 165)                                        **-52-**

## ARTICLE 17 - CLASSIFICATION AND WAGES

A. Schedule of Wages (See Appendix B for wage scales that reflect the following increases)

**Year One** (May 1, 2012-April 30, 2013)
   a. The first full pay period following ratification, employees who are not yet at the rate provided on the wage scale for their position/tenure will receive a 2% increase or appropriate placement on the wage scale, whichever is less.
   b. The first full pay period after December 1, 2012 employees who are not yet at the rate provided on the wage scale for their position/tenure will receive a 2% increase or appropriate placement on the wage scale, whichever is less.
   c. Eligible employees will receive step movement per current practice.

**Year Two** (May 1, 2013-April 30, 2014)
   a. The first full pay period after May 1, 2013 employees who are not yet at the rate provided on the wage scale for their position/tenure will receive a 2% increase or appropriate placement on the wage scale, whichever is less.
   b. The first full pay period in November 2013, all employees who are not yet at the rate provided on the wage scale for their position/tenure will move to the appropriate placement on the wage scale.
   c. All employees will receive a 2% ATB increase effective first full pay period that includes July 31, 2013. Wage scales shall be increased by the same amount.
   d. Eligible employees will receive step movement per current practice.

**Year Three** (May 1, 2014-April 30, 2015)
   a. All employees will receive a 2% ATB increase effective the full pay period that includes July 31, 2014. Wage scales shall be increased by the same amount.
   b. Eligible employees will receive step movement per current practice.

Note: The parties will confirm that step movement has been paid employees at SJRMC and SJPV, consistent with the past practice of paying such increases in May and November. If such increases were not made over the life of the contract, they will be paid to employees retroactively.

48

Exhibit C     (Page 50 of 165)

-53-

B. Pay Day

    1. All wages shall be paid on the basis of two-week periods.  The payday will be Friday.

    2. The Employer will maintain the current payday cycle.  Where a payday occurs on a holiday, the official payday for that pay period may be moved to the following work day if consistent with state and federal law.

    3. Direct deposit shall continue to be offered to all employees and shall be transmitted to the designated financial institution no later than the designated payday.

    4. If the Employer uses symbols or abbreviations on payroll checks, such symbols or abbreviations shall be explained to an employee upon request.  All records of paid time off accounts shall accurately reflect balances through the most recent pay period ending date.  Ceridian printouts will be made available to the Registered Nurse for review, upon request.  The parties agree that grievances over payroll errors are grievable for a period of six months following the issuance of the payroll check.

C. Pay Check Errors

    1. Employer errors resulting in underpayments to employees shall be corrected and an additional check for the underpayment amount shall be issued to the employee within two (2) business days.

    2. Upon timely notification from the employee, employee errors will be corrected as soon as possible but no later than the next paycheck.

    3. Unless otherwise mutually agreed, other payment errors resulting in improper payments (e.g. overpayment) shall be corrected by the same amount and over the same number of pay periods as they occurred, or may be deducted in a lump sum payment, at the employee's option.

D. Progression Schedule

    1. Progression Schedules are based upon service years of nursing experience. No employee shall be discharged or laid off before his/her advancement to the next step in the progression schedule for the purpose of evading such advancement.  If the Union feels that an employee has been discharged or laid off for the purpose of evading such advancement, then the dispute shall be handled in accordance with the provision of Article 30, Grievance and Arbitration hereof.

49

Exhibit C     (Page 51 of 165)

-54-

2.  The employer will give one year of experience credit to the RN for every two years of foreign experience provided the following criteria:

    a.  Experience is in acute care facility comparable to those in United States.
    b.  The RN must provide the name, address, telephone number, the dates/years of experience as a licensed professional nurse at the facility and documentation verifying the experience in that facility.
    c.  RN's at SJRMC/SJPVH and NHMC must contact the Hospital within 60 days post ratification of the contract with the appropriate information to receive credit for his/her foreign experience. Newly hired RN's must request credit for their foreign experience and provide the necessary documentation within 2 weeks of their date of hire.
    d.  Failure to apply for this experience credit in a timely fashion will forfeit eligibility for credit for their foreign service.
    e.  Maximum credit will be given for up to five years of foreign RN experience.

E.  Job Description, Job Classification, or Job Title

1.  In the event that the Employer establishes a new classification or job title within the bargaining unit, in addition to those now in existence, the Employer and the Union will meet to negotiate with respect to rate of pay and job duties, prior to implementation. The parties will make a good faith effort to reach a settlement. If the parties are not able to reach agreement, the Employer may implement and the Union may, within fifteen days, submit the dispute to expedited arbitration for final and binding resolution. Any monetary remedy resulting in a higher rate of pay for an employee shall be paid retroactively to the start of the job or the start date of each individual employee in the new position.

2.  The Employer shall maintain and review job descriptions for all classifications which will be remitted to the Union. It is recognized that changes of job titles and duties contained in this Agreement may be necessary. In the event the Employer intends to change job titles or job duties, it will send the Union a draft of the changes, with the changes indicated, in advance of implementation. Within fifteen days, the Union may request and the Employer will meet to negotiate with respect to the proposed change. The parties will make a good faith effort to reach a settlement. If the parties are unable to reach an agreement the Employer may implement and the Union may within fifteen (15) days submit the dispute to expedited arbitration for final and binding resolution.

3.  Upon request to the Vice President of Human Resource, or designee, the Employer shall provide the Union or employee with any existing job description and/or individual position description, for covered employees, which have not previously been provided to the Union. These shall be mailed and made available to the requesting party within five (5) calendar days of any such request.

50

Exhibit C    (Page 52 of 165)                                    -55-

F.  Uniforms

Where the Employer provides uniforms, lab coats or other special types of work clothes, the Employer will continue to provide and launder (if applicable) the same; provided that the Employer shall not be required to furnish apparel traditionally worn by such employees in healthcare generally.  The term "uniform" includes wearing apparel and accessories of distinctive design or color.

G.  Training Pay/Preceptor Pay

Training other employees or non-employees, including students, shall be strictly voluntary for non-lead employees.  Orientation is not considered training.

Any employee who accepts an assignment to train an employee or non-employee shall receive an additional $1.00 per hour for all hours worked during the training assignment period.

H.  Evaluations

The employee shall be given a copy of any periodic written formal performance evaluation.  Performance evaluations shall not be subject to the grievance procedure unless it contributes to disciplinary action.

I.  Relief in Higher Paid Classifications

Any Registered Nurse who relieves another employee in a higher paid classification for more than one (1) hour shall receive the higher rate for all hours worked in the higher classification, except when the employee works one-half (1/2) or more of the shift in the higher classification and then the employee shall receive the higher rate for the entire shift.  Overtime rates shall be calculated on the higher rate for all hours of overtime worked in the higher pay classification.

J.  Charge/Coordinator Differential

Charge nurses will have a minimum differential of 10% incorporated into their salary range.  At NHMC, effective the first full pay period in May 2011 OR Coordinators will also have a 10% differential incorporated into their salary range. (At NHMC OR Coordinators already have a 5% differential that would increase to 10%).

1.  Employees who serve as "charge" on a sporadic, rotating or temporary basis shall receive pay for working out of classification.

51

Exhibit C     (Page 53 of 165)            -56-

K. Floating Differential

1. Assigned Clinical Areas/Cluster

All Registered Nurses are assigned to a specific area as set forth in Article 16 (Floating). All employees may be assigned to work in any clinical area within the clinical areas that constitute the employee's cluster at their facility without receiving float pay.

2. Floating to Clinical Areas Outside of Cluster or Between Facilities

a. If an RN is floated to a different cluster than the employee's home cluster or between facilities, they shall receive an additional hourly premium for each hour floated as follows:  RNs $5.00 per each hour.

b. If during a shift, half (or more) of the employee's working hours are spent floating in a unit outside of the employee's home cluster or in the other facility, the employee will receive Float Differential for all hours worked during the employee's scheduled shift on that workday.

L. Shift Differential

1. Shifts Defined

a. "Day Shift" means the majority of worked hours fall between 0700 and 1430.
b. "Evening Shift" (PMs) means the majority of worked hours fall between 1430 and 2300.
c. "Night Shift" means the majority of worked hours fall between 2300 and 0700.

2. Shift Differential Rates

a. SJRMC and SJPVH

i. All RNs who work the evening shift will receive an additional $1.45 per hour over their base wage rate for evening shift differential.  Employees shall be paid evening shift differential for any hours worked in the shift, when the majority of the scheduled hours worked during that shift fall within the evening shift hours.  Effective the first full pay period following May 2009, the evening shift differential shall increase to $2.00 per hour. Effective the first full pay period following May 2010, the evening shift differential shall increase to $2.50 per hour.

ii. All RNs who work the night shift will receive an additional $3.50 per hour over their base wage rate for night shift differential. Effective the first full

52

Exhibit C     (Page 54 of 165)                                                    **-57-**

pay period following May 2009, the night shift differential shall increase to $4.00 per hour. Employees shall be paid night shift differential for any hours worked in the shift, when the majority of the scheduled hours worked during that shift fall within the night shift hours.

b. NHMC

    i. All RNs who work the evening shift will receive an additional $2.50 per hour over their base wage rate for evening shift differential. Employees shall be paid evening shift differential for any hours worked in the shift, when the majority of the scheduled hours worked during that shift fall within the evening shift hours.

    ii. All RNs who work the night shift will receive an additional $4.00 per hour over their base wage rate for night shift differential. Employees shall be paid night shift differential for any hours worked in the shift, when the majority of the scheduled hours worked during that shift fall within the night shift hours.

c. 12 Hour Shift Employees

For 12 hour shift employees, shift differential shall be paid for the whole shift based on the shift in which the majority of hours worked, fall during that shift. Shift differentials shall be paid on hours worked within an evening and night shift when called in from standby, call back and overtime hours.

M. Per Diem Compensation

**NHMC**

All NHMC per diem nurses will receive the wage increases set forth in paragraph A (Schedule of Wages) above and will be placed on the pay scale in the same way as benefited nurses and will receive an additional 15%.

**SJRMC/SJPVH**

All SJRMC/SJPVH per diem nurses will continue to be compensated based on the per diem pay rates in effect under the prior collective bargaining agreement which will be increased by the minimum increases established in paragraph A (Schedule of Wages) above.

N. Bilingual Services

1. Voluntary

53

Exhibit C     (Page 55 of 165)

**-58-**

Unless required by the position, translating and/or interpreting services shall be voluntary. An employee who provides such services on a voluntary basis shall be held harmless for any legal or other adverse action arising from an unintentional misrepresentation as a result of translating or interpreting activities. It is understood that the preferred method of translation is by use of the "Cyracom phone". Any RN who provides this service on a voluntary basis shall be held harmless for any legal or other adverse actions arising from an unintentional misrepresentation as a result of translating or interpreting activities.

2.  Bilingual Pay (SJRMC and SJPVH)

Employees who currently receive the $60.00 monthly stipend will continue to receive it unless 1) they no longer wish to provide this service and opt out in writing to their manager; or 2) they fail to pass a reasonable competency test required by the Employer.

O.  Standby/Callback

1.  Definition of Standby

Standby for the purposes of this section means standby within the meaning of state and federal law. The employee must be able to respond to or acknowledge calls from the Hospital immediately and arrive at the Hospital within thirty (30) minutes from the time of call. Where possible, unit/departments that regularly require employees to be on standby status shall strive to distribute standby equally to all of the employees in the unit/department.

2.  Standby Rates

a.  SJRMC/SJPVH

Any employee who has been requested or scheduled to be on "standby" but who is not called to work, will receive $5.00 per hour for all hours when on "standby". Effective the first full pay period following May 1, 2009 the standby rate will be increased to $6.25 per hour. Effective the first full pay period following May 1, 2010 the standby rate will be increased to $7.00 per hour. Effective the first full pay period following May 1, 2011 the standby rate will be increased to $8.00 per hour.

b.  NHMC

Any employee who has been requested or scheduled to be on "standby" but who is not called to work, will receive $7.50 per hour for all hours when on "standby. Effective the first full pay period following May 1, 2009 the standby rate will be

54

Exhibit C    (Page 56 of 165)

-59-

increased to $7.75 per hour.  Effective the first full pay period following May 1,
2010 the standby rate will be increased to $8.00 per hour.

3.  Callback

   a.  NHMC

      i.  An employee who finishes his/her shift, is not on standby, leaves the
premises and is asked to return to work during the same work day, shall be
paid at time and one – half (1 ½) his/her regular hourly rate for all hours
worked during the callback, and guaranteed a minimum of two (2) hours of
work or pay, unless there is a more generous practice.  It is the employee's
option whether or not to accept this callback assignment.

     ii.  Shift differential will be paid on hours worked for callback.

   iii.  Past practice regarding an employee who is requested to work on an
unscheduled day (day off) shall be maintained.   In the event that the
Employer wishes to offer premium pay, extra shift pay, minimum hours or
any other incentive to any employee(s), mutual agreement on all terms of
the offer shall be required between the Union and the Employer.

   iv.  Nurses who are called off and are placed on standby will receive time and
one half when called into work from standby.

   b.  SJRMC/SJPVH

      i  "Callback" is the hours that the employee is engaged in working at the
hospital.  If the employee has already worked at the hospital on the workday
during which a callback occurs, the travel time, not to exceed thirty (30)
minutes each way, that the employees expends in returning to the hospital
(and returning home) for the call back is also treated as callback time.

     ii  Callback Pay:

        a.) All callback time shall be compensated at one and one-half (1 ½) times
the employees regular rate of pay. If the callback results in the employee
working overtime hours (on a workday, workweek or 14-day work period
basis, depending on the employee's overtime status), shall be paid the
appropriate overtime premiums for the callback hours.

        b.) An employee who works past his/her scheduled twelve (12) hour shift
within the twenty-four (24) hour work day, shall be paid at a rate of two (2)
times the regular rate of pay for callback.

        c.) If an employee assigned to work a twenty-four (24) hour shift on a
Standby/On Call basis, and such employee is called to work, such employee
shall be paid at a rate of one and one-half (1 ½) times the regular rate of pay

55

Exhibit C    (Page 57 of 165)                                    **-60-**

for their first eight (8) hours of work and a rate of two (2) times their regular rate of pay for any additional hours of work.

   iii  Minimum Call back Hours:  Any employee called back to work will receive a minimum of two (2) hours of call back pay; and standby pay shall not be paid for any hours during which the employee is paid call back pay except those departments listed in d, below.

   iv  Standby/Shift incentive pay

Employees in OR, PACU, Cath Lab, Cath Lab Recovery and other units currently receiving Standby pay after returning to work on call back, shall continue to receive such pay.

P.  Free Parking

1.  Employee Parking: Hospitals currently providing free parking for employees will continue to do so for the life of the Agreement.

2.  Security of Employees: The Employer agrees to provide reasonable security for employees at all times on the Employer's premises and in facilities or near the premises, if off-site facilities.

3.  The Employer shall make all reasonable efforts to ensure the safety of employees in parking areas and walkways from parking areas to buildings, at all times during day and night, including adequate security guard coverage, security equipment and ample lighting.

4.  Problems With Security: Problems with security issues shall be brought to the Labor Management Committee for review and resolution.

Q.  Extra Shift Incentive Pay

NHMC will maintain its ESB program for the life of this Agreement.  SJRMC and SJPVH will maintain its SSP program for the life of this Agreement.

R.  Double Time for Consecutive Days Worked after Six (NHMC only)

1.  Work on the employee's seventh consecutive day and days thereafter, unless requested by the employee, shall be paid at the rate of double time (2x) the employee's regular hourly rate.

2.  Definitions - a day of work, for seventh day premium purposes

56

Exhibit C     (Page 58 of 165)                                    **-61-**

"A day of work" for 7th day premium purposes is defined as follows:

a. A day in which an employee works or is paid for all, or a portion, of a regularly scheduled shift.

b. A day in which an employee works or is paid for all, or a portion, of an extra shift beyond their regular schedule.  Note:  An extra worked shift does not count as a work day for 7th day premium purposes if the employee voluntarily requests to work the extra shift and receives a premium in excess of the overtime rate for working the extra shift.

c. A day in which an employee is on standby and is called in and works four or more hours.

S.  Compensation Rate Review:

The Union and the Employer agree that it is in the best interest of both to recruit and retain qualified experienced staff.  To this end, either party may initiate and discuss specific job classification(s) possibly requiring a wage increase.

Wage data used by the Employer and/or Union in identifying such classifications shall be data reflecting prevailing wage rates in the proximate area for similarly situated job classifications.  Either party may request the assistance of a mutually agreed to neutral third party mediator to assist in the wage review process.

Following the review process neither the Union nor the Employer will unreasonably deny implementation of a wage increase.

T.  There shall be no pyramiding or duplication of overtime pay or premium pay paid at the rate of time and a half or double time.

"Pyramiding" does not refer to differential pay such as SBS/ESB (bonus), float pay, certification pay, shift differentials, weekend differentials, charge differentials or any other differential.

When a nurse is eligible for both time and a half and double time pay, the nurse shall receive the higher of the two rates, and shall receive all applicable differentials.

U.  Weekend Differential:  Effective the first full pay period in May 2010, all Nurses will receive a differential of $1.00/per hour on all weekend hours worked.  A weekend is defined in Article 18 Hours of Work Section F. Weekend Work.

57

Exhibit C     (Page 59 of 165)                    -62-

V. MICN (SJRMC/SJPVH):  Two individuals per shift will be assigned to serve as the MICN for the base station radio.  The MICN differential will be: $1.00 per hour effective the first full pay period following May 1, 2009 and $2.00 per hour effective the first full pay period following May 1, 2010.

58

Exhibit C    (Page 60 of 165)                    **-63-**

# ARTICLE 18 - HOURS OF WORK

A. Definitions

1. "Workday" means a fixed twenty-four hour period designated by the Employer.

2. "Workweek" means seven (7) consecutive workdays designated by the Employer.

3. "Pay period" means two consecutive workweeks.

4. "Day Shift" means the majority of worked hours falling between 0700 and 1430.

5. "Evening Shift" (PMs) means the majority of worked hours falling between 1430 and 2300.

6. "Night Shift" means the majority of worked hours falling between 2300 and 0700.

7. "Base Rate" is defined as the hourly rate paid to an employee exclusive of any premiums or differentials.

8. "Regular Rate" is defined as an employee's total remuneration in a workweek (less statutory exclusions) divided by the total hours worked in the workweek.

The Employer agrees that it will only change the work day, workweek, or pay period in compliance with the provisions of the Fair Labor Standards Act and after first notifying the Union and, upon request, bargaining with the Union. The Employer will post notices indicating the "workday", "workweek" and "pay period" for employees. No employee shall be required to work two (2) shifts within a workday, except in cases of emergency.  The definition of workweek or workday is not intended to avoid overtime payments of consecutive hours worked beyond the defined period.

B. Overtime

1. 8 Hour Shifts

   a. When an employee works in excess of eight (8) hours in any one workday, the employee shall be paid overtime at the rate of time and one-half (1 ½) the regular rate of pay for the hours over eight (8).

   b. When an employee works in excess of eighty (80) hours in a fourteen (14) day pay period, the employee shall be paid overtime at the rate of time and one-half (1 ½) the regular rate of pay for the hours over 80.  However, employees who work in Departments or Units that are only open Monday through Friday

59

Exhibit C     (Page 61 of 165)                                    **-64-**

and who are regularly scheduled to have every weekend off, shall be paid overtime at the rate of time and one-half (1 ½) the regular rate of pay for hours worked over 40 in a workweek, unless the employee voluntarily waives this requirement.

   c.  When an employee works in excess of twelve (12) hours in any one workday, the employee shall be paid double (2) times the regular rate of pay for the hours over 12.

2.  10 and 12 Hour Shifts

When an employee is working under a Flexible Working Arrangement (FWA) in accordance with Section H of this Article, he / she shall be paid overtime at the rate of time and one-half (1 ½) the regular rate of pay for the hours over forty (40) in a workweek and double (2) times the regular rate of pay for the hours over twelve (12) in a workday or over forty-four (44) hours in a workweek.

3.  Overtime Computation

All hours for mandatory meetings and for class time to maintain required certifications such as ACLS, BCLS, PALS and staff development shall be considered paid time and shall be used to compute overtime eligibility and pay. Except for rest periods and paid meal periods, only hours actually worked shall be considered hours worked for the purpose of computing overtime.

4.  Mandatory Overtime

The Employer and the Union recognize that mandatory overtime is not desirable and represents a burden on the employee.  Acceptance of overtime, and shifts beyond the employee's schedule, shall be voluntary and in accordance with state law or regulations, except where patient care would be endangered by an internal or external emergency declared by state, local or federal government, or declared by the administrator on duty.  An internal or external emergency, for the purposes of this section is defined as an unexpected situation and sudden occurrence of a serious and urgent nature that demands immediate action.

C.  Posting of Schedules

Twenty-eight (28) day schedules of starting and quitting times and days off will be posted no less than thirteen (13) days in advance of the schedule.  After the schedule has been posted, an employee's schedule will not be changed without the employee's consent, except in case of emergency.  In the case of emergency, schedule changes will be made by reverse bargaining unit seniority.  Upon request by an employee, the Employer shall provide a hard copy of the posted schedule to the employee.  Units that currently post schedules for longer than 28 days will continue to do so.

60

Exhibit C      (Page 62 of 165)                                    **-65-**

D.  Rest and Meal Periods

Each employee shall be granted a paid rest period of fifteen (15) minutes for each four (4) hours worked or fraction thereof.

Meal periods will be in accordance with state and federal law.  For example, nurses who work 12 hour shifts may waive one of the two meal periods they would otherwise be entitled to receive, thus, completing 12 hours of work over a 12 ½ hour period (one 30 minute unpaid meal period).

Twelve hour shift Nurses who choose to not waive one of the two meal periods would need to work 12 hours over a 13 hour period (two 30 minute unpaid meal periods).  If a nurse chooses this scenario, it shall not constitute a violation of the Rest Between Shifts provision.

SJRMC/SJPV Only: Twelve hour shift Nurses who choose to not waive one of the two meal periods may request to work 11 ½ hours over a 12 ½ hour period (two 30 minute unpaid meal periods).  The Employer shall reasonably consider and review such requests in good faith in light of staffing and patient care needs.  Nurses wishing to maintain their full time status may use their PTO (or House Convenience Time) to supplement their hours up to the full 12 hours.

E.  Rest Between Shifts

The Employer shall not schedule a shift for an employee which commences within twelve (12) hours of the end of the employee's last scheduled shift, with the exception of employees working a twelve (12) hour shift who shall have an unbroken rest period of at least eleven and one half (11 ½) hours between shifts.  All hours worked within the above rest period shall be paid at the applicable rate of pay. Overtime for which premium pay is given shall count as rest periods for purposes of this Paragraph.  However, any Nurse who works more than four (4) hours of overtime or four hours of call back during a rest period between two consecutive shifts will, upon request, be excused from the following shift and shall receive HCD for that scheduled shift.  Additionally, any RN who has worked mandatory call and feels they cannot safely complete their next regularly scheduled shift will, after notifying their manager or the supervisor, be released from their next regularly scheduled shift and shall take the day off as HCD. The provisions of this paragraph may be waived on the written request of the individual employee and with the agreement of the supervisor. Such requests for waivers shall be in writing and the individual employee shall indicate the time period during which such waiver shall be in effect.

61

Exhibit C     (Page 63 of 165)                              -66-

F.   Weekend Work

A weekend is defined as two days, which are Saturday and Sunday for the day and evening shifts, and Friday, Saturday, or Sunday for the night shift. A night shift nurse may elect to work any of the three weekend shifts. The Employer will make every reasonable effort to grant each regular full-time and regular part-time employee every other weekend off. The Employer will grant each regular full-time and regular part-time employee every third weekend off. This provision does not apply to employees who hold positions which normally include every weekend scheduling or to employees who elect to work weekend shifts. Any department or work area currently working more favorable scheduling patterns than those set forth above shall retain such scheduling. Changes or exceptions to the above regarding weekend scheduling may be considered by the Union and the Employer and are subject to mutual agreement and a vote of the affected employees.

G.   Shift Rotation

Current rotating shifts may be continued, except that any complaint with respect to such rotation may be submitted to the Joint Labor-Management Committee. The Employer shall not hire any employee into a rotating shift. Current positions filled by employees as rotating when they become vacant shall be posted as a day, swing, or night shift.

H.   Flexible Working Arrangements (FWA)

The Employer may implement 10 and 12-hour shifts in any unit provided that 2/3 of the affected classification of employees working in that unit by secret ballot election, conducted jointly, in favor of these shifts. FWA may be terminated in accordance with Federal and state laws. Should any group of employees petition to work either ten (10) or twelve (12) hour shifts, the Employer shall grant due consideration to the feasibility of the request. Should it be determined that the request is feasible, then the parties will meet as soon as possible to agree on schedules and a date to conduct a joint secret ballot election of affected employees. In cases of hardship, employees may request, and shall be granted whenever possible, to continue their same shift in a unit or work area that converts to alternative scheduling. Where alternate workweek schedules are to be instituted or eliminated, the Employer shall have forty-five (45) days after the vote to adjust the schedules. This period may be extended by mutual agreement, which will not be unreasonably withheld. A 12-hour shift employee scheduled for thirty-six (36) hours per week will be considered full time for purposes of benefits. Upon completion of 40 hours of work in one week, 12-hour shift employees will receive time and one-half their regular rate for all hours.

62

Exhibit C     (Page 64 of 165)                    **-67-**

I.  Overtime / Additional Hours

Each department/unit shall keep a sign-up list of those employees who desire to be given overtime or additional hours.  The employees wishing to work overtime or additional hours will communicate their shift availability in writing during the schedule preparation period.  Deadlines for submitting shift availability will be consistent with those for other schedule requests.  In the assignment of additional hours, the Employer will first offer such work to employees, in order of seniority, who would not incur overtime, then RNs requesting IHR.  Employees who are pre-scheduled to meet core staffing or working for benefited employees may not self-cancel.  Assignments for working overtime or additional hours from the availability list will be made in bargaining unit seniority order within the unit or department, except where specialized work, skill or trained personnel are required, as follows:

1.  Regular Full Time Employees who have received HC in the workweek;
2.  Regular Part Time Employees who have received HC in the workweek;
3.  Regular Part Time Employees;
4.  Per Diem, On Call, Casual Employees.

It is understood that the provisions of this section do not apply where an employee works approved overtime in order to complete his/her normal work assignment.  The Employer is also not required to call an employee from the list where the anticipated additional work can be completed in two (2) hours or less and there are employees who are already working who are willing to pick up the additional hours / overtime.  Such hours shall be assigned by seniority where more than one (1) employee desires to pick up the additional hours / overtime.  Seniority is defined as bargaining unit seniority*
*See Sideletter regarding SJRMC/SJPVH seniority

J.  Report Pay

An employee required by the Employer to report to work and who does report, will be utilized and paid for half the usual or scheduled day's work, but in no event less than two hours nor more than four hours, at the employee's regular rate of pay.  If the employee is offered work and elects to go home, then he/she shall receive no report pay.

K.  Days Off

The Employer shall make every effort to schedule the employee off on two consecutive days each week, provided that the days off may be split or rotated as needed because of weekend scheduling.

63

Exhibit C     (Page 65 of 165)                    **-68-**

L. Self-Scheduling.

The Employer shall continue its existing practice(s), where applicable, of permitting employees to self-schedule on a unit-by-unit basis. The Employer shall consider and make every reasonable effort to grant requests by employees to self-schedule on a unit-by-unit basis. Scheduling must be consistent with patient care and operational necessity and approved by the supervisor. The Employer shall make every effort to grant employee schedule requests made prior to the time the schedule is posted. For purposes of this paragraph, when a conflict arises, seniority will prevail. Seniority is defined as bargaining unit seniority.

M. Shift Trades

Scheduled employees may trade shifts or days provided that the Manager approves and that the trade does not result in increased overtime or extra shift premium costs for the Employer.

Trades may be made with an employee with the required qualifications and competencies who normally performs work in the same classification, unless a trade with a different classification is approved or has been past practice. Trades with part-time or per diem, on-call or casual employees will be allowed.

N. Split Shifts

A split shift is defined as eight (8) hours completed within a spread in excess of nine (9) consecutive hours without more than one (1) break. (To exclude situations of Stand-by, Call-Back or additional hours worked before or after a shift.) Employees performing work on a split shift completed within a spread of more than nine (9) hours but not more than eleven (11) hours shall be paid a premium of thirty dollars ($30) per shift in addition to their regular rate of pay. No new split shift shall be instituted by the Employer after the effective date of this agreement. In addition to the foregoing, any split shift work completed beyond a spread of eleven (11) consecutive hours shall be paid at the rate of time and one-half (1 ½) for all hours worked beyond the eleven (11) hour spread.

O. Holiday Premium

Recognized holidays are set forth in each facility's local agreement. A holiday commences at midnight on the designated holiday and ends twenty-four hours later. An employee working a holiday shift is entitled to a holiday premium of one and one half (1 1/2) her/his base rate if a majority of hours worked on a shift fall within a holiday as defined above. Pursuant to the no pyramiding provision set forth in (P), below, an employee will not receive holiday premium when entitled to overtime pay.

64

Exhibit C (Page 66 of 165) **-69-**

Employees not scheduled to work on a holiday because their department is closed and it is not a weekend, may elect to take CL/PTO or HCD for such a day or continue to bank CL/PTO hours for such day.

Holidays not worked shall be paid at the employee's regular rate of pay up to eight (8) hours for regular full time employees and pro-rated for part-time employees. Ten (10) and Twelve (12) hour shift employees may be paid eight (8) hours or a full shift from their PTO bank for a holiday not worked, at their option. Any employee who works a holiday shall have the option to withdraw an additional day (or portion thereof) from their PTO account, and may exceed their normal eighty (80) hour limit for that pay period, to result in compensation at two and one-half (2 1/2X) times their regular wage rate for the holiday worked.

P.  Pyramiding

There shall be no pyramiding or duplication of overtime pay or premium pay paid at the rate of time and a half or double time.

"Pyramiding" does not refer to differential pay such as SBS/ESB (bonus), float pay, certification pay, shift differentials, weekend differentials, charge differentials or any other differential.

When a nurse is eligible for both time and a half and double time pay, the nurse shall receive the higher of the two rates, and shall receive all applicable differentials.

65

Exhibit C    (Page 67 of 165)                    **-70-**

## ARTICLE 19 - PAID TIME OFF, ESL, HOLIDAYS AND TIME OFF SCHEDULING

A.  NHMC

1.  Paid Time Off Benefit

    a)  Purpose

        Eligible employees shall accrue Paid Time Off (PTO), which includes time to be used for vacation, holidays, personal needs and short term illness.

    b)  Regular full- and Regular Part-time benefited employees who are regularly scheduled to work a minimum of twenty (20) hours per week are eligible to accrue PTO.   Per Diem, casual, on-call, temporary and limited part-time employees scheduled to work less than twenty (20) hours per week are not eligible to accrue PTO.

    c)  Accrual of PTO benefits will begin from the first day of employment or status change to a benefited eligible position.

    d)  Accrual Rates

        i.  PTO benefits shall be accrued at the full time rate for all Full-time (including 8, 9, 10 or 12 hour) employees regardless of hours actually worked.   PTO benefits for Regular Full-time employees accrue at the end of each pay period, based on scheduled hours and length of service, as set forth in the schedule below for those scheduled to work full-time (72 – 80 hours per pay period).

        ii.  Part-time employees shall accumulate PTO on a prorated basis, based on hours paid.  Less than full-time benefit eligible employees will accrue PTO on a prorated basis, as set forth below, with the accrual schedule for that pay period depending on the hours paid each pay period.  Benefit accrual rates will change within the pay period of the anniversary date.

        iii.  Accrual rates for Full-time employees are as follows:

| Years Of Service | Accrual Per Pay Period |
|---|---|
| 0-2 | 7.38 hours |
| 3-7 | 9.23 hours |
| 8+ | 10.77 hours |

        iv.  Accrual rates for Part-time employees are as follows:

66

Exhibit C    (Page 68 of 165)

**-71-**

| Years Of Service | Accrual Per Pay Period |
|---|---|
| 0-2 | .09225 hours |
| 3-7 | .115375 hours |
| 8+ | .134625 hours |

e)  Maximum Accrual Limit

| Years of Service | Maximum Accrual Limit |
|---|---|
| 0-2 | 250 |
| 3-7 | 310 |
| 8+ | 370 |

f)  Employee Responsibility to Request Time Off in Advance

All employees are responsible for requesting time off, sufficiently in advance of their proposed absence to permit management to consider their request and to accommodate the request where practicable.

g)  PTO Must Be Accrued Before PTO Can Be Used

PTO must be accrued before an employee may use it for paid time off.

h)  Circumstances Requiring and Not Requiring Use of PTO

Employees who have accrued PTO, and take time off will be paid for that time from available, accrued PTO hours.  An employee may not take time off without pay if he/she has accrued PTO, except for State Disability Leave, pregnancy disability leave, military leave, occupational injury or illness (Worker's Compensation leave) and leave requested for Jury Duty, or otherwise provided in this Agreement or permitted by law.

i)  Flexing

Department Directors/Managers or designees may "flex" (take time off from work based on business necessity) staff off from a scheduled shift and/or partial scheduled shift in accordance with this Agreement.  Employees flexed from their shift(s) may elect to take the flextime as PTO or take unpaid time in accordance with the Floating: Call-Offs/Flexing/Transfers provision of this agreement.

j)  Mandatory PTO Use for First Twenty-four Hours of Illness/Injury

Employees must use any accrued PTO for the first twenty-four (24) hours of illness/injury.

k)  Hospital Election to Close Departments on Holidays

67

Exhibit C     (Page 69 of 165)                    -72-

NHMC may elect to close non-union clinical/administrative departments in observances of any of the following holidays.  Accrued PTO must be used when NHMC elects to close non-clinical/administrative departments.

New Year's Day
Labor Day
Memorial Day
Thanksgiving Day
Independence Day
Christmas Day

l)   Conversion of PTO Upon Change of Status

Employees who convert from a PTO benefit eligible status to a non-benefited eligible PTO status, or who terminate employment, will be paid for any and all unused PTO.

m)  Years of Service if Reinstated Within One Year

An employee who is reinstated into a benefit eligible status within twelve (12) months from the date of termination or status change will begin to accrue PTO based upon the years of service in effect at the time of termination.

n)   Rehire After 12 Months

An employee who is rehired after twelve (12) months from the date of termination or status change will be treated as a new hire, unless otherwise provided in this Agreement, including Article 13, Seniority and Job Vacancies.

o)   Transfer from Another Dignity Health Facility

Employees transferring from another Dignity Health system will transfer the maximum of eighty (80) PTO hours, except as otherwise provided in this Agreement. The remaining, if any, will be paid out to the employee by the originating division at the time of transfer.

p)   Regular Full-time Employees Working 72 Hours

Regular Full-time employees scheduled to work seventy-two (72) hours per pay period are allowed to use up to four (4) hours of PTO per week in order to bring full-time hours to eighty (80) hours per pay period.  In no event can PTO be used to allow the employee to receive more than forty (40) hours in a workweek.

q)   PTO Time Worked for Overtime

PTO is not considered as time worked for the calculation of overtime.

68

Exhibit C     (Page 70 of 165)                                    -73-

r)  PTO Accrual During Leaves

Paid Time Accruals.  Paid Time Off hours will continue to accrue during the first thirty (30) calendar days of any approved Leave of Absence, unless a longer period of accrual exists of past or current practice.  At the end of thirty (30) calendar days, or any longer period provided by past or current practice, all accrual of PTO will cease until the employee returns to active status.

s)  Donation of Hours

1.  Employees may voluntarily donate accrued but unused PTO hours to a NHMC or SJRMC/SJPVH employee who has experienced a personal disaster (i.e., flood, fire, loss of home, etc.) or a personal family member's catastrophic illness or accident which has created a financial hardship.
2.  The donor must complete the PTO donation form and submit it to Human Resources for processing.  Forms are available in the Human Resources Department.
3.  The donating employee's PTO balance will be reduced by the number of hours donated.
4.  The value of the PTO donation will be calculated based upon the donor's base rate, including all applicable shift differential, multiplied by the number of PTO hours donated and will be paid to the appropriate employee on the next available payroll.

(NOTE: In accordance with the Internal Revenue Service, this payment is considered taxable income for the employee receiving the funds.  Thus, the donor cannot use this donation as an income tax deduction since the dollar amount is not included in the donor's W-2 earnings statement).  Donations of CL hours are final and irrevocable.

2.  Extended Sick Leave Benefit

a)  The Extended Sick Leave Benefit provided benefit employees with income protection during extended periods of absences due to illness or injury.

b)  Full-time and part-time employees who are scheduled to work a minimum of twenty (20) hours per week are eligible to participate in the Extended Sick Leave Program.  Per diem, casual, on-call, temporary and part-time employees scheduled less than twenty (20) hours per week are not eligible for extended sick benefits.

c)  Accrual of extended sick benefit will begin from the date of employment, or status change, to a benefit eligible position.  Extended sick benefits accrue at the end of each pay period, based on budgeted hours and length of continuous service.  Benefit accrual rates will change the beginning of the designated year.  Accrual rates are as follows:

69

Exhibit C    (Page 71 of 165)

-74-

| Full Time Benefited Employees (72-80 hours per pay period) | |
|---|---|
| | Accrual Per Pay Period |
| 0 to 2 years | 1.54 hours |
| 3 years or more | 2.46 hours |

| Part Time Benefited Employees (64 hours per pay period) | |
|---|---|
| | Accrual Per Pay Period |
| 0 to 2 years | 1.24 hours |
| 3 years or more | 1.97 hours |

| Part Time Benefited Employees (48 hours per pay period) | |
|---|---|
| | Accrual Per Pay Period |
| 0 to 2 years | .93 hours |
| 3 years or more | 1.48 hours |

| Part Time Benefited Employees (40 hours per pay period) | |
|---|---|
| | Accrual Per Pay Period |
| 0 to 2 years | .77 hours |
| 3 years or more | 1.23 hours |

d) Accrued extended sick leave benefit can be accessed for the employee or 50% of the annual accrual in accordance with state law can be used for illness of immediate family member including spouse, child, and/or dependent based on the following:

    i. First day of hospitalization
    ii. First day of outpatient surgery
    iii. Third day of illness for 12 hour shift
    iv. Fourth day of illness for 8 hour employee

e) An occurrence for extended sick benefit purposes is defined as an absence due to illness or injury for one or more consecutive workdays. Reoccurrence of the same illness/injury within thirty (30) calendar days from the initial event, previously covered by extended sick benefit, will permit immediate access to accrued extended sick benefit, based on physician certificate. One reoccurrence of the same illness within a seven (7) calendar day period may be authorized for benefit payment as extended sick leave (provided the initial twenty-four (24) hour provision for this illness has been satisfied); this may be done at management's discretion.

f) An employee may be required to furnish physicians' verification of illness as a condition for the payment of extended sick benefit.

70

Exhibit C    (Page 72 of 165)    -75-

g) Employees on a Leave of Absence will continue to accrue extended sick benefit during the first thirty (30) calendar days of the Leave of Absence, or as otherwise provided in this Agreement.  Extended sick benefit will be benefited with State Disability or Worker's Compensation Insurance benefits for which the employee may be eligible.

h) An employee must file a claim with State Disability Insurance (SDI).  SDI is integrated with any PTO and/or ESB accruals after the state's seven- (7) day waiting period (or first day of inpatient hospitalization).  During the initial seven (7) days of illness, non-pregnancy related, employees will receive pay from PTO/ESB.  Failure to complete and submit a SDI form could result in a reduced paycheck due to integration with PTO and/or ESB.

i) Extended sick benefits are not paid when an employee returns to work at any capacity.

j) To the extent available, extended sick benefit hours are paid to an eligible employee based on the number of hours the employee generally would otherwise have worked on a scheduled, but absent, workday.

k) An employee who changes employment status to a less than benefit eligible status or terminates employment is not entitled to receive a cash payment for accrued, unused extended sick benefit hours.

l) An employee who is re-instated into a benefit eligible status within twelve (12) months from the date of termination or status change will have their extended sick benefit account restored to the balance as of the date of the termination or status change occurred.  An employee who is rehired after twelve (12) months from the date of termination or status change will be treated as a new hire.  If an employee transfers from a benefit eligible position to a non-benefit eligible position status, his/her extended sick benefit balance as of the date of the employee's status change will be forfeited.

m) Employees transferring from another Dignity Health Hospital will transfer a maximum accrual allowed at the receiving facility.  In no case will the transfer of extended sick benefits exceed the maximum accrual or benefit allowed by the receiving facility.

n) There is no maximum accrual limit to an employee's extended sick benefit account.

o) Extended Sick leave hours are not paid out at termination or change of status and are not available for use during the period of an employee's inter-facility transfer outside of NHMC to another Dignity Health facility and/or termination notice.

71

Exhibit C     (Page 73 of 165)                    **-76-**

p) Disputes regarding the operation of or payment of the benefit, under the provisions of the plan, are subject to the Grievance and Arbitration procedure.

3. General Provision

   a) In accordance with Article 3, Standards Preserved, no employee shall suffer any reduction in their Paid Time Off or Extended Sick Leave Benefits or other term or condition of employment by reason of this Article.

   b) There shall be no modification, reduction or termination of these employee benefits unless mutually agreed to by the Union and the Employer.  If requested, by either party, the parties agree to negotiate over improvements to terms and conditions of the above programs.  All disputes related to programs outlined above, including past practice, continuation, application and any other terms and conditions, shall be presented to the Labor Management Committee for resolution and if not resolved, shall be subject to the grievance and arbitration procedure of the Collective Bargaining Agreement.

4. Holidays and Holiday Pay

   a) All categories of employees shall receive Holiday premium for all hours worked between 11:00 PM on the day before and 11:00 PM (for eight (8) hour shift employees and including shifts beginning or ending within thirty (30) minutes of the designated times on the holiday.  For employees on other schedules, holiday pay shall be paid for the full shift when the majority of hours for the shift fall on the holiday.  Holiday premium shall be paid at time and a half (1 and ½ X) the employee's regular hourly wage rate (with shift differential as part of the regular rate for overtime calculations) for all hours worked on the holiday.  Holiday premium pay shall apply for the following holidays:

      New Years Day
      Memorial Day
      Independence Day, July 4th
      Labor Day
      Thanksgiving Day
      Christmas

   b) Holidays not worked shall be paid at the employee's regular rate up to eight (8) hours for Regular full time employees and pro-rated for part time employees.  Ten (10) and twelve (12) hour shift employees may be paid eight hours or a full shift from their PTO bank for a holiday not worked, at their option.  Any employee who works a holiday shall have the option to withdraw an additional day (or portion thereof) from their PTO account, and may exceed the normal eighty (80) hour limit for that pay period, to result in compensation at two and one half (2 and ½ X) times their regular wage rate for the holiday worked.

72

Exhibit C     (Page 74 of 165)                                    **-77-**

c) If any better holiday benefit or pay is currently, or by past practice, provided to any employee or group of employees, such benefits shall continue to be provided through the term of this Agreement.

5. Vacation Scheduling

a) Employees shall be solicited during the month of January of each year in order to determine their preferences for vacation.  Prior to March first (1st), the Employer shall advise all employees as to when their vacation is scheduled and shall post the full twelve (12) month vacation schedule in a location in each department accessible to all employees.

b) Vacation will be granted, subject to patient care and operational necessity, at times most desired by employees, employees being given preference as to choice based on seniority.  The taking of vacation during Christmas and New Years shall not be unreasonably denied, however the final right to allot holiday and vacation periods and the right to change such allotments are reserved to the Employer in order to ensure the adequate operation of the facility.  Such allotment shall be sufficient to accommodate employee's vacation accrual for that year.  Vacation allotment schedules for each year shall be provided to the Union by March 1, for each department, with updates provided timely throughout the year.  For those employees choosing to split their vacation into two (2) or more increments, seniority will apply only to the first (1st) choice of vacation in each year.  The highest senior employee will then go to the bottom of the list and shall be considered for their second choice after a full rotation by seniority, then to the bottom of the list again for a third choice, etc.  All vacation request forms shall allow the employee to indicate which requested vacation period is his or her first (1st) choice, which is his/her second (2nd) choice, and which is third  (3rd) choice.

c) Vacation requests in any department will be considered at any time of the year. Requests received after the annual vacation scheduling period above shall be granted, subject to patient care and operational necessity, on a first come, first serve basis, except that in the case of competing requests submitted on the same calendar day, the request shall be granted by seniority.

d) The Employer shall notify an employee in writing of approval or denial as soon as possible of vacation requests submitted after the annual vacation scheduling period above, but no later than two (2) weeks after receipt of said request.

e) If an employee requests a vacation and it is approved then later decides not to take vacation during that time period they may be placed on the schedule as available. They cannot bump another regularly scheduled employee from the schedule.

73

Exhibit C    (Page 75 of 165)                    -78-

f) Transferring employees will be required to select vacation from open dates, at their new department/location, not previously filled by scheduled vacations or approved leaves.

g) The employee may request vacation be attached to the employee's scheduled day(s) off and such request shall be granted, when possible.

h) Employees granted vacation time must use accrued PTO. An employee who does not have PTO will be granted non-paid vacation time, not to exceed three (3) weeks subject to patient care and operational necessity, and under the same procedures in this Article.

i) When requesting vacations, employee may request less than five (5) work days at a time or that the vacation starts on any day of the week. The total amount of vacation earned may be taken in one consecutive period or vacation periods may be split at the request of the employee.

6. Holiday Scheduling

a) Employees shall be solicited in September for the November through April holidays and the hospital shall post the holiday assignments by October 15. Employees shall be solicited in March for the May through October holiday assignments and the employer shall post the holiday assignments by May 1. The final right to reasonably allot the numbers of employees off on holidays and the right to change such allotments are reserved to the Employer in order to ensure the adequate operation of the facility.

b) Requests to work on a holiday or be off on a holiday shall be awarded on the basis of seniority, except that every employee shall, if necessary, be required to work one of the following three holidays (New Year's, Thanksgiving and Christmas) unless an employee exercise requests to be allowed to work more than one or all of them. Subject to the foregoing, should all employees exercise seniority for non-assignment, the Employer shall assign employees by inverse seniority (beginning with the least senior employee) to work the designated holiday.

c) All designated holidays will be observed on the actual calendar day, and all conditions and benefits applying to such holiday will be in effect on that day. However, in the event the Holiday falls on a weekend day and the department does not operate and/or in the event the employer closes any of its facilities/departments on the Friday preceding a Saturday holiday or on a Monday following a Sunday holiday, the Friday or Monday will be designated as a holiday for those employees who do not work either the actual holiday or the designated holiday and the employee must use PTO except at facilities where the employee has had the option whether to use PTO or not according to past practices, which shall be maintained. If a reduced level of staffing is required on a Holiday, such assignments shall be based on inverse seniority.

74

Exhibit C    (Page 76 of 165)                                      **-79-**

7.  Cash out

Employees with greater than 40 hours of banked PTO may cash out their PTO balance two times per year (last pay period of April and last pay period December) up to a maximum of 40 hours each pay out (80 hours per calendar year).  Unless employees designate a cash pay out of a specific number of hours, PTO will continue to accrue up to a maximum consistent with accrual limits specified in A subsection 1, letter e above.

Extended illness reserve bank (EIR) is not eligible for cash out at any time.

Designation for PTO cash out must be completed by December 31 of each calendar year with PTO cash out form delivered to HR.

B.  SJRMC/SJPVH

1.  Paid Time Off and Extended Sick Leave

The Paid Time Off program compensates an eligible employee for time not worked due to vacations, holidays, illness or other personal reasons.   There are three elements: Combined Leave (CL), CL Flex Bank Hours and Extended Illness Reserve (EIR).

i. Eligibility

Only Regular Full-time and Regular Part-time employees are eligible for CL, CL Flex Bank Hours and Extended Illness Reserve.  Per Diem and Non-benefited employees are ineligible.

ii. Accrual/Accumulation

Paid Time Off is divided into three (3) banks: CL, CL Flex Bank Hours and EIR (Sick Leave).  CL, CL Flex Bank Hours and EIR are accrued based upon straight time hours worked (to an overall maximum of forty (40) hours per week, or eighty (80) hours per pay period, as applicable to the employer) as follows:

2.  Combined Leave (CL)

a.  Regular Full-time employees accrue CL on the following schedule

| Years Completed | Hrs. Per Pay Period |
|---|---|
| 0-5 | 6.16 |
| 6-9 | 7.77 |
| 10-15 | 9.28 |
| 15+ | 9.92 |

75

Exhibit C    (Page 77 of 165)                    **-80-**

Regular Part-time employees accrue CL on a prorated basis.

b.  Maximum Accrual/Accumulation

The Maximum accumulation for CL is three hundred thirty (330) hours.  Additional CL hours will not be accrued until the employee's balance falls below three hundred and thirty (330) hours for full-time and two hundred seventy (270) hours for part-time employees.

c.  CL Flex Bank Hours

Regular Full-time and Regular Part-time employees accrue CL Flex Bank Hours at a rate of 1.00 hour per pay period for twenty-four (24) pay periods per calendar year.

d.  Use of CL Flex Bank Hours

   1.  CL Flex Bank Hours may be used by the employee same as CL

   2.  Further, the employee has the option to use CL Flex Bank Hours as additional pay per pay period; and

   3.  Any CL Flex Bank Hours not used by the end of the calendar year will be paid out at the employee's straight time rate in December.

3.  Extended Illness Reserve (EIR)

   a)  Accrual: Regular Full-time employees accrue EIR at a rate of 2.15 hours per pay period. Regular Part-time employees accrue EIR on a prorated basis.

   b)  Extended Illness reserve: The Maximum accumulation for EIR is four hundred eighty (480) hours, except to the extent certain employees have been grandfathered in accordance with existing policy.  Additional EIR hours will not be accumulated until the employee's balance falls below four hundred eighty (480) hours.

   c)  Use of Extended Illness Reserve (EIR)

      1.  Sick leave (EIR) is leave with pay designed to compensate employees for time not worked due to the employee's own illness or injury.

      2.  Illnesses must be reported to supervisors.

      3.  Employees may not use EIR until they have completed their applicable probationary period.

76

Exhibit C    (Page 78 of 165)

4. Beginning the equivalent of the fourth consecutive regularly scheduled day or the 25th scheduled work hour missed due to illness/disability, whichever first occurs, the employee will be paid for regularly scheduled hours missed due to illness/disability from the EIR account; provided however, that the employee will be paid from the first day of absence in the case of hospitalization or outpatient surgery.

5. Employees eligible for Worker's Compensation or State Disability Insurance will have their EIR account integrated with their Worker's Compensation or State Disability Insurance payments.

6. In the case of Worker's Compensation, hospitalization or outpatient surgery, all pay for hours missed, without any waiting period, will be taken from accumulated EIR provided an employee has completed his/her probationary period.

7. Once all accumulated EIR and accrued CL is exhausted, the availability of additional unpaid leave will be determined in accordance with the provisions of Article 23 (Leaves of Absence), provided that employees will be entitled to take unpaid leave without use of CL for up to two (2) weeks of vacation, where the employee has exhausted an equivalent amount of CL time for HC purposes.

8. Accumulated EIR will be forfeited when an employee converts to Limited part-time, Casual, Per Diem or Temporary status and upon permanent layoff or termination. However, if an employee is re-employed in or reconverts to a Regular benefited position within twelve (12) months, his/her accumulated EIR balance will be reinstated.

9. CL, CL Flex Bank Hours and EIR will also accrue/accumulate on CL hours paid and Hospital Convenience (HC) time (to be included in the overall maximum accrued hours of forty (40) hours per week or eighty (80) hours per pay period). CL, CL Flex Bank Hours and EIR will not accrue/accumulate for hours which overtime premium is paid, for standby and callback hours or for CL hours in excess of three hundred thirty (330) for full-time employees and two hundred seventy (270) for part-time employees paid out pursuant to Maximum Accrual/Accumulation or Donation of CL Hours provisions of this Agreement.

10. CL, CL Flex Bank Hours and EIR will accrue for all hours during which employees are released for collective bargaining, arbitrations, grievance handling and conventions.

4. Scheduling the Use of CL and CL Flex Bank Hours

77

Exhibit C    (Page 79 of 165)                                    **-82-**

a. Vacation Scheduling

    i. Employees shall be solicited during the month of January of each year in order to determine their preferences. Prior to march first (1st), the Employer shall advise all employees as to when their vacation is scheduled and shall post the full twelve (12) month vacation schedule in a location in each department accessible to all employees.

    ii. Vacation will be granted, subject to patient care and operational necessity, at times most desired by employees, employees being given preference as to choice based on seniority. The taking of vacation during Christmas and New Years shall not be unreasonably denied. The final right to allot vacation periods and the right to change such allotments are reserved to the Employer in order to ensure the adequate operation of the facility, however such allotment shall be sufficient to accommodate employee's vacation accrual for that year. Vacation allotment schedules for each year shall be provided to the Union in January, for each department, with updates provided timely throughout the year. For those employees choosing to split their vacation into two (2) or more increments, seniority will apply only to the first (1st) choice of vacation in each year. The highest senior employee will then go to the bottom of the list and shall be considered for their second choice after a full rotation by seniority, then to the bottom of the list again for a third choice, etc. All vacation request forms shall allow the employee to indicate which requested vacation period is his or her first (1st) choice, which is his/her second (2nd) choice, and which is third (3rd) choice.

    iii. If an employee requests a vacation and it is approved then later decides not to take vacation during that time period they may be placed on the schedule as available. They cannot bump another regularly scheduled employee from the schedule.

b. Holiday Scheduling

    1. Employees will be scheduled to work at least one major holiday (Thanksgiving, Christmas Day, or New Year's Day) and one minor holiday (Labor Day, Memorial Day, or Independence Day) per calendar year.

    2. Employee Responsibility

    It is the responsibility of the employee to request paid time off. The employee has the additional responsibility to indicate CL, CL Flex Bank Hours or EIR taken on the time clocks as appropriate.

c. Use of CL

78

Exhibit C     (Page 80 of 165)                    **-83-**

1) Except in the case of an emergency, all CL must be scheduled in advance and approved by the supervisor/manager.  Unscheduled use of CL will be closely monitored and considered as an absence under St. John's attendance policy.

2) CL may be used only after it is accrued; negative balances will not be allowed.  CL may not be taken in excess of the employee's scheduled hours (as noted in the personnel record).

3) Accrued CL is used for the equivalent of the first three (3) regularly scheduled work days or the first twenty-four (24) scheduled work hours of any illness, whichever occurs first, except where the illness requires hospitalization or outpatient surgery.  St. John's requires a physician's statement.

4) Accrued CL will be paid for all absences other than those for which EIR is applicable, including leaves of absence and will also be paid upon the exhaustion of accumulated EIR for the remainder of the absence of leave.  The sole exceptions are bereavement leave and paid jury duty leave.

5) Accrued CL will be paid to employees who receive time off in observance of the following six national holidays:

   New Year's Day
   Memorial Day
   Independence Day
   Labor Day
   Thanksgiving Day
   Christmas Day

6) All accrued but unused CL will be paid out to an employee upon conversion to a non-benefited position status and upon permanent layoff or termination.

5. Donation of Hours

   a) Employees may voluntarily donate accrued but unused CL hours to a St. John's Regional Medical Center/St. John's Pleasant Valley Hospital or Northridge employee who has experienced a personal disaster (i.e., flood, fire, loss of home, etc.) or a personal family member's catastrophic illness or accident which has created a financial hardship.

   b) The donor must complete the CL donation form and submit it to Human Resources for processing.  Forms are available in the Human Resources Department.

   c) The donating employee's CL balance will be reduced by the number of hours donated.

   d) The value of the CL donation will be calculated based upon the donor's base rate, including all applicable shift differential, multiplied by the number of CL hours donated and will be paid to the appropriate employee on the next available payroll.

   (NOTE: In accordance with the Internal Revenue Service, this payment is considered taxable income for the employee receiving the funds.  Thus, the donor

79

Exhibit C     (Page 81 of 165)                                    -84-

cannot use this donation as an income tax deduction since the dollar amount is not included in the donor's W-2 earnings statement).

   e)  Donations of CL hours are final and irrevocable.

6. Cash out

   Employees with greater than 40 hours of banked PTO may cash out their PTO balance two times per year (last pay period of April and last pay period December) up to a maximum of 40 hours each pay out (80 hours per calendar year).  Unless employees designate a cash pay out of a specific number of hours, PTO will continue to accrue up to a maximum of 330 hours for full time employees and 270 hours for part time employees.

   Extended illness reserve bank (EIR) is not eligible for cash out at any time.

   Designation for PTO cash out must be completed by December 31 of each calendar year with PTO cash out form delivered to HR.

7. General Provisions

   a)  Rehire within 12 months

       An employee who is rehired after twelve (12) months from the date of termination or status change will be treated as a new hire, unless otherwise provided in this Agreement, including Article 13, Seniority and Job Vacancies.

   b)  Transfer from Another Dignity Health Facility

       Employees transferring from another Dignity Health system will transfer a maximum of eighty (80) PTO hours, except as otherwise provided in this Agreement.  The remaining, if any, will be paid out to the employee by the originating division at the time of transfer.

80

Exhibit C     (Page 82 of 165)                                    **-85-**

# ARTICLE 20 - RETIREMENT

A. Retirement Plans

The Dignity Health Retirement Plan (Plan) includes the Growth Dollar Plan (GDP) which covers all employees under this Agreement. The Summary Plan Description for the GDP is available, upon request, to any covered employee.  Participants earn a monthly retirement dollar benefit based on the charts set forth below.

1. All Employees who participate in the GDP are eligible for a 25% employer match to their 403(b) savings (Dignity Health Supplemental Retirement Plan) up to 6% of salary. The match will be deposited on a pay period basis, consistent with the employee contribution.

2. The GDP monthly retirement dollar benefit can be earned for those working 1,400 or more hours per year.  Those working less than 1,400 hours per year can earn a portion of the monthly retirement benefit as indicated in this chart.

| Hours Worked Per Year | Pension Credit |
|---|---|
| • 1,400 or more hours | • 100% |
| • 1,200 to 1,399 hours | • 80% |
| • 800 to 1,199 hours | • 60% |
| • 500 to 799 hours | • 40% |
| • 300 to 499 hours | • 25% |
| • 180 to 299 hours | • 15% |
| • 0 to 179 hours | • 0% |

The following formulas will be utilized to determine retirement benefits for employees:

a. All eligible Registered Nurses retiring on or after January 1, 2009 will receive $76.00 per month per year of service under the GDP plan.

81

Exhibit C     (Page 83 of 165)                    **-86-**

# ARTICLE 21 - HEALTH INSURANCE

A. Medical Plan

Unless otherwise indicated herein, the Employer will provide one fully Employer-paid medical insurance plan at each of the facilities covered by this Agreement. No changes will be implemented without the agreement of the Union (except those changes that are outside the Employer's control such as physician panel additions and deletions and changes implemented by the insurance carrier). The free plan will be made available to all eligible:

1. Employees
2. Spouses of employees
3. Individuals who have registered with an eligible employee pursuant to California Family Code Section 297
4. Children under age 19 and dependent children under age 24 of eligible employees including children for whom an eligible employee is a Legal Guardian (as per current practice)
5. Employee's tax dependents (except those who are Medicare eligible)
6. Children or dependants who are required to be offered coverage as a matter of state or federal law
7. Legally Domiciled Adults (see definition below)

An employee may have only one adult, other than the employee, covered under the Employer's health plans, as per current practice.

B. Dental and Vision Insurance

For the life of the contract, the Employer will maintain the existing or substantially equivalent in the aggregate, free dental and vision plans currently covering bargaining unit employees, except as expressly provided otherwise in this Agreement.

C. Legally Domiciled Adult

Under the law, individuals who meet all criteria under California Family Code section 297 and file the required declaration with the State of California are treated as spouses under the health plan, and are therefore not included in the LDA definition. Effective upon ratification, a Legally Domiciled Adult (LDA) for the purposes of this Article shall be defined as an individual, who is not Medicare eligible, who is of the same sex or opposite sex who is in a committed relationship with a benefited employee who has been domiciled with the employee for at least one year. An LDA cannot be a blood relative of the employee. An eligible employee cannot claim an

82

Exhibit C     (Page 84 of 165)                                    -87-

LDA if the employee or LDA has a spouse or is registered with another person pursuant to California Family Code Section 297. Eligible employees must provide documentation that he/she has a committed relationship prior to coverage effective date. Re-certification of LDA status may be required on an annual basis. Documentation of a committed relationship necessary to establish LDA status can be demonstrated by providing the Employer any three of the following types of documents in addition to the affidavit referenced in (1), below:

1. Notarized, signed affidavit indicating that the employee and LDA are in a committed relationship and have been domiciled together for one year;
2. Checking, savings or brokerage accounts in the name of both the employee and LDA;
3. Designation of LDA as primary beneficiary on employee's retirement plan, will, trust or insurance policy;
4. Joint lease of at least one year duration;
5. Jointly held mortgage;
6. Joint loan on any asset in excess of $1,000 (cannot be the same as mortgage listed in paragraph (5), above;
7. Durable power of attorney granted by the employee to the LDA or vice versa;
8. Birth certificate for natural children or evidence of adoption or legal guardianship of one another's children;
9. Evidence that employee and the LDA share financial responsibility for one another (such as joint utility bills or charge accounts) for one another for at least one year.
10. Evidence that employee has registered as a domestic partner under a California municipal or county code (This will count as two criteria.).

D. Prescription Drug Plans

All of the free medical plans offered pursuant to this Article will include a prescription drug plan. Employees will continue current levels of employee co-payments for prescription drugs, except as specifically modified by the terms of this Agreement.

E. Dual Coverage

No person may be covered under any Dignity Health medical, dental and/or vision plan as both an employee and a dependent and no person may be covered as a dependent of more than one Dignity Health employee.

F. Employee Health and Care Management Program

83

Exhibit C    (Page 85 of 165)                          -88-

The Union and the Employer agree that improving the health and well-being of employees and their families, improving the health and safety of the work environment and enhancing the effectiveness and productivity of the organization are key goals both organizations share.  The Union and the Employer agree that they will work together to improve employee health and lower the escalation of health care costs.  The parties commit to creating a workplace environment and culture that helps employees to collectively stay healthy and helps them to collectively reduce their health risks.

The cornerstone of this commitment is to attain industry leading results in the areas of BMI, smoking rates, cholesterol and blood pressure levels.  The parties share a commitment to measure and regularly report aggregate data for the employee population with respect to these foundational indicators of the health and wellness of all employees.

To that end, the parties agree that:

- No later than July 1, 2013 they will select a tool to track health and wellness that will allow the parties to measure report and analyze workforce progress towards improved health;
- No later than July 1, 2013 they will identify and select a vendor to provide comprehensive, evidence based wellness and disease management programs for implementation January 1, 2014.

- For open enrollment for all health plans for plan year 2014, employees enrolling will participate in a confidential biometric screening process and health risk assessment.  The Employer and Union will work together to insure that the process has protections against any disclosure of PHI and that all data is reported out only in the aggregate to insure privacy.

- The Dignity Health-UHW Health and Wellness Committee will play an active role in developing programs, communication tools and education initiatives for implementation in 2013 that are designed:

  ➢ To educate employees on how to utilize health services to enhance health;
  ➢ Help employees understand how they can contribute to holding down the cost of care;
  ➢ Encourage healthy activities at the workplace on non-work time;
  ➢ Encourage healthy and affordable food options in the workplace.

The Employer will not make unilateral changes in any mandatory subject of bargaining without meeting its obligation to bargain with the Union. The nurses on this committee shall be compensated at straight time pay for attendance.

84

Exhibit C     (Page 86 of 165)                                        -89-

G.  Dependent Buyout

Effective with the Annual Enrollment for the 2013 benefit year, the Employer will offer a one-time buyout option for dependents that are enrolled in the fully Employer paid medical plan.

1.  Eligibility

In order to participate in this buyout an employee:

- Must be enrolled in a fully employer paid medical plan as of October 1, 2012 and remain enrolled in the fully employer paid medical plan for 2013;
- Must have dependents enrolled in the fully employer paid medical plan as of October 1, 2012.  Spouses who no longer are eligible for dual coverage are not eligible for this Buyout.
- Must actively remove the enrolled dependents from their fully employer paid medical plan coverage during the Annual Enrollment period, with coverage ending effective December 31, 2012.  Note that dependents removed during the Annual Enrollment period are not eligible for COBRA continuation coverage.
- Must provide proof that the dependents removed from the fully employer paid medical plan coverage during Open Enrollment have alternative medical plan coverage for 2013.

2.  Amount of Buyout

The amount of the buyout depends on which dependents the employee removes from coverage.  Buyouts will be paid in intervals throughout the calendar year. The following chart illustrates the buyout opportunities for eligible employees:

85

Exhibit C     (Page 87 of 165)                    -90-

| If the employee is enrolled in this coverage tier at OE2013: | And the employee removes dependent(s) during OE 2013 | The employee will receive this one-time annual payment in equal monthly intervals in 2013 |
|---|---|---|
| Employee + Child(ren) | All children | $1,000 |
| Employee + Adult | 1 adult | $3,000 |
| Employee + Adult + Child(ren) | 1 adult and all children | $4,000 |

3.  Returning Dependents to Medical Plan

An employee who accepts the buyout for any dependent and later re-enrolls that dependent in one of the Employer's medical plans will be required to pay a dependent surcharge of $150/month for a re-enrolled adult dependent and/or an additional $50/month for re-enrolled child(ren) so long as those dependents have alternative medical coverage available.

(Note: non-free plans will continue to be administered consistent with the parties Non-Free Plan Side Letter.)

86

Exhibit C     (Page 88 of 165)                    -91-

## ARTICLE 22 - BEREAVEMENT LEAVE

1. Eligible Employees:  Regular full time and regular part time employees upon employment with the Hospital.

2. Eligible Event:  When a member of an employee's immediate family dies, the employee will be granted bereavement leave with full pay for up to three  scheduled work days, provided employees take such leave within a reasonable time thereafter, not to exceed thirty (30) days before, during or after the death, scheduled funeral or memorial service.  Leave beyond three (3) days, may be taken as CL/PTO or unpaid leave, patient care permitting and will not be unreasonably denied.  Non-benefited employees will be excused for up to three scheduled work days without pay.

3. Immediate family is defined as spouse, domestic partner, sister, brother, daughter, son, in the process of or legally adopted child, mother and father, or individual who has, prior to the employee's attaining legal majority, legally stood in place of the employee's mother or father, current mother-in-law, current father-in-law, mother or father of the employee's current domestic partner, current daughter-in-law, current son-in-law, current sibling-in-law, the employee's own grandparents, grand children, great-grand children or any persons living in the home.

4. Unpaid time off as outlined above may be granted for bereavement in cases of other close relationships.  Such requests are subject to operational needs; however, such time off will not be unreasonably denied.

5. The Employer may require reasonable and accessible verification of the death.

87

Exhibit C     (Page 89 of 165)                    **-92-**

# ARTICLE 23 - LEAVE OF ABSENCE

A. Leave Requests

1. Leaves are processed in accordance with Human Resource policies and administered, as appropriate, by third party vendors. The hospital or its contracted vendor shall notify the employee if the requested leave has been approved or denied within 10 days after the employee has completed the application and all supporting documentation has been submitted.

2. Emergency Leave: In case of an emergency, the Immediate Supervisor shall be notified immediately of the emergency and the reason(s) requiring a leave, and the Immediate Supervisor will approve or deny the leave request. If approved, and as soon as is possible thereafter, the employee shall complete any necessary leave of absence application and provide the required supporting information. Emergency leaves will be granted only for good cause, which will not be unreasonably denied, and the approval of the request will not affect the Employer's right to request subsequent verification of the reasons given when the leave was requested.

3. Verification: As a condition to authorizing, continuing or extending a leave of absence, the Employer may require verification (on forms to be obtained from the Human Resources Department) of the reasons given by the employee who is requesting the leave, including physicians' certificates in the case of medical disability leaves, and /or may periodically request updated information, and /or documentation on the continued existence of reasons requiring a leave, as and to the extent, as permitted by law, and the employee's intent to return from leave. Employees returning from a disability leave must submit an appropriate release from their physician to the hospital on the day received and must be cleared to return to work by Employee Health (Human Resources or other local process) if available and if not, by the House Supervisor.

4. Commencement of Leave: Except as otherwise required by law, the leave shall be deemed to have commenced on the first day of continuous absence for the reason for which the leave is granted.

B. Leaves of Absence Defined

Leave of absence is any absence from work, whether paid, unpaid, or a combination of paid and unpaid absence, normally for more than seven (7) consecutive days, other than vacation leave. However, workers' compensation, family/medical and pregnancy disability leaves of a shorter duration will also be handled in accordance with this Article.

88

Exhibit C     (Page 90 of 165)                                                    -93-

C.  Concurrent Leave

Except as otherwise required by law, if a condition or reason for leave entitles an employee to more than one type of leave under this Article, such leaves shall run concurrently.

D.  Eligibility for Leave

With the exception of Workers' Compensation, military and pregnancy disability leaves of absence, or where otherwise required by law, employees must have completed ninety (90) days of employment to be eligible for leaves of absence in accordance with this Article. Employees must meet the eligibility requirements under state and federal family and medical leave laws (unless otherwise set forth herein) to be eligible for such leaves. Unless otherwise required by law or mutually agreed by the parties, an employee shall not be permitted to go on a leave of absence within thirty (30) days of returning from a leave of absence. The Employer will not unreasonably deny a request for a leave of absence within this thirty (30) day period.

E.  Medical Leave

1.  Employees who have completed ninety (90) days of employment shall be eligible for leave of absence for medical reasons. Such leave(s) shall not exceed one (1) year, unless extended by mutual agreement between the employee and the Employer.

2.  In order to be eligible for medical leave, the employee must provide the Employer's Human Resources department with medical certification, in advance where practicable and foreseeable, the probable duration and confirmation that the employee is unable to perform his/her job duties due to the medical condition.

3.  Benefits under this Agreement shall be maintained during the paid portions of leave and/or during any portion of FMLA/CFRA leave qualifying leaves, as provided below. Beginning on the first day of the month following the exhaustion of paid time and/or the maximum FMLA/CFRA leave, the employee may elect to continue benefit coverage under COBRA by paying the cost of such coverage as provided under COBRA.

F.  FMLA / CFRA

1.  Employees continuously employed by the Employer for twelve (12) consecutive months and who have worked at least 1250 hours within the twelve months

89

Exhibit C    (Page 91 of 165)                    -94-

preceding the commencement of leave shall be eligible for Family Medical Leave in accordance with the provisions of the federal Family Medical Leave Act (FMLA) and the California Family Rights Act (CFRA). Such leaves shall be made available for:

    a.  The birth of the employee's child, or receipt of a child in foster care or adoption;

    b.  The care of an employee's immediate family member. For the purposes of this provision, members of the immediate family are defined as the employee's spouse, parents, child, stepchild, legally domiciled adult or the child of a legally domiciled adult.

    c.  A serious medical condition of the employee.

2. Upon return to work following a qualifying FMLA / CFRA leave, the employee shall be reinstated to the same position, classification, unit, and shift held by the employee at the commencement of the leave.

G. Pregnancy Disability Leave

Employees disabled due to pregnancy or pregnancy-related conditions shall be eligible for a maximum of four- (4) months unpaid leave of absence, in addition to CFRA leave.

H. Work-related Disability Leave

1. The Employer shall grant a leave of absence to an employee who is unable to work due to a work-incurred injury. Duration of this leave will be determined based on the employee's medical condition and ability to return to work.

2. The Employer shall make every effort to assist the employee and return them to work after a work-related injury, and shall work with the Union to develop a modified/light duty program for injured employees.

3. Employees returning from work-related disability leave shall be entitled to reinstatement to the same position, classification, unit, and shift as held by the employee at the commencement of the leave.

4. An employee who is medically-determined to be permanently disabled and unable to return to his/her former position shall be entitled to any vacant position for which he/she is then qualified. If all other options have been exhausted and an employee is medically-determined to be permanently disabled and is unable to return to his/her former position even with reasonable accommodations under the

90

Exhibit C     (Page 92 of 165)                    **-95-**

Americans with Disabilities Act (ADA) or to any vacant position for which he/she may be qualified, such employee may be replaced.

I.  Military Leave

Military leave of absence shall be granted to eligible employees who are absent from employment in order to perform duty, on either a voluntary or involuntary basis, in the uniformed service of the United States. Eligibility for military leave, and all other rights and obligations in connection with such leave, shall be in accordance with the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA).

J.  Voluntary Leaves for Disaster Services

1.  Policy Statement

When a significant disaster occurs, the Employer is committed to providing voluntary assistance to governmental agencies and non-profit agencies that may request our services. Response to all such requests must be approved in advance by the Employer's Chief Executive officer or designee. Voluntary leave for disaster service by employees will not be unreasonably denied. Denial of such leave shall not be subject to Article 29, Grievance and Arbitration provisions of the Agreement.

Members of Federal disaster teams will be released in accordance with the law, if activated. This includes but is not limited to members of a DMAT, DMORT, NPRT, DPMU, NNRT, or MRC. These employees will retain all rights they may have under USERRA.

2.  Definition of "Disaster" and "Designated Agency"

A "disaster" is defined as an event officially declared as such by federal, state or local government or an agency designated by the IRS as a Section 501 (c)(3) not-for-profit, charitable organization (e.g. American Red Cross) as a designated agency.

K.  Union Leave

Two (2) employees per facility per bargaining unit at a time who becomes a paid staff member of the Union shall be granted an unpaid leave of absence of up to one (1) year for Union business, patient care permitting. Upon completion of the leave of absence, the employee will be returned to his/her former job, if available, or to a comparable position in the same classification, shift, and work hours.

91

Exhibit C     (Page 93 of 165)

Upon two (2) weeks notice from the Union, up to two (2) employees per facility per bargaining unit at one time, will be granted an unpaid leave of up to two (2) weeks from work for the purposes of engaging in Union business, including but not limited to Union Conventions, meetings, conferences, and other activities, patient care permitting.  The employee shall not suffer any loss of seniority or other benefits as a result of such leave.

L.  Other Leaves of Absence

Leaves of absence for reasons other than those specified herein above shall be granted only by agreement between the employee and the Employer and if a real and compelling reason for time off exists.  A leave of absence shall not be unreasonably denied, although it is understood that recurring requests may be denied since such requests cause a burden on the process of scheduling, staffing and quality patient care.

M.  Return to Duty

Except as otherwise required by law, when an employee returns from leave of absence not exceeding one hundred twenty (120) calendar days in compliance with the approved terms of the leave, such employee shall be assigned to the same classification, position, unit and shift he/she held before the leave.

Unless otherwise specified above, or if the current practice is better, if the leave is in excess of one hundred twenty (120) calendar days and the employee returns in compliance with the approved terms of the leave, the Employer will use its best efforts, and will not unreasonably deny, return of the employee to the same classification, position, unit and shift as occupied at the start of the leave.  If conditions have changed so that this is not possible, the employee shall be reinstated in a position, unit, shift as nearly comparable as is possible under the circumstances.  If no such vacancy exists, the employee will be given the option of: (1) accepting another position for which he/she is qualified; (2) accepting an "as needed" position (e.g. per diem, supplemental, or limited hours part time) until a vacancy in his/her classification arises; (3) waiting for no more than one (1) year, until a comparable position becomes available.  For the purposes of job bidding, an employee who returns to a per diem, supplemental, or limited hours part time position due to the unavailability of a comparable benefited position, shall be treated as a regular employee.

An employee returning from a medical leave with a release from their doctor stating they are returning with no limitations does not have to report to Employee Health unless requested to do so by his/her supervisor.  The employee should present the release and report to his/her supervisor before commencing work.

92

Exhibit C    (Page 94 of 165)                                          **-97-**

N. Failure to Return From Leave

Any employee who does not return to work from a leave of absence in accordance with the terms of the leave may have their employment terminated.

O. Performing Work While on Leave

Performing work for another Employer during an authorized leave of absence that is the same or substantially the same in nature to the work performed by the Employer may constitute cause for dismissal unless authorized in advance by the Human Resources Department. Such authorization shall not be unreasonably withheld. This section shall not apply if the employee has been unable to return to a comparable position and accepts a per diem, supplemental, or limited hours part time position or opts to remain on leave, as provided in Section I above, until such time that a comparable position becomes available. RNs released under J. above (Disaster Assistance Leave) shall not need prior approval as described in this paragraph.

P. Notice to Replacements

A person hired or assigned as a replacement for an employee on a leave of absence shall be so advised by the Employer.

93

Exhibit C     (Page 95 of 165)                    -98-

## ARTICLE 24 - ACCIDENTAL DEATH & DISMEMBERMENT, GROUP LIFE INSURANCE & LONG TERM DISABILITY

The Employer will continue to provide the current level of benefit for Accidental Death & Dismemberment (ADD), Group Life Insurance and Long Term Disability (LTD) for the duration of the Agreement.

94

Exhibit C    (Page 96 of 165)                    **-99-**

## ARTICLE 25 - PHYSICAL EXAMINATIONS

All physical examinations required of employees in connection with their employment, according to the practice of the Employer, shall be given without charge, and all costs incident to those examinations shall be borne by the Employer. Pre-employment examinations will be on the employee's time, even if not given until after the employee is actually employed. Pre-employment physical examinations shall include all laboratory and other clinical tests as required by Title XXII or the Department of Health Services; examination and review of medical history by a physician or nurse practitioner; certification by the physician or nurse practitioner that the employee is physically able to perform the essential functions of the job.

95

Exhibit C    (Page 97 of 165)

**-100-**

# ARTICLE 26 - JURY DUTY

A. Eligible Employees

All benefited employees who have completed their probationary period.

B. Notification and Reassignment

An employee summoned for jury duty must notify his/her supervisor immediately upon receipt of the summons. Employees summoned for jury duty may be assigned to the weekday day shift for the duration of their obligation.  If a p.m. or night shift employee who is summoned for jury duty is not reassigned to the day shift he/she shall be relieved from regular duty for the shift immediately preceding and the shift immediately following the service on jury duty.

C. Telephone Standby

Employees who are placed on telephone standby by the Jury Commissioner are required to work if scheduled to do so.  The Department Manager may waive this requirement where the nature of the work and the availability of personnel will not permit the employee to leave the unit on short notice.

D. Payment For Jury Duty Time

The Employer shall pay an employee his/her straight time hourly rate (plus his/her shift differential) when he/she would have worked according to his/her regular work schedule.  The employee must provide documentary proof of reporting for jury duty.

E. Obligation to Return to Work if Released

On any day in which an employee is released from his/her jury duty obligation in sufficient time to return to work for a minimum of four hours, he/she will call his/her supervisor/manager to discuss return to work options:

1. The supervisor/manager may require the employee to return to work and complete his/her shift.
2. The supervisor/manager may give the employee the option of returning to work, in which case if the employee chooses not to return, he/she may use accrued vacation/PTO for the balance of his/her shift.

96

Exhibit C     (Page 98 of 165)                    -101-

3. The supervisor/manager may instruct the employee not to return to work, in which case the Employer will provide jury duty pay for the balance of his/her shift.

4. In the event an employee returns to work, the employee will be placed in his/her regular position.

F. Volunteer Service

Payment for jury duty will only apply in the case of obligatory service, and will not apply to employees who volunteer their services to be jurors on grand juries.

G. Witness Pay

An employee subpoenaed to appear as a witness in a judicial procedure, not including arbitration, which arises out of the employee's employment but in which the employee is not a party, will receive his/her straight-time hourly rate, (plus his/her shift differential at facilities where said differential is currently paid for jury duty pay). The employee must notify the Employer as soon as reasonable after he/she receives notice to report or is subpoenaed (normally within 24 hours). In the case of witness pay, verification of attendance or of fees received may be requested.

97

Exhibit C      (Page 99 of 165)

**-102-**

## ARTICLE 27 - TUITION REIMBURSEMENT / CONTINUED EDUCATION TIME

A.  Tuition Reimbursement

    1.  Eligibility

        The Employer will reimburse tuition to employees who meet the requirements of the Employer's tuition reimbursement program.

        Eligible employees include all active benefited employees who have completed six months of continuous employment.

        Eligible employees must maintain eligibility during the entire length of the course.  Tuition reimbursement shall not be granted for course work started, in progress or completed prior to completing six months of continuous employment.

        The Employee must apply in advance in writing specifying the course he or she wishes to attend and obtain approval to attend.

        Courses submitted for reimbursement must be taken on non-work time.

    2.  Approved Courses

        Programs leading to a high school diploma, the General Education Development (GED) exam, college courses, degree programs or their equivalent shall be approved.

        Courses and certification programs which are job related or related to future promotional opportunities with the Employer shall be approved.

        Exam preparation courses are eligible for reimbursement provided that successful passage of the examination leads to credit for a course which would otherwise have been approved and that the employee successfully passes the examination. This includes classes to prepare for certification exams such as but not limited to CCRN, CEN, CNOR, CNA, etc.

    3.  Amount of Reimbursement

        The Employer shall reimburse the employee for fees paid for tuition and fees for approved courses up to $3,000.00 (three thousand dollars) per fiscal year.

98

Exhibit C     (Page 100 of 165)                    **-103-**

Eligible fees include fees which are required as part of the course enrollment (for example: registration, student body fees, lab fees, books, course challenging fees, etc.).

Ineligible fees include late fees, parking fees, transcript fees, admission fees, etc.

For the purpose of calculating the annual maximum reimbursement, the course completion date will be used.

4. Requests for Reimbursement

The Employee must submit a request for reimbursement within ninety (90) days of the course completion on the required form and attach receipts, the course syllabus and proof of a passing grade.

Successful completion of the course shall be defined as a passing grade.

B. Continuing Education Time

1. Eligibility

Employees who are benefited with more than six months of continuous service with the Employer.

2. Paid CET

Eligible employees shall accrue twenty four (24) hours of CET at the Ventura County hospitals and thirty two (32) hours at Northridge each calendar year (not cumulative from year to year), prorated to commitment for employees scheduled to work less than full-time.  Payment for such CET shall be at the employee's straight time hourly rate.  CET is not considered productive time and is therefore not included in hours worked when determining overtime eligibility.

3. Approval of CET

The Employer will consider application for CET provided:

a.  The course, workshop or seminar are related to the healthcare profession in the employee's area of work and there is a direct benefit to the employee in maintaining and improving skills in his/her current position; and

b.  Such CET does not interfere with staffing requirements or patient care; and

c.  The course is offered by an accredited institution and is a segment of a recognizable course of instruction culminating in a degree or the course is

99

Exhibit C    (Page 101 of 165)

**-104-**

offered by a provider that has been approved by the state as a provider of continuing education courses which may be counted towards the employee's continuing education requirement for certification and licensure, if applicable; and

    d. A written application along with the course outline is received in Human Resources at least four weeks prior to the commencement of the schedule in which the CET is to be taken (the four week requirement may be waived at the Employer's discretion). When a leave of absence or change in the work schedule is not needed for an employee to complete the CET, 4 weeks prior notice shall not be required, however the course must be in accordance with (B)(3) (a) and (c), above.

4. Home Study

An eligible employee may elect to utilize CET on a day he/she is not normally scheduled to work for the purpose of home study. The home study course must meet the same criteria as outlined for non-home study CET. Proof of completion must be submitted in order to receive reimbursement.

5. Reports / In-service

An employee who has received CET may be required to provide a report or present an in-service.

6. Payment of CET

Proof of completion of a CET course must be submitted to the employee's Department manager not more than 30 days following completion of the course in order to receive payment.

C. In-Service Education

When the Employer provides an in-service education program for employees in a particular classification or classifications under the Agreement, the Employer will use its best efforts to see that the in-service education sessions are available to all employees in such classification or classifications on all shifts.

100

Exhibit C     (Page 102 of 165)                                        **-105-**

# ARTICLE 28 - COMMITTEES

A. Statewide Joint Labor-Management Leadership Committee

   1. Composition and Purpose

   There shall be a Statewide Joint Labor Management Committee consisting of four RN representatives selected by the Union and representatives from the Employer including Senior Level Dignity Health representatives. This Committee will be formed for the purpose of reviewing, discussing and resolving issues of mutual concern to the parties including but not limited to understanding the financial performance of the system, progress of joint legislative work, issues that affect all or a number of facilities throughout the system and other issues of mutual concern to the parties.

   2. Compensation

   If an employee is regularly scheduled to work during the time in which the meeting is held, the employee representative shall be paid straight time pay for attendance at, and travel related to, committee meetings (hours paid shall not exceed the number of hours in the employee's regularly scheduled shift). Attendance at committee meetings will not be considered time worked for the purposes of overtime calculation.

   3. Frequency of Meetings

   Meetings shall be held no less than once per year at a site mutually determined by the parties.

   4. Dispute Resolution

   The Union and the Employer acknowledge that unless mutually agreed neither shall use this committee for the purposes of collective bargaining. Disputes within the Joint Committee shall not be subject to Article 29, Grievance and Arbitration provisions of this Agreement. However, this Paragraph shall not prevent an employee, the Union or the Employer from subsequently pursing an otherwise grievable issue through Article 29, Grievance and Arbitration.

B. Joint Labor-Management Committee

   1. Composition and Purpose

101

Exhibit C    (Page 103 of 165)

a.  There shall be a Joint Labor Management Committee of no more than four (4) representatives per facility appointed by the Employer and four (4) representatives per facility (or combined facility) appointed by the Union. The Joint Labor-Management Committee will be formed for the purpose of reviewing, discussing and resolving issues of mutual concern to the parties.

b.  The parties shall advise each other in writing of appointments to the Committee, and on written notice to the other, the Union and/or the Employer may change its representatives on the committee from time to time. Meetings shall be held on a quarterly basis for no more than two (2) hours unless mutually agreed to otherwise. Employee representatives on the Committee shall be compensated at straight-time pay for attendance at Committee meetings. Time spent at Committee meetings shall not be counted for the purpose of calculating entitlement to overtime.

c.  The Joint Labor-Management Committee may develop procedures to meet the employment and income security commitments and to identify retention and recruitment issues facing the Employer.  Such planning shall include such items as follows:

   1.  Identifying current and anticipated vacancies;

   2.  Projecting changes in the delivery of healthcare at each Hospital;

   3.  Identifying retraining opportunities for employees at the Hospital;

   4.  Identifying creative retention programs such as one that contemplates the identification of transferable skills of employees to work in classifications other than their own to avoid daily cancellations;

   5.  Identifying cross-training opportunities to minimize involuntary daily cancellations;

   6.  Identify systems to support effective reassignment processes such as float pools, cross-training programs, employee lists by competencies;

   7.  Identifying new and creative recruitment sources;

   8.  Other opportunities to enhance recruitment, retention and retraining;

   9.  Impact on the workforce as a result of business changes that would result in closures, consolidations or shared entities.

2.  Compensation

102

Exhibit C     (Page 104 of 165)

-107-

If an employee committee member is regularly scheduled to work during the time in which the committee meeting is held, the employee representatives on the Committee shall be compensated at straight-time pay for attendance at Committee meetings up to a maximum of two hours per employee per month. Attendance at committee meetings will not be considered "time worked" for the purposes of overtime calculation.

3.   Frequency of Meetings

Meetings of the Committee shall not be held more often than once every two months except by mutual agreement. If a meeting is cancelled, it will be rescheduled within two weeks.

4.   Dispute Resolution

The Union and the Employer acknowledge that unless mutually agreed neither shall use this committee for the purposes of collective bargaining. Disputes within the Joint Committee shall not be subject to Article 29, Grievance and Arbitration provisions of this Agreement. However, this Paragraph shall not prevent an employee, the Union or the Employer from subsequently pursing an otherwise grievable issue through Article 29 Grievance and Arbitration.

C.   Health and Safety

1.   Compliance

The Employer will continue to comply with applicable federal and California laws and regulations pertaining to occupational safety and health, including its obligation, under the general duty clause, to provide a safe environment for employees.

2.   Reporting Health Hazards by Employee

It is the duty of each employee to comply with all health and safety regulations of the Employer, and if any safety or health hazard is detected by an employee, the employee shall promptly report it to the Employer. An employee's failure to comply with such health and safety regulations, or to promptly report a detected health or safety hazard, may result in disciplinary action.

3.   Union Notification

The Union shall promptly notify the Employer of any potential health and safety hazards, violations or problems of which it is aware.

4.   Remedying Health/Safety Problems

103

Exhibit C    (Page 105 of 165)

-108-

The Employer shall have a reasonable period of time to remedy any problems or situations brought to its attention by employees or the Union. If in the judgment of the employee or the Union, the Employer shall thereafter fail to completely remedy the situation, the employee or the Union shall be free to contact Cal-OSHA, or other state or federal authorities, for appropriate action. No adverse action shall be taken against any employee for reporting health and safety concerns to the Employer, to the Union, or to federal or state authorities. Disputes under this Section B shall not be subject to Article 30, Grievance and Arbitration procedure of this Agreement, and shall continue to be subject to the applicable administrative procedures established by federal and/or California law. However, the issue of whether the Employer has met its obligation to meet with the Union under (e) below shall be arbitrable.

The Union may address Health and Safety Issues through either the Labor-Management Committee or the Patient Care Committee, when involving patient services issues.

5. In-Service

The Employer shall continue to provide in-service or other training and information to employees concerning health and safety.

6. Hepatitis B Vaccine

Hepatitis B vaccine shall be made available free of charge and at a covered employee's request, if the employee's normal functions include exposure to blood, blood products, bodily fluids, or needle sticks or cuts by other sharps that may have patient blood, blood products, or body fluids on them. Such vaccine also will be provided to other employees, at their request, if their normal functions do not include such exposure but the employee has an on-the-job needle stick or cut, as described.

D. Patient Care Committee

1. Composition

The Employer and the Union agree that quality patient care and an appropriate working environment require adequate staffing and that staffing levels within all departments vary with census, acuity, shift, the specialization of various areas, changes in the specialization of the units, structural changes in delivery of patient services and qualitative changes in average acuity. The Employer will establish a committee comprised of six (6) bargaining unit employees selected by the Union and six (6) representatives of the Employer selected by the Employer. In addition to the six (6) from each side, both the Union representative and the Human

104

Exhibit C     (Page 106 of 165)          **-109-**

Resource representative may participate in Patient Care Committee meetings. The parties may mutually agree to expand the number of representatives to this committee as the need may arise.

2. Purpose

The purpose of this committee is to monitor the quality of patient services and to make recommendations to improve patient services in the context of work design, if applicable, or in the current method or system of patient services delivery.

3. Meetings

The Employer will allow four (4) hours per month of paid time for each employee member of the committee to attend meetings.

4. Dispute Resolution

At the request of either party, a difference of opinion between the representatives of the Patient Care Committee shall be referred to the Special Review panel for resolution. This panel will be the exclusive means for resolving any differences of opinion among the PCC.

E. Patient Classification System Committee

1. The patient classification system used by each Facility for determining nursing care needs of individual patients shall:
   - reflect the assessment of patient requirements made by the direct care RN; and,
   - provide for shift-by-shift staffing based on those requirements.

2. The system shall include, but not be limited to, the following elements:
   - individual patient care requirements, including the nursing process;
   - the patient care delivery system;
   - generally accepted standards of nursing practice; and,
   - The unique nature of each Facility's patient populations.

3. In accordance with Title 22, the responsibility for review of the reliability and validity of the patient classification system, and for recommending any modifications or adjustments necessary to assure accuracy in measuring patient care needs will be the function of a committee appointed at each Facility. The committee shall consist of an equal number of representatives of nursing management and RNs appointed by the Union. The minimum number on each side shall be six (6) and the maximum number on each side will not exceed fifteen (15). There shall be an equal number of staff representing each side. Representation will be determined specific to each individual facility ensuring that all distinct areas of patient care are represented. It shall be the responsibility of this (PCSC) committee to perform the review referred to in this

105

Exhibit C    (Page 107 of 165)                          **-110-**

Subsection 3. The review shall be performed annually and completed no later than December 1, each calendar year. The Facility will make its best efforts to implement within thirty (30) days recommendations that are approved by the Committee. Members of the committee shall be paid as time worked at their straight time appropriate hourly rate for time spent in attending committee meetings. Such time is "time worked" for overtime purposes.

4. A subcommittee of the PCSC will be created for the purpose of planning and facilitating the annual meeting of the PCSC. The subcommittee will consist of six (6) members selected by the Employer and six (6) members selected by the Union each representing different clinical areas. The sub-committee will be responsible for: 1) reviewing the existing acuity system; 2) review audit tools; 3) planning and attending the annual review of the acuity system.

The subcommittee will meet up to three times between October and December of the first year of this Agreement. And then will meet quarterly. At the first meeting of the subcommittee, there will be a presentation to the subcommittee explaining the acuity tool currently in use. Agendas will be agreed upon and distributed prior to subcommittee meeting.

5. Special Review Panel

   a. In the event there is a difference of opinion between the members of the PCC or the PCSC, it shall be referred to the Chief Nurse Executive ("CNE") of the facility where it has arisen. The PCC or PCSC shall simultaneously provide the following information in writing to the CNE:

      (1) A detailed description of the facts which have given rise to the difference of opinion including dates and times where appropriate;

      (2) The provisions of this Agreement that are relevant; and

      (3) The proposed remedy or resolution.

   b. The CNE shall respond to the PCC/ PCSC within 30 days of receipt of the difference of opinion.

   c. Any dispute not resolved by the above process, may be submitted, by either party, to a Special Review Panel for final resolution, provided such submission is presented in writing within thirty (30) days after the CNE's written response.

   d. The special Review Panel shall consist of three members, one (1) selected by the Union, one (1) selected by the Facility President or his/her designee and a third selected by the other two (2) panel members to serve as a neutral chairperson. The parties will make a good faith effort to select a chairperson who is experienced in the healthcare industry and with expertise in staffing in acute care hospitals. If

106

Exhibit C     (Page 108 of 165)                    **-111-**

they are unable to find such a person, they shall select an arbitrator from the panel in Article 29 Grievance & Arbitration to serve as chairperson.

In reaching a resolution, the Review Panel must take into consideration area standards regarding staffing, State and Federal laws, and any other relevant information presented by the parties.

e.  If the Special Review Panel is unable to agree on a resolution, the neutral third party will resolve the difference and such a decision shall be final and binding on the parties.

f.  Any resolution of the Special Review Panel, including any decision by the neutral third party, must be consistent with state and federal legislation prescribing levels and ratios, and the Special Review Panel, including the neutral third party, shall have no jurisdiction to fashion any remedy that imposes an obligation on any hospital which exceeds, or is inconsistent with, the requirements of Title 22 or any other state or federal law. Either Union or the Employer may seek to vacate any decision of the Review Panel or of the neutral third party, under any basis permitted under state or federal law regulating private arbitration.

g.  The Employer and Union agree that the process contained herein shall be the exclusive means of resolving all disputes arising under this Article and Article 40 and specifically, except to the extent either party seeks to vacate or enforce a decision under paragraph d. above, the parties agree to waive their rights to initiate litigation or seek administrative remedies, including unfair labor practices under the National Labor Relations Act, arising out of such disputes, except for information requests and Section 8(a)(3) or Section 8(b)(1) charges.

h.  Disputes governed by the Special Review Panel shall not be subject to the Grievance & Arbitration provisions of the Agreement.

i.  Nothing in this ARTICLE shall preclude any registered nurse or the union on their behalf from filing complaints with any government agency or TJC (The Joint Commission) regarding staffing issues.

Exhibit C     (Page 109 of 165)

## ARTICLE 29 - GRIEVANCE & ARBITRATION

Experience shows that nearly all questions which arise under this Agreement can be settled without following the formal grievance procedure. If any employee believes he or she has any claim or complaint, it is recommended that he or she talk it over first with his or her supervisor. However, this is not required. If he or she prefers, the employee may first consult with a Union representative. It will not be considered an unfriendly act for an employee to consult with any Union representative or to present a claim or complaint. There will be no retaliation against any employee for doing any of these.

A. Definitions

   In this Article the following definitions apply:

   1. "Grievance" – means a dispute raised by an employee or Union concerning the interpretation or application of any provision in this Agreement. Unless otherwise provided in this Agreement, a violation of this Agreement is subject to this Grievance and Arbitration procedure set forth below.

   2. "Days" – means calendar days. In this Article, whenever a period of time is specified the day of the event or action which commences the period shall not be included calculating the length of the period. If the last day for responding and acting is a Saturday, Sunday or contract holiday, the period shall be extended to the next day which is not a Saturday, Sunday or contract holiday.

   3. Limitation: Settlements reached with Shop Stewards in Step 1 and Step 2 of the grievance procedure shall not establish a precedent or a practice for future cases unless by specific written agreement signed by a Field Representative and by the Employer.

B. Initiating a Grievance

   The Employer and the Union recognize that the goal of this grievance and arbitration procedure is to attempt to resolve the grievance at the lowest level possible with the least amount of time and resources.

   Informal Resolution: The employee or the Union Representative (Field Representative or Shop Steward) may first confer with the supervisor or with such other person as the Employer may designate and attempt to settle the matter.

   **Step 1**
   An employee, in the case of an individual grievance, or Union must initiate the grievance procedure by completing and delivering a grievance form to the Human Resources Department within thirty (30) days of the date upon which either the grievant (in an individual grievance) or Union first became aware, or reasonably

Exhibit C     (Page 110 of 165)                    **-113-**

should have first become aware, of the events or circumstances which give rise to the grievance.

A meeting to resolve the grievance shall take place within fifteen (15) days after the filing of the grievance. In this meeting the parties shall engage in a full and frank discussion of their respective positions including the supporting rationale for their positions. The Department Manager or Human Resource Director or designee will respond in writing within fifteen (15) days of the meeting. Grievance forms may be transmitted electronically via e-mail or by fax. If sent by e-mail, the sender will request an electronic response that the grievance was sent and the person receiving the grievance will acknowledge the request for verification of receipt. If sent by fax, a form printed automatically by the fax machine used showing the number successfully transmitted shall be proof of delivery.

**Step 2**
A meeting shall be held to resolve the grievance during the fifteen- (15) day period following the receipt of the written statement. The Administrator or his/her designee (other than or in addition to a representative from Human Resources), will respond in writing within fifteen (15) days after the meeting.

C. Timeliness – Failure to Meet Grievance Timelines

If an employee or the Union does not move a grievance to the next step as set forth in Section B, or if the Employer does not timely respond to a grievance, the grievance shall automatically move to the next step.

D. Union Participation

1. A representative of the Union, designated by the Union has the right to prompt notice from the Employer of any grievances filed by individual employees.

2. A Union Representative and/or Steward, designated by the Union, has the right to be present at any grievance meeting called for the purpose of discussing an employee grievance.

E. Arbitration

1. Demand for Arbitration

If the grievance is not resolved in Step 2, the Union may proceed by submitting a written request for arbitration to the other party (a) after the due date of the Step 2 response or (b) within thirty (30) days following the receipt of the Step 2

109

Exhibit C     (Page 111 of 165)                    **-114-**

response.  A Union request for arbitration will be sent to the Director of Human Resources.

2.   Selection of Arbitrator

If the Union and the Employer cannot agree on an arbitrator within thirty (30) days after receipt of request for an arbitration, they shall jointly request a panel of seven (7) arbitrators from the Federal Mediation and Conciliation Service, specifying arbitrators from Southern California.  The parties will select an arbitrator by alternately striking a name from the list.

3.   Arbitration Hearing and Decision

The arbitrator shall hear the submitted grievances as expeditiously as possible, and shall render a decision in writing within thirty (30) days after the conclusion of the last hearing or submission of briefs, whichever is later.

4.   Arbitration Fees and Costs

The fees and expenses of the arbitrator, the cost of the hearing room, and the cost of the court reporter, if required by the arbitrator, shall be shared jointly by the parties.  Each party will bear its own expenses of representation and presentation of its case, including witnesses, and including the cost of any transcript for the party's own use.

5.   Arbitrator's Authority

The Arbitrator shall have no power to add to, to subtract from or to change any of the terms or provisions of the Agreement.  His or her jurisdiction shall extend solely to claims of violation of specific written provisions of the Agreement and involve only the interpretation and application of such Agreement.  The award shall be based upon the joint submission agreement of the parties, or in the absence thereof, the questions raised by the parties in respect to the specific interpretation and application of the Agreement. Further, the arbitrator's decision will be final and binding upon all parties concerned.

6.   Processing Grievances in Good Faith

Consistent with the Preamble of this Agreement, the parties agree that it is in everyone's best interests to address grievances in a timely, professional and ethical manner.  With respect to a particular complaint or grievance of an employee concerning the interpretation or application of this Agreement the Field Representative of the Union or Shop Steward may inspect relevant material in the employee's personnel file upon which the Employer is or will be relying. Such information will be provided in a timely manner.  The Union may request other information it deems relevant to the processing of a grievance, and if the

110

Exhibit C     (Page 112 of 165)                    **-115-**

Employer is in agreement that the information is relevant, the Union will be provided with it.  In the event of a disagreement of the appropriateness or relevance of any information requested, such disputes are not subject to the grievance procedure.  This does not preclude either party from exercising its rights under any applicable Federal or California State laws.

7. Employee Participation

The Employer and the Union agree that employees having direct knowledge of facts giving rise to a grievance should be free to participate on behalf of any party in all steps of the Grievance and Arbitration Procedure, and should be free from recriminations from either side for so doing.

111

Exhibit C     (Page 113 of 165)                    -116-

## ARTICLE 30 - DISCIPLINE AND DISCHARGE

A. Just Cause

   The Employer may only discipline or terminate an employee for just cause.

B. Progressive Discipline

   Unless circumstances warrant severe actions, the Employer will use a system of progressive discipline. Progressive steps shall include verbal counseling, written counseling and/or warnings, disciplinary suspensions without pay, and termination of employment.

C. Investigatory Suspension

   No employee shall be held in unpaid investigatory suspension for more than seven (7) Calendar days unless mutually agreed upon by the parties. No employee will be held in paid or unpaid investigatory suspension for more than fourteen (14) calendar days unless mutually agreed upon by the parties.

D. Written Disciplinary Action

   A written warning is a document designated as such by the Employer. An employee who receives a written warning shall be given a copy of the warning and shall sign a receipt to acknowledge having received the document. Acknowledging receipt of the warning shall not constitute an admission of the employee's agreement with the substance of the warning. A Union grievance contesting a written warning shall be subject to the requirements of Article 29, Grievance and Arbitration.

E. Disciplinary Notices, Rebuttal, and Inspection of Personnel Files

   1. There shall be one official personnel file for all bargaining unit employees and they shall have the right to inspect and to be provided, on request, with one copy of any document in the employee's personnel file.

   2. Employees will receive copies of all disciplinary notice(s) placed in their personnel files and shall have the right to rebut in writing any disciplinary notice. Such rebuttals, other than grievances, shall be attached to the disciplinary notice and placed in the personnel file.

112

Exhibit C     (Page 114 of 165)

In any case where the Employer and the Union agree to revise personnel record materials, the Employer shall, upon request, provide evidence of the revision.

F.  Weingarten Rights

The following holding of the United States Supreme Court in NLRB v. Weingarten, Inc., shall apply to investigatory interviews conducted by the Employer that an employee, upon his or her request, is entitled to have Union Representative (Field Representative or Union steward) present during an investigatory interview in which the employee is required to participate where the employee reasonably believes that such investigation will result in disciplinary action. Where the Facility reasonably believes an investigatory interview may result in suspension or discharge of the employee, the Facility shall advise the employee in advance. The right to the presence of a Union Representative (Field Representative or Union steward) is conditioned upon a requirement that the Union Representative (Field Representative or Union steward) be available for participation in such investigatory interview within twenty-four (24) hours, excluding Saturday, Sunday, and holidays, of the employee's request for his/her presence.

G.  Cleansing Period

Employee discipline for the same offense shall not be used against the employee for any purpose after fourteen (14) months.  The cleansing period will be extended by the duration of any leave of absence (not including PTO or ESL) of more than thirty (30) consecutive days.  Serious issues legally defined, such as harassment or sexual harassment, or theft, or patient abuse or neglect, or privacy violations reported as required by state or federal privacy laws, or threats or violence against an employee, patient or visitor will be used for five (5) years, however such records will be kept in a separate file from the employee's personnel file in the Human Resources office for this period of time, if the employee is not terminated for the offense.  If grieved or arbitrated and the charges of offenses are determined to be without merit or otherwise withdrawn, all records shall be purged of any references.

113

Exhibit C     (Page 115 of 165)                    -118-

## ARTICLE 31 - FIELD REPRESENTATIVES AND SHOP STEWARDS

A.  Field Representatives

A duly authorized Field Representative of the Union shall be permitted to enter the facility at reasonable times for the purpose of observing whether this Agreement is being observed or to check upon complaints of bargaining unit employees.  The Field Representatives shall advise the Director of Human Resources or his/her designee of each visit upon entering the facility.  If the Director of Human Resources or his/her designee is not on site and/or on duty, the Field Representative will call and/or page the Director of Human Resources or his/her designee.  The Field Representative will abide by patient confidentiality, infection control, and other Employer policies applicable to such areas.  When at any of the Employer's facilities, the Field Representative will wear his/her Union Representative badge issued by the Employer.

The Union Representative shall not interfere with the work of any employee.  This shall not prevent a Union Field Representative from conferring with an employee and his/her supervisor or an Employer representative on Employer time in connection with a complaint or problem concerning the employee.

B.  Union Shop Stewards

1.  The Union shall provide the Employer with a written list of Union stewards after their designation, and shall notify the Employer of changes as they occur.  The Union may designate one steward as Chief Steward.  Prior to the Employer's receipt of such Union designation, the Employer is not obligated to recognize a Union steward under this Article.

2.  The functions of the Union steward include the authority (1) to settle or assist in settling problems arising in connection with the application or interpretation of the Agreement, (2) to resolve grievances at Step 1 or 2 of the grievance procedure, and (3) to serve as a Union representative for Weingarten meetings.

3.  Union stewards shall perform their functions or Union related activities on their own time.  However, if a meeting is mutually agreed to with the Union steward during the Union steward's work shift, that time will be paid for by the Employer.  If the Union steward wishes to schedule a meeting with an employee during the Union steward's work shift, unpaid release time shall not be unreasonably denied.

4.  Union stewards shall not direct any employee how to perform or not perform his/her work, shall not countermand the order of any supervisor, and shall not interfere with the normal operations of the Employer or any other employee.

114

Exhibit C     (Page 116 of 165)

-119-

5.  The Employer's designated representative will meet with two Union Representatives (Field Representative and/or Union Steward) and any affected employee on any grievance or issue concerning this Agreement. If additional employee(s) or Union Representatives have firsthand facts to present as a witness concerning the Union's grievance issue, however, then such additional person(s) also may attend, by prior mutual agreement with the Employer at the time the meeting is set.

6.  Upon advance written request and subject to staffing and scheduling needs, the Employer will provide up to five (5) days without pay per calendar year to a Union steward for the purpose of participating in Union educational programs.

7.  Upon advance written request and subject to staffing and scheduling needs, duly recognized shop stewards will be permitted to leave their normal work to attend the monthly shop steward meeting. The Employer will not unreasonably deny such requests. No more than four (4) hours of such release time per month will be granted to a maximum of one steward per every 25 bargaining unit employees up to a maximum of 20 per facility.

8.  Time spent attending arbitration hearings by shop stewards, grievants and witnesses called by the Union shall be unpaid.

C.  Employee Representatives to Union Negotiation Committee

For the Master SEIU Negotiations two (2) employees per represented facility may be appointed or elected to the Union Negotiating Committee and shall be eligible to be fully compensated by the Employer for their work days missed because of their attending negotiating meetings and mutually agreed upon caucus time on those days. The compensation to be paid to committee members by the Employer for work days missed shall include the employees wages, differentials, payment of health premiums, PTO/ESL accruals, seniority accruals, and any coverage for which the employee is otherwise eligible. The Union shall notify the Employer at least one (1) week in advance of the first negotiating meeting of the names of the committee persons and, in the event of changes in the committee after the first meeting, the Union shall notify the Employer at least forty-eight (48) hours prior to any meeting of any changes in the committee for such meeting.

D.  Use of Facility Conference Rooms

The Employer shall provide the Union reasonable access to on-site conference rooms, upon request, based upon availability, in accordance with current scheduling procedures and limitations on use as are applied to management, administration and doctors.

115

Exhibit C    (Page 117 of 165)

**-120-**

## ARTICLE 32 - NO STRIKE / NO LOCKOUT

There shall be no strike, lockouts or other stoppages or interruptions of work during the life of this Agreement.

116

Exhibit C    (Page 118 of 165)

# ARTICLE 33 - CHANGE OF OWNERSHIP

1. Prior Notice Before Sale of Hospital

   When engaged in negotiations with a third party concerning the sale of a hospital covered by this Agreement, Dignity Health will notify the Union within 30 days after the signing of a Letter of Intent. Thereafter, Dignity Health will meet with the Union and consider the Union's position as to the sale. Dignity Health will remain faithful to its mission by exercising every reasonable effort to assure as a part of the negotiations that the proposed purchaser will be responsible and responsive to the needs of both its employees and the community.

2. Notice

   In the event of a merger, sale, closure or other transfer of ownership of its operation in whole or in part, the Employer shall notify the Union in writing at least ninety (90) days prior to taking action. The Employer shall meet at the Union's request to engage in good faith bargaining over the impact of such change.

3. Employer Actions

   Prior to a merger, sale or other transfer of ownership of a facility to be operated as an acute care hospital, the Employer shall: a) inform the prospective acquiring purchaser of the existence of this collective bargaining agreement and of its general terms and conditions; b) provide purchaser with a copy of the Agreement; and c) secure the purchaser's written commitment to (i) make offers of employment to substantially all (80% or more) of those employees that submit applications for employment; and (ii) allow Employer to terminate the transaction if the purchaser fails to provide written evidence that substantially all employees were offered employment.   This paragraph does not apply to the sale or transfer of facility that is closed by the Employer prior to such sale or transfer.

4. The Employer shall not use the merger, sale, closure or transfer of ownership to evade the terms of this Agreement.

117

Exhibit C     (Page 119 of 165)                              **-122-**

## ARTICLE 34 - SEPARABILITY & SAVINGS CLAUSE

A. In the event that any provision of this Agreement is found to be in conflict with state or federal law, the remaining provisions of this Agreement shall remain in full force and effect.

B. If a provision of this Agreement is invalidated by state or federal law, the Employer and the Union shall meet for the purpose of considering lawful substitute provisions.

118

Exhibit C     (Page 120 of 165)

**-123-**

## ARTICLE 35 - MEDICAL MALPRACTICE INSURANCE

The Employer shall provide Medical Malpractice insurance covering all Registered Nurses.   The policy shall be equivalent to a time of occurrence type policy.   The Employer will hold Registered Nurses financially harmless from any liability where the liability is imposed because of negligent acts of a Registered Nurse in the course and scope of employment.

119

Exhibit C     (Page 121 of 165)

-124-

## ARTICLE 36 - SAFE PATIENT HANDLING

1.  Dignity Health is committed to providing a safe working environment that includes a commitment to protect nurses from workplace injuries associated with the handling of patients.  Each hospital shall implement and maintain a safe patient handling policy for all patient care units.  The hospital policy shall be in compliance with applicable patient safety laws, for example Labor Code Section 6403.5.

2.  Reasonable efforts will be made to eliminate the need for patient care providers to manually lift patients.  Reasonable efforts may include the integration of mechanical lifts, education and appropriate training for staff involved in handling of patients.  Appropriately trained and designated staff is to be available to assist with patient handling, including but not limited to transfers, turning and transport.

3.  The Patient Care Committee is the appropriate forum for nurses to raise safety concerns related to the handling or movement of patients.  Each facility shall give due and fair consideration to recommendations from the PCC that are intended to reduce workplace injuries associated with the movement or handling of patients.

4.  Spine and shoulder health will be added to the on-going agenda of the Health and Wellness Committee.  The Committee shall concurrently explore programs Dignity Health can implement to decrease the incidence and severity of employee back and shoulder injuries.

120

Exhibit C     (Page 122 of 165)

## ARTICLE 37 - EVENT REPORTING AND MANAGEMENT

The Employer is committed to timely and consistent reporting of events as set forth in the Dignity Health Event Reporting and Management Policy. If the Employer wants to change this Policy during the life of the Agreement, it may do so upon negotiation with the Union.

Risk Services Policy and Procedure (California Version)
EVENT REPORTING AND MANAGEMENT

### PURPOSE

The purpose of this policy is to establish a structure designed to evaluate and improve the quality of care rendered to patients of <name of facility>. It is intended to promote a safe and healthful environment for patients, visitors, employees, medical staff and volunteers achieved through consistent and prompt reporting and follow-up of events, and integration with the quality activities of the medical staff. Timely and consistent reporting of events provides a mechanism to improve quality of care by preventing future similar events and identifying opportunities to improve internal processes. Event reporting is an important data source used in the patient safety program.

### POLICY

The Hospital Leadership of <insert name of facility> will ensure that an effective Patient Safety Program is supported and maintained through implementation of this policy and procedure, and appropriate integration with the quality activities of the medical staff. This Policy and Procedure supports the Patent Safety Program by establishing an event reporting process that requires the:

- Timely event reporting through the development and implementation of non-punitive reporting which supports the analysis of healthcare errors by establishing a blame free culture throughout the organization.
- Evaluation of events and development of corrective action plans to prevent future or similar events from occurring;
- Reduction of the risk of and/or severity of potential claims through timely reporting which allows for appropriate intervention by staff, managers, hospital leadership, and/or physicians;
- Monitoring, trending, and assurance of compliance with facility standards, policies, procedures, JCAHO Standards, and Federal, State, and Local regulations relating to patient care and facility safety.

121

Exhibit C    (Page 123 of 165)

**-126-**

This Policy and Procedure establishes a safe harbor applying to the reporting of events that are reported within 48 hours. The event report is a tool to collect information for patient safety. Persons involved with events and event reporting have the right to privacy and therefore the content of the report should not be discussed except in conjunction with the Quality and Risk Management functions.

Events will be reported to patients and/or their families in accordance with Dignity Health's Philosophy of Mistake Management and Dignity Health's Disclosure Policy.

Employee injuries and illnesses which are covered under Dignity Health's Occupational Injury and Illness Reporting Policy are not covered by this policy.

**Safe Harbor Provisions**

All events must be reported immediately. If any employee completes and submits an event report within 48 hours of becoming aware of the event, there will be no disciplinary action taken; however, additional education or training for the involved individuals may be required, if warranted under all of the circumstances. An event report must be submitted by an employee involved in an event even if another employee has previously submitted a report of the event. This safe harbor provision does not apply to actions by or requirements of regulatory bodies (e.g., State Board of Nursing, Board of Pharmacy). This safe harbor provision does not apply to protect any individual, if:

- The acts or omissions of the reporting employee, giving rise to the event, are the result of criminal activity or activity outside an employee's job description or license,
- The employee's action or inaction demonstrates a willful reckless disregard for the safety of patients, employees, medical staff, or visitors of the hospital,
- It is clear that an employee cannot practice in a reliably safe manner, after having been provided appropriate education and counseling, or
- At the time of the event, the employee was under the influence of alcohol or illegal drug use.

The determination as to whether the reporting of an event is exempt from the safe harbor under one of these exceptions will be made in accordance with appropriate human resource policies and procedures, with input from hospital leadership and the Dignity Health Legal Department. If it is determined that the safe harbor does not apply, the situation will be evaluated under established policies and procedures.

**DEFINITIONS**

Event (a.k.a.: incident, occurrence, notification) - any unanticipated happening that is not consistent with the routine care of a particular patient and/or the routine operation of the facility. An event may be a potential or actual adverse occurrence that involves a patient, visitor, employee, volunteer, student of physician (see appendix for examples of).

122

Exhibit C   (Page 124 of 165)

**-127-**

Sentinel Event - an unexpected occurrence involving death or serious physical injury or psychological injury, or the risk thereof. Serious injury specifically includes loss of limb or function. The phrase "or risk thereof includes any process variation for which the recurrence would carry a significant chance of a serious adverse outcome (see appendix for examples).

## RESPONSIBILITY STATEMENT

All employees are responsible for the safety, health and well being of all patients, visitors and staff while on the premises of the facility. Employees will participate in and support the facility's Patient Safety Program as outlined in the facility's policies and procedures.
It is the responsibility of each employee to notify appropriate departments and staff when a hazardous condition exists.
The responsible department manager is responsible for the processes involved in event reporting. He/she:

- Has the responsibility and authority to take necessary action when hazardous conditions exist that could result in injury to patients, visitors, or employees or damage to equipment or buildings; and
- Is responsible for communicating information gathered from the event reporting process as required in this policy and procedure to the Risk Manager, and working in collaboration with the Risk Manager in investigating and evaluating events, and implementing corrective actions.

## PROCEDURE

### Event Notification

- Any staff member who observes, discovers, or is directly involved in an event must initiate an event report form provided by Dignity Health.
- An event report form is completed and directed to the department manager.
- The department manager or supervisor will complete their section of the Event Report form and forward it to the facility Risk Manager.
- The department manager or supervisor will review the event and determine the appropriate follow-up actions.

### Patient Events with Injury

If the event results in bodily injury to the patient, the department manager or supervisor on duty will be notified immediately of the event. Prompt action will be taken to:

- Assess the patient and provide immediate care' as needed. If the event occurred in an ancillary department, the responsible patient care supervisor must be notified.

123

Exhibit C    (Page 125 of 165)                                    **-128-**

- Call a physician to examine the patient. Depending on the type and severity of the event this may be the attending physician, physician/resident on duty, emergency department physician, surgeon or anesthesiologist in case of need for surgical assessment and/or intervention.
- Notify the patient's treating physician as soon as appropriate depending on the severity of the event or injury.
- Family/significant other/guardian should be notified when appropriate.
- The need to notify others will be determined as stated in Dignity Health's Disclosure Policy.'
- Event report form will be completed and forwarded to the department manager. The department manager or designee will complete follow-up.

**Visitor Event**

- Any staff member who observes or discovers a visitor event or a visitor who becomes ill while at the facility will initiate the event report form and report the event to the department manager or designee (i.e., charge nurse, shift coordinator, supervisor).
- If the event involves a visitor injury or illness, the manager/supervisor attends to the visitor's needs and offers examination in the emergency department.
- If the visitor decides not to be seen in the emergency department, document the refusal on the event report form.
- A medical examination of a visitor should be conducted in the emergency department and a medical record created. The event report form is not part of the medical record.
- If the event involves wet floors, icy sidewalks, obstructions, or other hazardous conditions notify safety, security and/or facility maintenance. Place appropriate barricades and/or hazard signs to prevent further occurrences. If necessary, stand at the site to direct traffic until the condition can be corrected.

The Risk Manager must be notified if the visitor requests billing adjustments or replacement/remuneration of damaged items. No statement by an employee or physician will be made to the visitor regarding liability or reimbursement. Note: See *Sentinel Event Policy for* reporting a Sentinel Event, as defined below.

**Medical Record Documentation**

- Do not document in the medical record that an event report form was completed or refer to the report in the medical record.
- The medical record should be limited to facts significant to patient care (i.e., what medication was involved, what effects on the patient's condition or course, plans for intervention).
- In medication administration/omission events, document the medication given/omitted on the medication administration record and the patient's response, if any, in the patient care notes.
- Record the following as appropriate in the patient's medical record:
- Objective details of the event

124

Exhibit C     (Page 126 of 165)                    **-129-**

- Patient's condition at the time of the event
- Intervention and patient's response
- Notification of the physician and family
- Alterations in the plan of care as necessary, including the institution of safety precautions or observation or the reason no change in the care plan was instituted.

Note: Do not blame, accuse, or complain about the underlying issues in the patient's medical record.

**Follow-up**

- The event report form will be completed by the staff member and submitted to the department manager of the unit where the event occurred for follow-up.
- As necessary, the department manager or designee will assure completeness of the event report.
- The department manager/designee reviews the form to determine if follow-up is necessary and, if so, the manager/designee has 72-hours to investigate and return the event report form to Risk Management
- Under the direction of the Risk Manager, the department manager or designee will investigate each significant event that occurs in his/her department or nursing unit. He/she will assess the situation and institute corrective actions when indicated.
- In cases where multiple department managers/supervisors need to assist with the investigation, the facility Risk Manager will coordinate the investigations.
- Follow-up documentation must be completed by all managers/supervisors who are involved in the investigation.   This documentation must be attached to the original event report form. The manager/supervisor notifies his/her immediate supervisor as appropriate.

The department manager/designee will forward the event report form with appropriate follow-up documentation to the facility Risk Manager <insert appropriate title if different> as soon as possible but no later than 72 hours after the occurrence of the event.

**Tracking and Trending**

- The facility aggregates event data and shares results with the facility Patient Safety Committee and/or appropriate committees or departments, as well as appropriate medical staff officers, representatives, and/or committees.
- Aggregate information will be shared with Dignity Health Risk Services for further aggregation and trending of data system-wide to assure learnings are spread across the organization on a quarterly basis.
- The facility Risk Manager monitors activities within the facility to assure that appropriate corrective action plans are implemented based on the information obtained from the analysis of the event reports.

**Protection of Deliberations/Documents**

125

Exhibit C     (Page 127 of 165)                                                          **-130-**

The primary purpose of this policy is to evaluate and improve the quality of care rendered in Dignity Health facilities. As such, the event reports utilized to initiate the procedures required by this policy, as well as all reviews, deliberations, documentation, and reports involved in or generated by the review process are subject to the protections afforded by applicable law, including but not limited to California Evidence Code Section 1157.

All event reporting forms will be managed in accordance with the document retention policies and procedures of the facility.

**Policy Review and Revision**

The facility Risk Manager, in conjunction with the Hospital President or his/her designee, will facilitate a review of both the effectiveness and the appropriateness of this policy and procedure at least annually.

Appendix A

Examples from Definitions:

Examples of <u>events</u> subject to this policy and procedure include the following; however, this list- is not exhaustive, and is intended for illustration purposes only:

- Patient or visitor fall, with or without injury;
- Medication-related events, such as the administration of the wrong medication or dose, administration of a medication to the wrong patient;
- Intravenous-related events, such as the wrong solution being administered, or an inappropriate infusion rate;
- Surgically related events such as the wrong patient operated upon, the wrong procedure performed or incorrect instrument or sponge count;
- Equipment-related events such as malfunctions or electrical shocks/burns;
- Pressure ulcer and pressure related skin breakdown;
- Treatment and/or procedure-related events such as reactions to contrast material used in diagnostic procedures, inappropriate exposure to x-rays, or burns resulting from improper use of hot packs;
- Loss and/or theft of patient or visitor property; or
- Other events that result in or may result in injuries to patients or visitors.

Examples of events that would meet the definition of a <u>sentinel event</u> include the following; however, this list is not exhaustive, and is intended for illustration purposes only:

- An unanticipated death or major permanent loss of function, not related to the natural course of the patient's illness; or underlying condition, or,
- The event is one of the following (even if the outcome was not death or major permanent loss of function unrelated to the natural course of the patient's illness or underlying condition):

126

Exhibit C     (Page 128 of 165)

**-131-**

- Suicide of a patient in a setting where the patient receives around-the-clock care, including suicides following elopement from such a setting
- A perinatal maternal death
- Unanticipated death unrelated to a congenital condition of a full-term infant having a birth weight greater than 2500 grams.
- Infant abduction or discharge to the wrong family
- Rape
- Hemolytic transfusion reaction involving administration of blood or blood products having major blood group incompatibilities.
- Procedures on the wrong patient or wrong body part
- A patient death, paralysis, coma, or other major permanent loss of function associated with a medication error.
- Elopement, i.e. unauthorized departure, of a patient from an around-the-clock care setting resulting in a temporally related death (suicide or homicide) or major permanent loss of function.
- Assault, homicide, or other crime resulting in patient death or major permanent loss of function
- A patient fall that results in death or major permanent loss of function as a direct result of the injuries sustained in the fall.

127

Exhibit C    (Page 129 of 165)                    **-132-**

## ARTICLE 38 - COURTESY

A.  The Union and the Employer agree that ethical and fair treatment of one another is an integral part of providing high quality patient care.

B.  The Union and Employer agree to encourage all Hospital personnel to treat one another, regardless of position or profession, with dignity, respect and trust, and recognize and appreciate the individual contribution each of us makes in our daily work.

C.  The Union and the Employer agree to encourage all Hospital personnel to exhibit a personal, caring attitude toward each person we interact with and do so in ways that ensure courtesy, compassion, kindness and honesty.

Exhibit C     (Page 130 of 165)

**-133-**

## ARTICLE 39 - PATIENT CARE TECHNOLOGY REVIEW PROCEDURES

The Employer and the Union recognize that development and deployment of clinical technologies should be used to improve quality outcomes, patient safety and that when used in the patient care setting:

a) Technology must be consistent with the provision of safe, therapeutic and effective patient care, which promotes patient safety.

b) Deployment of technology shall not limit the Registered Nurses in the performance of functions that are part of the Nursing Process, including full exercise of clinical judgment in assessment, evaluation, planning and implementation of care; nor from acting as patient advocate.

c) Technology is intended to enhance, not degrade nursing skills.

d) The manner in which technology is used shall support patient confidentiality.

e) Technology is intended to provide information and options for clinical decision-making. Clinicians will maintain accountability for actual clinical decision-making, including incorporating individualized patient needs, complications, co-morbidities, as appropriate.

f) For technology selected after the date of this agreement, the Hospital will provide opportunities for Staff Nurses to provide input regarding new technology affecting the delivery of direct patient care prior to the selection of the equipment.

Exhibit C    (Page 131 of 165)

-134-

## ARTICLE 40 – PATIENT CARE AND STAFFING BY ACUITY

A. Registered nurses play a pivotal role in improving clinical outcomes, increasing patient satisfaction, and providing a healing and comforting environment. Nurse responsibilities as outlined in the California Nurse Practice Act include direct and indirect patient care activities, with the majority of time in direct patient care. The Hospitals will make reasonable efforts to avoid the interruption of nursing staff while providing direct bedside care, especially Nurses involved in the medication administration policy.

The parties also recognize that RN Case Managers and Utilization Management are critical to ensure the timely and safe discharge of patients and avoid unnecessary readmissions. Recognizing the importance of all of these roles, the parties will work together to find ways to help optimize the ability of these caregivers to provide quality patient care.

B. Facilities shall have a staffing system based on assessment of patient needs in conformance with the accreditation requirements of The Joint Commission and Title 22 of the California Administrative Code.

The patient classification system shall be a method of determining staffing requirements for each patient, each unit and each shift as appropriate, based on physical observation and assessment of each patient by the RN who is responsible for the patient.

The system will be adhered to in all areas to which it is applicable. In the event the scheduled staffing is insufficient to meet the specific staffing ratios called for by the system, the Facilities will make every reasonable effort to procure additional personnel. Should persistent shortages be identified, the Facilities will take the necessary steps to ensure safe patient care such as in house registry, extra shift bonuses, travelers and/or registry and/or increased ancillary staff.

The patient classification system with full information summarizing or explaining the system will be located in the appropriate manual on every nursing unit, and a copy will be provided to the Patient Care Committee (PCC) and the Patient Classification System Committee (PCSC), upon request.

As a general practice, newly hired Nurses will not be counted in the regular staffing complement during orientation, or portions thereof as designated in advance by the Facilities; provided, however, that the Facilities shall determine the duration and scope of orientation to be given, based upon the Nurse's prior experience and/or training.

130

Exhibit C    (Page 132 of 165)

# ARTICLE 41 - UNSCHEDULED ABSENCES

A. Definitions

    1.  Unscheduled absences.

    Any unscheduled absence from work of a single or consecutive shift(s) and/or any number of work shifts missed for the same reason within any 7 day period when scheduled to work.  This does not include trading or coverage arrangements made according to departmental policy.

    2.  Tardies

    Result from not starting work at the scheduled time as defined by the department at the beginning of the assigned shift.

B. Process

    The table below indicates the steps in the disciplinary process which apply for excessive absenteeism and tardies:

    Occurrences of Absences shall be tracked separately and not combined with tardies for purposes of disciplinary action. Occurrences of Tardies shall be tracked separately and not combined with absences for purposes of disciplinary action. Disciplinary Step during 12 month period Jan 1-Dec. 31 (annual) . All new employees will be on a prorated basis until Jan 1 of their first year of employment

| Occurrences of Absences shall be tracked separately and not combined with tardies for purposes of disciplinary action | Occurrences of Tardies shall be tracked separately and not combined with absences for purposes of disciplinary action | Disciplinary Step during 12 month period Jan 1-Dec. 31 (annual)$^{\pm1}$. All new employees will be on a prorated basis until Jan 1 of their first year of employment |
|:---:|:---:|---|
| 4 | 5 | Verbal Caution Documented |
| 5 | 6 | Documented Written Notice |
| 6 | 7 | 2nd Written Notice |
| 7 | 8 | Final Notice |
| 8 | 9 | Termination |

131

Exhibit C     (Page 133 of 165)                                    **-136-**

C. Exceptions

The following unscheduled or scheduled absences are not subject to attendance standards:

1. Approved time off for vacation, holiday, bereavement leave, jury duty, leaves of absence, school visitation or FMLA or any other time off in accordance with State or Federal law.

2. Company initiated time off.

D. Other

All language in current attendance policies at NHMC and SJRMC/SJPVH apply unless in conflict with the above provisions.

±1Bargaining notes reflect that occurrences are reset each January 1.

132

Exhibit C     (Page 134 of 165)

## ARTICLE 42 - RETIREE HEALTH PROGRAM

1. The Employer will comply with all obligations under State and Federal COBRA laws. If either State or Federal law changes in any way that reduces benefits available to employees, the parties shall meet, upon request, to bargain over the impact of such changes on the bargaining unit. If no agreement is reached between the parties, the Union may suspend the No-Strike/No-Lockout provision of the parties' Collective Bargaining Agreement with regard to Retiree Health. The Union shall provide notice in writing and in compliance with applicable law.

2. The Employer will make available an individual guaranteed issue retiree health care plan for employees who retire at age 65 or later. While the Employer shall be responsible for absorbing cost associated with administration and offering of the plan, the Employer will not be responsible for paying any premiums necessary to maintain the plan.

3. An employee will be eligible to receive a retiree health contribution to his/her Dignity Health health in retirement 401(a)/403(b) account if the employee has completed the years of service and reached the age specified in the chart below. Years of service must include at least five years of continuous service immediately preceding the contribution, during which the employee completes one thousand (1000) hours of service per calendar year. Whole years of service may be aggregated so long as the employee was continuously employed by the Employer. Years of service shall be defined as per Article 13 (A) of the parties' Collective Bargaining Agreement. Only those years of service in which an employee completes one thousand (1000) hours of service per calendar year will be counted for eligibility.

    A. If an employee is retiring, the contribution will be calculated and made within 45 days of the effective retirement date. For all other employees, contributions will be based on completed years of service as of December 31.

**BENEFITTED YEARS OF SERVICE**

| Age | 15+ | 20+ | 25+ | 30+ |
|-----|-----|-----|-----|-----|
| 60 | $10,000 | $10,000 | $10,000 | $15,000 |
| 61 | $10,000 | $10,000 | $10,000 | $15,000 |
| 62 | $10,000 | $10,000 | $15,000 | $20,000 |
| 63 | $10,000 | $15,000 | $20,000 | $25,000 |
| 64 | $15,000 | $20,000 | $25,000 | $30,000 |
| 65 | $20,000 | $25,000 | $30,000 | $38,000 |

133

Exhibit C     (Page 135 of 165)                    -138-

B.  If an employee is eligible for a contribution as of December 31 of any given calendar year, the contribution will be made into the employee's health in retirement 401(a)/403(b) account no later than March 31 of the following calendar year.  However, no contribution will be made if the employee leaves employment between December 31 and the date contribution is made.

C.  The maximum total retiree health contribution to an individual 401(a)/403b account is $38,000.  If an employee continues employment beyond age 65 and 30 years of service, no additional account value will be accrued.

134

Exhibit C     (Page 136 of 165)

**-139-**

## ARTICLE 43 - SAFETY AND SECURITY

A. Security of Employees: The Employer agrees to provide reasonable security for employees at all times on the Employer's premises and in facilities or near the premises, if off-site facilities.

B. The Employer shall make all reasonable efforts to ensure the safety of employees in parking areas and walkways from parking areas to buildings, at all times during day and night, including adequate security guard coverage, security equipment and ample lighting.

C. Problems With Security: Problems with security issues shall be brought to the Labor Management Committee for review and resolution.  Where a safety committee already exists such committee shall continue to exist for the duration of this contract.

D. The hospitals shall conduct, not less than annually, a security and safety assessment and, using the assessment, develop, and annually update based on the assessment, a security plan with measures to protect personnel, patients, and visitors from aggressive or violent behavior. The security and safety assessment shall examine trends of aggressive or violent behavior at the facility. The hospitals shall track incidents of aggressive or violent behavior as part of the quality assessment and improvement program and for the purposes of developing a security plan to deter and manage further aggressive or violent acts of a similar nature.  Upon request by the Union, the hospital will meet with the Union Leadership and review the facility safety and security plan.

E. The hospital shall have sufficient personnel to provide security pursuant to the security plan developed as described in D. above.

F. Any act of assault, as defined in Section 240 of the Penal Code, or battery, as defined in Section 242 of the Penal Code that results in injury or involves the use of a firearm or other dangerous weapon, against any on-duty hospital personnel shall be reported to the local law enforcement agency within 72 hours of the incident. Any other act of assault, as defined in Section 240 of the Penal Code, or battery, as defined in Section 242 of the Penal Code, against any on-duty hospital personnel may be reported to the local law enforcement agency within 72 hours of the incident.

G. No employee shall be disciplined in any way for reporting a known or suspected instance of assault or battery pursuant to this Article.

135

Exhibit C     (Page 137 of 165)

**-140-**

## ARTICLE 44 – TERM

This Agreement shall be effective as of July 2, 2012 and shall remain in effect until June 30, 2015. This Agreement shall be automatically renewed and extended from year to year and thereafter without addition, change or amendment, unless either party serves notice in writing to the other party not less than ninety (90) days before the end of the term then in existence of its desire to terminate, change, amend or add to this Agreement.

IN WITNESS WHEROF, the parties hereto have executed this Agreement on the effective date of the Agreement.

For Dignity Health                          For SEIU Local 121RN

136

Exhibit C     (Page 138 of 165)

-141-

## APPENDIX A - RECOGNITION PROCEDURE

The Employer and the Union agree to incorporate the existing organizing Accord between the Parties into the Agreement.  If the Parties amend the organizing Accord during the term of the Agreement the terms of the new organizing Accord will govern.

If at anytime during the life of the Agreement the parties decide not to renew the Accord, the most recent Accord will continue to be a part of this Agreement through the expiration of this Agreement.

The Accord

A. Applications

The parties agree that the following commitments and recognition procedure will govern with respect to organizing and recognition processes at all existing and new DIGNITY HEALTH acute care facilities located in California.  These commitments and procedures are intended to provide employees freedom of choice on the question of unionization.

B. Statement of Philosophy

1.     DIGNITY HEALTH and SEIU support the freedom of workers to form and join a union if they so choose.  They also support their right to choose not to do so.  DIGNITY HEALTH and SEIU agree that it is important when employees are making such a choice that accurate information about goals and vision of any organization that is seeking to represent them be available to the employees to assist them in making their decision.

2.     DIGNITY HEALTH and SEIU support the philosophy that positive relationships arise from shared creativity and responsibility; the recognition and protection of basic human rights of employees; and the representation of workers' interests in those decisions that affect them and their patients in a way that assures that their voice will be consistently and effectively heard.

C. Guidelines

1.     DIGNITY HEALTH and SEIU agree that employees shall be entitled to make their own decision regarding union representation

137

Exhibit C     (Page 139 of 165)                    **-142-**

free from coercion, intimidation, promises, or threats from either DIGNITY HEALTH or SEIU.

2.    DIGNITY HEALTH and SEIU agree that their representatives will communicate only that which is factual, and will do so in a way that does not personally attack officers, executives, representatives, employees or sponsors of either DIGNITY HEALTH or SEIU.

3.    DIGNITY HEALTH representatives will not inform or imply to eligible voters that they will lose benefits, wages or be subject to less favorable working conditions by unionizing.

4.    DIGNITY HEALTH agrees that its communication with employees regarding unionization shall take place through literature or in group meetings and that its supervisors and managers shall not initiate one on one conversations with employees about unionization.  This shall not preclude a supervisor from responding to an employee's question; provided such response is consistent with the terms of this Agreement.  This is not intended to prohibit normal and customary one on one conversations between employees and supervisors regarding workplace issues not related to unionization.

5.    Employee participation in any group meeting for the primary purpose of discussing unionization shall be voluntary.

6.    No employee shall have his/her right to determine whether or not to be represented by a Union abridged in any manner by reason of his/her citizenship or immigration status.

7.    Any use of consultants by either party shall not conflict with the terms of this Agreement.

8.    DIGNITY HEALTH agrees that it shall comply with the state and federal law regarding the use of public monies to influence employees with respect to unionization.

9.    Message: Should DIGNITY HEALTH wish to convey an opinion to employees about unionization, DIGNITY HEALTH agrees that its message on this subject, if any, will be as follows: DIGNITY HEALTH strives to act in the best interest of its employees and prefers a direct relationship between employer and employee. DIGNITY HEALTH is also committed to the principle that

138

Exhibit C     (Page 140 of 165)                                        **-143-**

employees must be free to choose in a secret ballot election whether or not to join a union.   DIGNITY HEALTH will not ask or tell employees to vote against union representation. DIGNITY HEALTH may provide employees with information to support an informed choice.   Information presented to employees about unions will be accurate and factual and will be provided to employees for the purpose of encouraging full discourse and reflection.

D. Notice of Intent to Organize

1.      Notice of intent to Organize: When employees have begun signing union authorization cards in an appropriate unit, as defined herein, the SEIU shall promptly notify DIGNITY HEALTH of its intent to organize a group of employees and identify an appropriate unit.

2.      Within five (5) calendar days of the SEIU's notification to DIGNITY HEALTH of its Intent to Organize an appropriate unit, the affected DIGNITY HEALTH facility will distribute a reproduction of the Guidelines and Recognition Procedure (Article 2).

E. Determination of Majority Status/Election

1.      Appropriate Unit Defined: The parties agree that, except as provided herein, the determination of what constitutes an appropriate unit will be governed by the decisions and regulations of the National Labor Relations Board as they apply to healthcare providers; provided, however, that nothing in this Agreement shall prohibit the parties from mutually agreeing to a bargaining unit comprised of a single classification or a set of classifications, which share a community of interest, in one of the groups below.

Accordingly, except as otherwise described in a SEIU Local Union collective bargaining agreement, or by mutual agreement, an appropriate unit shall be any of the following groups or any combination thereof:

a) Salaried Physicians*
b) Registered Nurses*
c) Other professional employees
d) Technical employees
e) Service and maintenance employees
f) Business Office clericals
g) Skilled maintenance employees

139

Exhibit C     (Page 141 of 165)

-144-

h)Residuals (where applicable)

For groups a and b above, SEIU shall not utilize the private election procedure conducted by the Election Officer in Paragraph III E (2) above for these two groups. However, SEIU may file an NLRB representation petition for either group. SEIU may also invoke the election intervention provision of the DIGNITY HEALTH Letter of Agreement with the California Nurses' Association under the applicable terms therein.

Bargaining units shall be recognized on a single hospital basis except where two hospitals are operated as multiple campuses of a single institution.

2.      Election Officer: The parties shall jointly select a permanent Election Officer(s). If the parties cannot agree on the selection, they agree to select one from a panel provided by FMCS or AAA. Any cost associated with the use of the Election Officer's will be split equally between the Employer and the Union. If the permanent Election Officer(s) is/are not available, the parties agree to select one from a panel provided by FMCS or AAA.

3.      Showing of Interest: Upon the Union's presentation of union authorization cards from 30% of the employees within the appropriate bargaining unit (as defined above) to the Election Officer(s), the Election Officer(s) shall direct an election to be held within three (3) calendar days if the parties by mutual agreement agree to a secret ballot election. The Election Officer will use the NLRB policies and guidelines in effect at the time of notification as the standard of ascertaining the validity of the showing of interest.

4.      If another labor organization intervenes in any private election being conducted pursuant to this Accord, the Accord shall not apply; the labor organizations involved shall seek recognition through the National Labor Relations Board.

5.      NLRB Election Option: Upon mutual agreement, the parties may choose to have the NLRB conduct an election under the same rules in this recognition procedure. In such a situation, the NLRB shall substitute for the role of the Election Officer, but all other aspects of the recognition procedure shall apply, except as adjustments may be required by the NLRB.

140

Exhibit C      (Page 142 of 165)                    **-145-**

6.    Training and Rapid Response Team: The parties agree to set up a Rapid Response Team to address any problem in a quick and effective manner that may arise during the election period at any DIGNITY HEALTH facility.  Each party shall also appoint an on site coordinator as its top representative during the duration of the election period to be the primary on site contact for the Election Officer and/or Mediator.  These on site coordinators shall work together to address problems quickly and to reduce areas of possible conflict over the day to day implementation of this voluntary recognition procedure.

Upon service of a Notice of Intent to Organize, the Union and the Employer may, upon request, schedule a training session for its organizers and/or supervisors, respectively, who are assigned to the facility.  Both parties' sessions will include a segment to be attended by a senior representative of the other party.  However, the training sessions shall not operate to delay the election schedule.

Representatives of top leadership within DIGNITY HEALTH and SEIU will meet on a biannual basis to review their experience under the Settlement Agreement and to explore ways to develop a more effective relationship on matters of mutual concern.

7.    Statement of Employee Rights – on Employer Letterhead: Upon receipt of the Notice of Intent to Organize, the Employer will distribute to the employees the following statement of employee rights on its letterhead:

All employees have the right to participate or not to participate in union activities.  Employees have the right to wear lanyards that indicate support or non-support of the Union.  Employees also have the right to distribute literature concerning support for or against union organization in non-work areas such as the cafeteria, parking lots, smoking areas and other places outside the hospital, or non-working time.  Employees may talk about whether or not they want to be represented by a union and workplace issues including wage rates, disciplinary system, employer policies and rules and working conditions in any area under the same terms applicable to any other private conversation between employees.

8.    Access

141

Exhibit C     (Page 143 of 165)

a. Other Agreements: Nothing in this Agreement supersedes any access or other rights guaranteed to the Union by a collective bargaining agreement.

b. Public Areas: The parties agree that a reasonable number of SEIU organizers may have access to the cafeteria and to the public areas inside and outside the facility, subject to the general rules applied to the public and use of those areas; provided that these rules shall not be applied in a disparate manner, and will not be used to unreasonably deny access to SEIU organizers.   The organizers agree to conduct themselves in such a way that does not disturb patients or visitors, or interfere with patient care and agree not to use hospital chapels.   They will respect the request of any employee who does not wish to engage in a discussion or accept literature.

c. Bulletin Boards: If the Employer decides to post materials related to an organizing effort or allows its use by another union, the Union shall be given the same opportunity.  However, upon the showing of interest, the Union shall have access to at least one (1) bulletin board to post literature at the facility being organized pursuant to this Agreement.  Should the Employer use multiple bulletin boards to post organizing and recognition related materials, the Union shall have access to an equal number in areas accessible to the proposed bargaining unit members.

d. Use of Facility: Upon the showing of interest, the Union may reserve facility conference rooms, subject to established procedures and use limitations, for the purpose of meetings with employees eligible to vote in a scheduled election during the election period.  Attendance shall be limited to employees of the SEIU, SEIU member organizers and eligible voters.

e. Unpaid Leave of Absence: Upon the showing of interest, the Employer will grant an unpaid leave of absence for up to four (4) months to one (1) employee within each bargaining unit at the facility being organized.  DIGNITY HEALTH will also grant such leaves to a maximum of four (4) additional employees currently represented by the SEIU and working at other DIGNITY HEALTH facilities.  In no case will more than two (2) workers from any single facility or one (1) employee from a staffing cluster at any facility be granted

142

Exhibit C     (Page 144 of 165)                                    **-147-**

such leave. Employees returning from such leaves shall be returned to the position held prior to the leave unless the employee would have been laid off or reassigned during the leave in accordance with the applicable collective bargaining agreement or policies. This unpaid leave may also be used for healthcare advocacy consistent with the projects undertaken in Article I, so long as the total number of employees on leave pursuant to this provision does not exceed the numbers allotted above.

9. Hiatus After Withdrawal: If the Union withdraws from an election under this Agreement after it has been scheduled, the Union may re-institute the election procedure only after a six (6) month hiatus.

10. Timing of the Election and Election Period: Barring any unusual circumstances, the election shall be held within three (3) calendar days of the Union's submission of a showing of interest to the Election Officer. The period between the presentation of the showing of interest to the Election Officer and the certification of results shall be known as the "election period".

11. Ballot Question: If the parties mutually agree to a secret ballot election, the question on the ballot in the election shall be: "Do you wish to be represented by 121RN for the purposes of collective bargaining with DIGNITY HEALTH d/b/a

    Yes _____ No _____

12. Employee Lists and Eligibility: Within two (2) business days after the showing of interest is presented to the Election's Officer, the Employer will provide the Union with a list of the names, home addresses, job title/department and shift of the employees in the appropriate unit the Union seeks to organize. This information shall be provided in a database format.

13. Eligible Voters: All employees in the appropriate unit who are on the active payroll as of the date of the showing of interest to the Election Officer(s) and who are still on the active payroll at the time of voting shall be eligible to vote in the election, except managers, supervisors, confidential employees, employees of outside registries and other agencies supplying labor to the employer and

143

Exhibit C    (Page 145 of 165)                    **-148-**

per diem employees who do not otherwise qualify as regular employees according to the NLRB.

14.      Voting: Employees shall cast their secret ballot during the hours determined by the Election Officer(s), if the election committee is unable to agree upon the schedule of voting. The Joint Information Sheet previously agreed upon shall be circulated and posted regarding the details of the election. Employees will not be prohibited from casting their ballots. Employees may vote on work or non-work time. Each party may have two employee observers at each election site. The Employer's observers must be non-supervisory employees.

15.      Ballot Count and Recognition: The Election Officer shall count the ballots immediately following conclusion of the voting. Both parties, including interested off-duty employees, may attend the counting of the ballots. There shall be no recording of the ballot count by any electronic or photographic device.

16.      Recognition: The Employer agrees to recognize the Union as the collective bargaining agent on behalf of employees in any appropriate unit at facilities where a majority of employees voting, vote for union representation, subject to the decision of the Arbitrator or Election Officer resolving any outstanding objections to the election. Any objections to an election must be filed by either party within three working days of the election. Upon certification of the Union as the collective bargaining representative, the parties will immediately commence good faith negotiation over the applicable contract, as set forth in Section IV.

17.      Hiatus After Election: If the Union loses the election, the Union may re-institute this procedure only after a nine (9) month hiatus unless otherwise ordered by the Election Officer or Arbitrator.

F.  Dispute Resolution re: Election Process Issues

The parties agree that they will use this Agreement and, the rules and procedures approved by the National Labor Relations Board, to ensure that a fair and representative election occurs in an appropriate bargaining unit as defined above among properly eligible employees.

Unit Issues: The parties agree that upon filing the showing of interest to the Election Officer, the Union and the Employer will meet promptly and will exert their best efforts to identify and resolve issues concerning

144

Exhibit C    (Page 146 of 165)

supervisors. Managerial employees, confidential employees and casual status according to the NLRB, before a hearing is scheduled before the Election Officer(s).   Should any disagreements arise that cannot be resolved between the parties, any such employee whose eligibility is in dispute at the time of the election shall be allowed to vote by challenged ballot.  Such challenged ballots shall be segregated at the time of voting and shall not be included in the initial tally.  If the number of challenged ballots is sufficient to potentially change the outcome of the election, the Employer and SEIU shall meet to resolve as many of the challenges as possible.  If the parties cannot resolve sufficient challenged ballots such as would permit the election to be certified by the Election Officer, SEIU and the Employer shall utilize the dispute resolution procedure contained in this Agreement.  The Elections Officer's determination shall be binding. The Election Officer shall have the authority to fully resolve any such disputes with respect to the inclusion or exclusion of any classification in the unit and the eligibility of any employee to vote.   When so utilized, both parties agree to accept and be bound by all of the decision(s) of the Election Officer.

Any other disputes under this Agreement, including the Guidelines and Recognition Procedure will be resolved according to the Mediation and Arbitration provision in this Agreement.

145

Exhibit C     (Page 147 of 165)                    **-150-**

# APPENDIX B - WAGES

**SEIU RN CLINICAL PAY LEVELS**

In developing clinical pay levels for SEIU RNs at Dignity Health it is proposed there be a four level scale:

(Note:  Nursing practice experience refers to experience as an RN in the United States)

**Pay Level I**
- New to nursing.  This RN is able to perform basic skills and carry out the plan of care.
- Remain at level I for six months.

**Pay Level II - Staff RN**
- All experienced nurses hire in as a RN II if they have at least six months of nursing practice and meet applicable competencies.

**Pay Level III – Specialty Unit Staff**
- RN with 3 years of nursing specialty experience, or with two years nursing practice experience and certification, in an area of specialty specific to the RN's current area of practice from ANA or a nationally recognized professional organization.

- RNs already recognized as a Pay Level III (RN III) will be grandfathered.

**Pay Level IV**
- RN with five years nursing practice experience.
- Certification in an area of specialty specific to the RN's current area of practice from ANA or a nationally recognized professional organization.  And, if required, certification from a local agency such as the county EMS agency or other state or federal agency.
- BSN Preferred.
- RN's having an extensive level of clinical expertise and knowledge. Such RN's do not normally provide bedside direct patient care but act as resources to the nursing and medical staff.
- Examples:  Infection Control Nurse, Clinical Educators, Pre-Hospital Care Coordinators, Clinical Nurse Specialists, etc.

146

Exhibit C    (Page 148 of 165)

**-151-**

**Note: This list is not exhaustive.**

1. Charge pay and Clinical Coordinator Differential 10% of base rate.

2. Related Experience Credit:

    a. LVNs, and RCPs will be given year for year credit for all years providing direct patient care as an LVN or RCP or at St. John's and Northridge Campuses when placed on the RN wage scale.

    b. EMTs, MHWs, Phlebotomists, PCAs, CNAs, Monitor techs, surgical techs and CTs in the same or similar job classification will be given up to three years credit at a rate of six months for each year of direct patient care as a CNA or other classification as specified above at St. John's and Northridge Campuses when placed on the RN wage scale.

    c. Internally promoted new grad RNs shall receive RN I pay for the first six months of employment. Upon the completion of orientation, or the versant program, or the partners in care program, they shall be placed on the appropriate step of the wage scale.

3. Education Premium: BSN – 2% %, MSN – 4%

    a. Charge pay and Clinical Coordinator Differential 10% of base rate.

    b. Related Experience Credit:

        1) LVNs, and RCPs will be given year for year credit for all years providing direct patient care as an LVN or RCP or at St. John's and Northridge Campuses when placed on the RN wage scale.

        2) EMT, MHW, Phlebotomists, PCAs, CNAs, Monitor techs, surgical techs and CTs in the same or similar job classification will be given up to three years credit at a rate of six months for each year of direct patient care as a CNA or other classification as specified above at St. John's and Northridge Campuses when placed on the RN wage scale.

        3) Internally promoted new grad RNs pursuant to a) and b) above shall receive RN I pay for the first six months of employment then upon the completion of orientation, or the versant program, or the partners in care program, they shall be placed on the appropriate step of the wage scale.

    c. Education Premium BSN – 2%, MSN – 4%

147

Exhibit C    (Page 149 of 165)    **-152-**

d.  RN Leadership Fund (Northridge) An RN Leadership Fund has been established
    for RNs at NHMC, with the fund's utilization and spending to be determined and
    directed by the Union, and the money administered by the Employer. The fund
    amount shall be $14,847 in the first year of the Agreement (2002) and an
    additional $55,413 in the second year of the Agreement ($70,260 for both years).

148

Exhibit C      (Page 150 of 165)

**-153-**

# ADDENDUM

1) WAGE SCALES

**Year One** (May 1, 2012-April 30, 2013)
a. The first full pay period following ratification, employees who are not yet at the rate provided on the wage scale for their position/tenure will receive a 2% increase or appropriate placement on the wage scale, whichever is less.
b. The first full pay period after December 1, 2012 employees who are not yet at the rate provided on the wage scale for their position/tenure will receive a 2% increase or appropriate placement on the wage scale, whichever is less.
c. Eligible employees will receive step movement per current practice.

**Year Two** (May 1, 2013-April 30, 2014)
a. The first full pay period after May 1, 2013 employees who are not yet at the rate provided on the wage scale for their position/tenure will receive a 2% increase or appropriate placement on the wage scale, whichever is less.
b. The first full pay period in November 2013, all employees who are not yet at the rate provided on the wage scale for their position/tenure will move to the appropriate placement on the wage scale.
c. All employees will receive a 2% ATB increase effective first full pay period that includes July 31, 2013.  Wage scales shall be increased by the same amount.
d. Eligible employees will receive step movement per current practice.

**Year Three** (May 1, 2014-April 30, 2015)
a. All employees will receive a 2% ATB increase effective the full pay period that includes July 31, 2014.  Wage scales shall be increased by the same amount.
b. Eligible employees will receive step movement per current practice.

2) PER DIEM COMPENSATION

**NHMC**

All NHMC per diem nurses will receive the wage increases set forth in section 1) above and will be placed on the pay scale in the same way as benefited nurses and will receive an additional 15%.

**SJRMC/SJPV**

149

Exhibit C     (Page 151 of 165)

**-154-**

All SJRMC/SJPV per diem nurses will continue to be compensated based on the per diem pay rates in effect under the prior collective bargaining agreement which will be increased by the minimum increases established in 1) above.

3) COLLATERAL PAY CHANGES

**Shift Differential NHMC**

Night Shift

$4.00/hr

PM Shift

$2.50/hr

**Shift Differential SJRMC/SJPV**

Night Shift

$4.00/hr

PM Shift

$2.50/hr

**Weekend Differential**

A differential of $1.00/hour will be paid on all weekend hours worked.  A weekend is defined in Article 18 Hours of Work Section F. Weekend Work.

On Call Pay NHMC

$8.00/hr

On Call Pay SJRMC/SJPV

$8.00/hr

Floating Differential NHMC

$5.00/hr (For eligibility standards see Employer's proposal for Article_ Floating.

4) RETENTION BONUS NHMC, SJRMC/SJPV

150

Exhibit C     (Page 152 of 165)

**-155-**

All three hospitals will pay a single retention bonus to eligible employees once a year in
June. The retention bonus will be $500/year for all eligible nurses over a .8 FTE and $250
for employees who are .5 to .8 FTE.

151

Exhibit C     (Page 153 of 165)                    **-156-**

| Northridge Hospital Medical Center Wage Grids | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effective July 2012 | | | | | | | | | | | | |
| Years of Experience | 0 | 1 | 2 | 3 | 4 | 5 | 7 | 10 | 13 | 16 | 18 | 22 |
| RN – Level I | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 |
| RN – Level II | 35.89 | 37.32 | 38.82 | 40.37 | 41.98 | 43.66 | 45.41 | 47.22 | 49.11 | 51.08 | 53.12 | 55.25 |
| RN – Level III | 37.68 | 39.19 | 40.76 | 42.39 | 44.08 | 45.85 | 47.68 | 49.59 | 51.57 | 53.63 | 55.78 | 58.01 |
| RN – Level IV | 39.48 | 41.05 | 42.70 | 44.40 | 46.18 | 48.03 | 49.95 | 51.95 | 54.03 | 56.19 | 58.43 | 60.77 |
| RN – Level III + 10% (Clin Coord) | 41.45 | 43.11 | 44.83 | 46.63 | 48.49 | 50.43 | 52.45 | 54.54 | 56.73 | 59.00 | 61.36 | 63.81 |
| RN – Level IV + 10% (Clin Coord) | 43.42 | 45.16 | 46.97 | 48.85 | 50.80 | 52.83 | 54.94 | 57.14 | 59.43 | 61.80 | 64.28 | 66.85 |
| | | | | | | | | | | | | |
| RN – Level I with BSN | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 |
| RN – Level II with BSN | 36.60 | 38.07 | 39.59 | 41.18 | 42.82 | 44.54 | 46.32 | 48.17 | 50.10 | 52.10 | 54.18 | 56.35 |
| RN – Level III with BSN | 38.44 | 39.97 | 41.57 | 43.23 | 44.96 | 46.76 | 48.63 | 50.58 | 52.60 | 54.71 | 56.89 | 59.17 |
| RN – Level IV with BSN | 40.27 | 41.88 | 43.55 | 45.29 | 47.10 | 48.99 | 50.95 | 52.99 | 55.11 | 57.31 | 59.60 | 61.99 |
| | | | | | | | | | | | | |
| RN – Level I with MSN | 34.91 | 34.91 | 34.91 | 34.91 | 34.91 | 34.91 | 34.91 | 34.91 | 34.91 | 34.91 | 34.91 | 34.91 |
| RN – Level II with MSN | 37.32 | 38.82 | 40.37 | 41.98 | 43.66 | 45.41 | 47.22 | 49.11 | 51.08 | 53.12 | 55.25 | 57.46 |
| RN – Level III with MSN | 39.19 | 40.76 | 42.39 | 44.08 | 45.85 | 47.68 | 49.59 | 51.57 | 53.63 | 55.78 | 58.01 | 60.33 |
| RN – Level IV with MSN | 41.05 | 42.70 | 44.40 | 46.18 | 48.03 | 49.95 | 51.95 | 54.03 | 56.19 | 58.43 | 60.77 | 63.20 |
| | | | | | | | | | | | | |
| RN – Level I – Per Diem | 38.60 | 38.60 | 38.60 | 38.60 | 38.60 | 38.60 | 38.60 | 38.60 | 38.60 | 38.60 | 38.60 | 38.60 |
| RN – Level II – Per Diem | 41.27 | 42.92 | 44.64 | 46.42 | 48.28 | 50.21 | 52.22 | 54.31 | 56.48 | 58.74 | 61.09 | 63.53 |
| RN – Level III – Per Diem | 43.33 | 45.07 | 46.87 | 48.74 | 50.69 | 52.72 | 54.83 | 57.02 | 59.31 | 61.68 | 64.14 | 66.71 |
| RN – Level IV – Per Diem | 45.40 | 47.21 | 49.10 | 51.07 | 53.11 | 55.23 | 57.44 | 59.74 | 62.13 | 64.61 | 67.20 | 69.89 |
| RN – Level III + 10% (Clin Coord) – Per Diem | 47.67 | 49.57 | 51.56 | 53.62 | 55.76 | 57.99 | 60.31 | 62.73 | 65.24 | 67.84 | 70.56 | 73.38 |
| RN – Level IV + 10% (Clin Coord) – Per Diem | 49.94 | 51.93 | 54.01 | 56.17 | 58.42 | 60.76 | 63.19 | 65.71 | 68.34 | 71.08 | 73.92 | 76.88 |

152

Exhibit C    (Page 154 of 165)                    **-157-**

| Northridge Hospital Medical Center Wage Grids | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Effective July 2013** | | | | | | | | | | | | |
| **Years of Experience** | **0** | **1** | **2** | **3** | **4** | **5** | **7** | **10** | **13** | **16** | **18** | **22** |
| RN – Level I | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 |
| RN – Level II | 36.60 | 38.07 | 39.59 | 41.18 | 42.82 | 44.54 | 46.32 | 48.17 | 50.10 | 52.10 | 54.18 | 56.35 |
| RN – Level III | 38.44 | 39.97 | 41.57 | 43.23 | 44.96 | 46.76 | 48.63 | 50.58 | 52.60 | 54.71 | 56.89 | 59.17 |
| RN – Level IV | 40.27 | 41.88 | 43.55 | 45.29 | 47.10 | 48.99 | 50.95 | 52.99 | 55.11 | 57.31 | 59.60 | 61.99 |
| RN – Level III + 10% (Clin Coord) | 42.28 | 43.97 | 45.73 | 47.56 | 49.46 | 51.44 | 53.50 | 55.64 | 57.86 | 60.18 | 62.58 | 65.09 |
| RN – Level IV + 10% (Clin Coord) | 44.29 | 46.06 | 47.91 | 49.82 | 51.82 | 53.89 | 56.04 | 58.28 | 60.62 | 63.04 | 65.56 | 68.19 |
| | | | | | | | | | | | | |
| RN – Level I with BSN | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 |
| RN – Level II with BSN | 37.34 | 38.83 | 40.38 | 42.00 | 43.68 | 45.43 | 47.24 | 49.13 | 51.10 | 53.14 | 55.27 | 57.48 |
| RN – Level III with BSN | 39.20 | 40.77 | 42.40 | 44.10 | 45.86 | 47.70 | 49.61 | 51.59 | 53.65 | 55.80 | 58.03 | 60.35 |
| RN – Level IV with BSN | 41.07 | 42.71 | 44.42 | 46.20 | 48.05 | 49.97 | 51.97 | 54.05 | 56.21 | 58.46 | 60.79 | 63.23 |
| | | | | | | | | | | | | |
| RN – Level I with MSN | 35.61 | 35.61 | 35.61 | 35.61 | 35.61 | 35.61 | 35.61 | 35.61 | 35.61 | 35.61 | 35.61 | 35.61 |
| RN – Level II with MSN | 38.07 | 39.59 | 41.18 | 42.82 | 44.54 | 46.32 | 48.17 | 50.10 | 52.10 | 54.18 | 56.35 | 58.61 |
| RN – Level III with MSN | 39.97 | 41.57 | 43.23 | 44.96 | 46.76 | 48.63 | 50.58 | 52.60 | 54.71 | 56.89 | 59.17 | 61.54 |
| RN – Level IV with MSN | 41.88 | 43.55 | 45.29 | 47.10 | 48.99 | 50.95 | 52.99 | 55.11 | 57.31 | 59.60 | 61.99 | 64.47 |
| | | | | | | | | | | | | |
| RN – Level I – Per Diem | 39.38 | 39.38 | 39.38 | 39.38 | 39.38 | 39.38 | 39.38 | 39.38 | 39.38 | 39.38 | 39.38 | 39.38 |
| RN – Level II – Per Diem | 42.10 | 43.78 | 45.53 | 47.35 | 49.25 | 51.22 | 53.26 | 55.39 | 57.61 | 59.92 | 62.31 | 64.80 |
| RN – Level III – Per Diem | 44.20 | 45.97 | 47.81 | 49.72 | 51.71 | 53.78 | 55.93 | 58.16 | 60.49 | 62.91 | 65.43 | 68.04 |
| RN – Level IV – Per Diem | 46.31 | 48.16 | 50.08 | 52.09 | 54.17 | 56.34 | 58.59 | 60.93 | 63.37 | 65.91 | 68.54 | 71.28 |
| RN – Level III + 10% (Clin Coord) – Per Diem | 48.62 | 50.57 | 52.59 | 54.69 | 56.88 | 59.15 | 61.52 | 63.98 | 66.54 | 69.20 | 71.97 | 74.85 |
| RN – Level IV + 10% (Clin Coord) – Per Diem | 50.94 | 52.97 | 55.09 | 57.30 | 59.59 | 61.97 | 64.45 | 67.03 | 69.71 | 72.50 | 75.40 | 78.41 |

153

Exhibit C    (Page 155 of 165)                    **-158-**

| Northridge Hospital Medical Center Wage Grids | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effective July 2014 | | | | | | | | | | | | |
| Years of Experience | 0 | 1 | 2 | 3 | 4 | 5 | 7 | 10 | 13 | 16 | 18 | 22 |
| RN – Level I | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 |
| RN – Level II | 37.34 | 38.83 | 40.38 | 42.00 | 43.68 | 45.43 | 47.24 | 49.13 | 51.10 | 53.14 | 55.27 | 57.48 |
| RN – Level III | 39.20 | 40.77 | 42.40 | 44.10 | 45.86 | 47.70 | 49.61 | 51.59 | 53.65 | 55.80 | 58.03 | 60.35 |
| RN – Level IV | 41.07 | 42.71 | 44.42 | 46.20 | 48.05 | 49.97 | 51.97 | 54.05 | 56.21 | 58.46 | 60.79 | 63.23 |
| RN – Level III + 10% (Clin Coord) | 43.12 | 44.85 | 46.64 | 48.51 | 50.45 | 52.47 | 54.57 | 56.75 | 59.02 | 61.38 | 63.83 | 66.39 |
| RN – Level IV + 10% (Clin Coord) | 45.18 | 46.98 | 48.86 | 50.82 | 52.85 | 54.97 | 57.16 | 59.45 | 61.83 | 64.30 | 66.87 | 69.55 |
| | | | | | | | | | | | | |
| RN – Level I with BSN | 35.62 | 35.62 | 35.62 | 35.62 | 35.62 | 35.62 | 35.62 | 35.62 | 35.62 | 35.62 | 35.62 | 35.62 |
| RN – Level II with BSN | 38.08 | 39.61 | 41.19 | 42.84 | 44.55 | 46.33 | 48.19 | 50.12 | 52.12 | 54.20 | 56.37 | 58.63 |
| RN – Level III with BSN | 39.99 | 41.59 | 43.25 | 44.98 | 46.78 | 48.65 | 50.60 | 52.62 | 54.73 | 56.92 | 59.19 | 61.56 |
| RN – Level IV with BSN | 41.89 | 43.57 | 45.31 | 47.12 | 49.01 | 50.97 | 53.01 | 55.13 | 57.33 | 59.63 | 62.01 | 64.49 |
| | | | | | | | | | | | | |
| RN – Level I with MSN | 36.32 | 36.32 | 36.32 | 36.32 | 36.32 | 36.32 | 36.32 | 36.32 | 36.32 | 36.32 | 36.32 | 36.32 |
| RN – Level II with MSN | 38.83 | 40.38 | 42.00 | 43.68 | 45.43 | 47.24 | 49.13 | 51.10 | 53.14 | 55.27 | 57.48 | 59.78 |
| RN – Level III with MSN | 40.77 | 42.40 | 44.10 | 45.86 | 47.70 | 49.61 | 51.59 | 53.65 | 55.80 | 58.03 | 60.35 | 62.77 |
| RN – Level IV with MSN | 42.71 | 44.42 | 46.20 | 48.05 | 49.97 | 51.97 | 54.05 | 56.21 | 58.46 | 60.79 | 63.23 | 65.76 |
| | | | | | | | | | | | | |
| RN – Level I – Per Diem | 40.16 | 40.16 | 40.16 | 40.16 | 40.16 | 40.16 | 40.16 | 40.16 | 40.16 | 40.16 | 40.16 | 40.16 |
| RN – Level II – Per Diem | 42.94 | 44.66 | 46.44 | 48.30 | 50.23 | 52.24 | 54.33 | 56.50 | 58.76 | 61.11 | 63.56 | 66.10 |
| RN – Level III – Per Diem | 45.08 | 46.89 | 48.76 | 50.71 | 52.74 | 54.85 | 57.05 | 59.33 | 61.70 | 64.17 | 66.74 | 69.41 |
| RN – Level IV – Per Diem | 47.23 | 49.12 | 51.09 | 53.13 | 55.25 | 57.46 | 59.76 | 62.15 | 64.64 | 67.22 | 69.91 | 72.71 |
| RN – Level III + 10% (Clin Coord) – Per Diem | 49.59 | 51.58 | 53.64 | 55.79 | 58.02 | 60.34 | 62.75 | 65.26 | 67.87 | 70.59 | 73.41 | 76.35 |
| RN – Level IV + 10% (Clin Coord) – Per Diem | 51.95 | 54.03 | 56.19 | 58.44 | 60.78 | 63.21 | 65.74 | 68.37 | 71.10 | 73.95 | 76.91 | 79.98 |

154

Exhibit C   (Page 156 of 165)   **-159-**

| St. John's Regional Medical Center and St. John's Pleasant Valley Hospital Wage Grids | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Effective July 2012** | | | | | | | | | | | | |
| **Years of Experience** | **0** | **1** | **2** | **3** | **4** | **5** | **7** | **10** | **13** | **16** | **18** | **22** |
| RN – Level I | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 | 33.57 |
| RN – Level II | 35.89 | 37.32 | 38.82 | 40.37 | 41.98 | 43.66 | 45.41 | 47.22 | 49.11 | 51.08 | 53.12 | 55.25 |
| RN – Level III | 37.68 | 39.19 | 40.76 | 42.39 | 44.08 | 45.85 | 47.68 | 49.59 | 51.57 | 53.63 | 55.78 | 58.01 |
| RN – Level IV | 39.48 | 41.05 | 42.70 | 44.40 | 46.18 | 48.03 | 49.95 | 51.95 | 54.03 | 56.19 | 58.43 | 60.77 |
| | | | | | | | | | | | | |
| RN – Level II with BSN | 36.60 | 38.07 | 39.59 | 41.18 | 42.82 | 44.54 | 46.32 | 48.17 | 50.10 | 52.10 | 54.18 | 56.35 |
| RN – Level III with BSN | 38.44 | 39.97 | 41.57 | 43.23 | 44.96 | 46.76 | 48.63 | 50.58 | 52.60 | 54.71 | 56.89 | 59.17 |
| RN – Level IV with BSN | 40.27 | 41.88 | 43.55 | 45.29 | 47.10 | 48.99 | 50.95 | 52.99 | 55.11 | 57.31 | 59.60 | 61.99 |
| | | | | | | | | | | | | |
| RN – Level II with MSN | 37.32 | 38.82 | 40.37 | 41.98 | 43.66 | 45.41 | 47.22 | 49.11 | 51.08 | 53.12 | 55.25 | 57.46 |
| RN – Level III with MSN | 39.19 | 40.76 | 42.39 | 44.08 | 45.85 | 47.68 | 49.59 | 51.57 | 53.63 | 55.78 | 58.01 | 60.33 |
| RN – Level IV with MSN | 41.05 | 42.70 | 44.40 | 46.18 | 48.03 | 49.95 | 51.95 | 54.03 | 56.19 | 58.43 | 60.77 | 63.20 |
| | | | | | | | | | | | | |
| RN – PD | 43.52 | | | | | | | | | | | |
| RN – PD I | 46.24 | | | | | | | | | | | |
| RN – PD II | 48.97 | | | | | | | | | | | |
| RN – PD III | 51.68 | | | | | | | | | | | |

155

Exhibit C    (Page 157 of 165)                **-160-**

| St. John's Regional Medical Center and St. John's Pleasant Valley Hospital Wage Grids | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Effective July 2013** | | | | | | | | | | | | |
| **Years of Experience** | **0** | **1** | **2** | **3** | **4** | **5** | **7** | **10** | **13** | **16** | **18** | **22** |
| RN – Level I | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 | 34.24 |
| RN – Level II | 36.60 | 38.07 | 39.59 | 41.18 | 42.82 | 44.54 | 46.32 | 48.17 | 50.10 | 52.10 | 54.18 | 56.35 |
| RN – Level III | 38.44 | 39.97 | 41.57 | 43.23 | 44.96 | 46.76 | 48.63 | 50.58 | 52.60 | 54.71 | 56.89 | 59.17 |
| RN – Level IV | 40.27 | 41.88 | 43.55 | 45.29 | 47.10 | 48.99 | 50.95 | 52.99 | 55.11 | 57.31 | 59.60 | 61.99 |
| | | | | | | | | | | | | |
| RN – Level II with BSN | 37.34 | 38.83 | 40.38 | 42.00 | 43.68 | 45.43 | 47.24 | 49.13 | 51.10 | 53.14 | 55.27 | 57.48 |
| RN – Level III with BSN | 39.20 | 40.77 | 42.40 | 44.10 | 45.86 | 47.70 | 49.61 | 51.59 | 53.65 | 55.80 | 58.03 | 60.35 |
| RN – Level IV with BSN | 41.07 | 42.71 | 44.42 | 46.20 | 48.05 | 49.97 | 51.97 | 54.05 | 56.21 | 58.46 | 60.79 | 63.23 |
| | | | | | | | | | | | | |
| RN – Level II with MSN | 38.07 | 39.59 | 41.18 | 42.82 | 44.54 | 46.32 | 48.17 | 50.10 | 52.10 | 54.18 | 56.35 | 58.61 |
| RN – Level III with MSN | 39.97 | 41.57 | 43.23 | 44.96 | 46.76 | 48.63 | 50.58 | 52.60 | 54.71 | 56.89 | 59.17 | 61.54 |
| RN – Level IV with MSN | 41.88 | 43.55 | 45.29 | 47.10 | 48.99 | 50.95 | 52.99 | 55.11 | 57.31 | 59.60 | 61.99 | 64.47 |
| | | | | | | | | | | | | |
| RN – PD | 44.39 | | | | | | | | | | | |
| RN – PD I | 47.16 | | | | | | | | | | | |
| RN – PD II | 49.95 | | | | | | | | | | | |
| RN – PD III | 52.71 | | | | | | | | | | | |

156

Exhibit C     (Page 158 of 165)          **-161-**

| St. John's Regional Medical Center and St. John's Pleasant Valley Hospital Wage Grids | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Effective July 2014**

| Years of Experience | 0 | 1 | 2 | 3 | 4 | 5 | 7 | 10 | 13 | 16 | 18 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RN – Level I | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 | 34.92 |
| RN – Level II | 37.34 | 38.83 | 40.38 | 42.00 | 43.68 | 45.43 | 47.24 | 49.13 | 51.10 | 53.14 | 55.27 | 57.48 |
| RN – Level III | 39.20 | 40.77 | 42.40 | 44.10 | 45.86 | 47.70 | 49.61 | 51.59 | 53.65 | 55.80 | 58.03 | 60.35 |
| RN – Level IV | 41.07 | 42.71 | 44.42 | 46.20 | 48.05 | 49.97 | 51.97 | 54.05 | 56.21 | 58.46 | 60.79 | 63.23 |
| | | | | | | | | | | | | |
| RN – Level II with BSN | 38.08 | 39.61 | 41.19 | 42.84 | 44.55 | 46.33 | 48.19 | 50.12 | 52.12 | 54.20 | 56.37 | 58.63 |
| RN – Level III with BSN | 39.99 | 41.59 | 43.25 | 44.98 | 46.78 | 48.65 | 50.60 | 52.62 | 54.73 | 56.92 | 59.19 | 61.56 |
| RN – Level IV with BSN | 41.89 | 43.57 | 45.31 | 47.12 | 49.01 | 50.97 | 53.01 | 55.13 | 57.33 | 59.63 | 62.01 | 64.49 |
| | | | | | | | | | | | | |
| RN – Level II with MSN | 38.83 | 40.38 | 42.00 | 43.68 | 45.43 | 47.24 | 49.13 | 51.10 | 53.14 | 55.27 | 57.48 | 59.78 |
| RN – Level III with MSN | 40.77 | 42.40 | 44.10 | 45.86 | 47.70 | 49.61 | 51.59 | 53.65 | 55.80 | 58.03 | 60.35 | 62.77 |
| RN – Level IV with MSN | 42.71 | 44.42 | 46.20 | 48.05 | 49.97 | 51.97 | 54.05 | 56.21 | 58.46 | 60.79 | 63.23 | 65.76 |
| | | | | | | | | | | | | |
| RN – PD | 45.28 | | | | | | | | | | | |
| RN – PD I | 48.11 | | | | | | | | | | | |
| RN – PD II | 50.95 | | | | | | | | | | | |
| RN – PD III | 53.77 | | | | | | | | | | | |

157

Exhibit C    (Page 159 of 165)                **-162-**

## SIDE LETTER ON CLINICAL LADDER COMMITTEE

No later than September 1, 2012 the parties will create a Clinical Ladder Committee at each facility or joint facility to evaluate a Clinical Ladder program for implementation by January 1, 2014 and to redefine and clarify RN Levels III and IV.  The Committee will be comprised of an equal number of representatives designated by the Union and management.  The Clinical Ladder will only be implemented if agreed to by both parties. Union representatives will be fully compensated for all time spent in the Committee.

Exhibit C    (Page 160 of 165)

## SIDE LETTER REGARDING SENIORITY AND YEARS OF
## EXPERIENCE AT SJRMC AND SJPVH

Application of seniority is addressed in many Articles of the CBA.  It is understood by
the parties that Articles in the CBA that refer to unit seniority shall, beginning January 1,
2013, be understood by the parties to mean bargaining unit seniority.

SJRMC and SJPVH will devise a system for tracking years of experience and will
provide that information to the union.

159

Exhibit C     (Page 161 of 165)

**-164-**

## SIDE LETTER ON SAFE PATIENT STAFFING/ HANDLING

Dignity Health is committed to the mission of delivering high quality health care. Providing for the safety of patients and employees is explicit in that commitment. Employees are responsible for working in a safe manner. Specific tasks may include, but are not limited to, lifting and transferring, bed mobility and repositioning, assisting with treatment procedures, and the transportation of patients. The ergonomic risk factors related to patient care include repetitive and/or forceful exertions and awkward postures. As part of the injury and illness prevention program required (IIPP) under CA Title 8, Section 3203, and as outlined in Section 5120(c), a "patient protection and health care worker back and musculoskeletal injury prevention plan" will be established, implemented, and maintained by the acute care facility.

The purpose of this policy is to define criteria for the use of patient handling assistive devices and the staff required to safely perform a patient handling activity. This policy is designed to prevent employee injuries during the handling, repositioning, transferring and transporting of patients. Practicing safe patient handling procedures not only improves employee safety but the safety and comfort of patients as well. An evaluation of a patient's functional level and the use of a mechanical lift and/or assistive device are key components in the effort to achieve safe patient handling.

The parties are committed to working together to assess and evaluate the impact of injuries on nurses and how injuries in the workplace could be reduced. They are also committed to working together to reduce the instances of missed meal and rest periods.

160

Exhibit C     (Page 162 of 165)

**-165-**

# Index

*Disciplinary Notices* · 112

## A

Absences
  re-set each January 1 · 131
Accidental Death & Dismemberment · 94
*Arbitration* · 109
Arbitration Fees · 110
Arbitration Hearing and Decision · 110
Arbitrator's Authority · 110

## B

Bereavement Leave
  "Immediate family" · 87

## C

*Call-off*
  order of · 36
call-offs
  volunteers first · 37
*Call-offs*
  *Every effort to avoid* · 36
  HC as time worked · 36
certification exams
  and  tuition reimbursement · 98
*Charge/Coordinator Differential* · 51
Cleansing Period · 113
Clinical Pay Levels
  I, II, III, IV · 146
  Redefine RN III and IV · 158
Combined Leave
  St John's · 75
  St John's Accrual · 75
  St John's Donation of Hours · 79
  St John's Flex Bank · 76
  St. John's Use of CL · 78
Committee
  Clinical Ladder · 158
  Joint Labor Management Leadership · 101
  Patient Care · 104
  Patient Classification System Committee · 105
  Safety and health · 103
*Consolidation of Services* · 12
*Continuing Education Time*
  accrual St John's and Northridge · 99
  home study · 100
**Currently Subcontracted Work** · 16

## D

Demand for Arbitration · 109

## E

Education premium
  BSN, MSN · 147
Employee Participation · 111
**Event reporting**
  Safe harbor provisions · 122
Experience credit
  foreign experience · 50
Experience Credit · 146
Extended Illness Reserve
  St John's Use of · 76
Extended sick benefit
  Northridge Accrual · 69
External Consolidation · 13
External Shared Services · 12
*Extra Shift Incentive Pay*
  ESB/SSP · 56

## F

*Field Representatives* · 114
**Floating**
  *Differential* · 52
  general provisions · 39
  Northridge · 43
  Order · 40
  St John's · 42
  St John's DOU Sideletter · 43
  St John's Maternal Child Sideletter · 43
**Floating**
  Northridge Telemetry Sideletter · 47
*Free Parking* · 56

## G

Grievance
  "Days" means calendar days · 108
  Definition of · 108
  no retaliation for · 108
  process for filing · 108

## H

Hepatitis B vaccine · 104
*Holiday Premium* · 64
Holiday Scheduling · 74
  St John's · 78
Holidays and Holiday Pay · 72

161

Exhibit C    (Page 163 of 165)                    **-166-**

# I

Internal Consolidation · 13
Internal Shared Services · 12
*Investigatory Suspension* · 112

# J

*Just Cause* · 112

# L

*Leaves of absence*
   *Eligibility* · 89
   FMLA · 89
   Medical · 89
   Military · 91
   Pregnancy disability · 90
   Return to duty · 92
   Union · 91
Leaves of absence
   work-related injury · 90

# M

Mediation · 15

# N

new grad RNs
   internally promoted · 147
No Lockout · 16
*no pyramiding* · 57
No Strike · 16
Notice · 15

# O

*Off-Site Subcontracting* · 15
*Overtime* · 59
   Mandatory · 60

# P

*Pay Check Errors* · 49
Per Diem
   Categories of employees · 23
   category change · 24
   Compensation · 149
   Compensation · 53
   Float order Northridge · 45
   Float order St John's · 42

job-bidding preference order · 29
Minimum availability · 25
order of call-offs · 36
overtime/additional hours · 63
Wage Rates · 152
Per Diem, Northridge
   PTO · 66
Processing Grievances in Good Faith · 110
*Progressive Discipline* · 112
PTO
   Northridge Accrual during leaves of absence · 69
   Northridge Accrual rates · 66
   Northridge and overtime · 68
   Northridge cash-out · 75
   Northridge Donation of hours · 69
   Northridge Flexing · 67

# R

Recall · 34
reduction in force
   order of · 33
*Report Pay* · 63
**Requirement to Bargain** · 15
*Rest and Meal Periods* · 61
RN Leadership Fund
   Northridge · 148

# S

safety
   adequate security guard coverage · 135
safety of employees · 56
*Schedules*
   Posting of · 60
Selection of Arbitrator · 110
Seniority
   defined · 28
   Loss of · 28
   Return to unit · 28
Severance · 33
*Shared Services* · 12
*Shift Differential*
   Northridge · 53
   Rates St John's · 52
   shifts defined · 52
Shift Differential Rates · 52
*Shift Trades* · 64
Shifts Defined · 52
single retention bonus · 150
Standby Rate
   Northridge · 54
Standby Rates
   St John's · 54
*Subcontracting Prohibited* · 12

162

Exhibit C    (Page 164 of 165)                    **-167-**

## T

*Training Pay* · 51
*Tuition Reimbursement*
   eligibility · 98

## U

Union Alternatives · 15
*UNION MEMBERSHIP REQUIREMENTS* · 18
*Union Shop Stewards* · 114

## V

Vacancies
   bidding · 29
   potential · 30

vacation
   and accrued PTO
      Northridge · 74
Vacation
   Northridge seniority · 73
Vacation Scheduling
   St John's · 78
Vacation Scheduling Northridge · 73
Versant
   Internally promoted placed on scale · 146
   Probationary period · 27

## W

*Weekend Differential*
   Rate effective May 2010 · 57
*Weekend Work* · 62
Weingarten Rights · 113
*Written Disciplinary Action* · 112

Exhibit C     (Page 165 of 165)

**-168-**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On March 27, 2018, I served true copies of the following document(s) described as **DECLARATION OF AMY MANTELL IN SUPPORT OF NOTICE OF REMOVAL OF ACTION** on the interested parties in this action as follows:

**SERVICE LIST**

Samuel F. Galici, Esq.
2945 Townsgate Rd.
Ste. 200
Westlake Village, CA  91361
Tel: 805-654-1451
Fax: 805-654-1453
Email: sgalici@employeelawyers.net

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27, 2018, at Los Angeles, California.

Donna J. McCurdy

SMRH:485816810.1

-1-

**-169-**