NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Richard J. Simmons, Cal. Bar No. 72666
Daniel J. McQueen, Cal. Bar No. 217498
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780; Facsimile: 213.620.1398
dmcqueen@sheppardmullin.com

ATTORNEY(S) FOR: Respondent Dignity Health

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA FLORES, an individual,<br><br>Petitioner(s),<br>v.<br><br>DIGNITY HEALTH, a California corporation, and DOES 1 through 50, Inclusive<br><br>Respondent(s) | CASE NUMBER:<br><br>2:18-cv-2471<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Dignity Health
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Veronica Flores | Petitioner |
| Dignity Health | Respondent |

March 27, 2018
Date

/s/ Lindsay M. Holloman
Signature
Lindsay M. Holloman

Attorney of record for (or name of party appearing in pro per):

DIGNITY HEALTH

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES


American LegalNet, Inc.
www.FormsWorkFlow.com

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On March 27, 2018, I served true copies of the following document(s) described as **CERTIFICATE OF INTERESTED PARTIES** on the interested parties in this action as follows:

## SERVICE LIST

Samuel F. Galici, Esq.
2945 Townsgate Rd.
Ste. 200
Westlake Village, CA 91361
Tel: 805-654-1451
Fax: 805-654-1453
Email: sgalici@employeelawyers.net

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27, 2018, at Los Angeles, California.

_____
Donna J. McCurdy

SMRH:485816810.1

-1-