1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
  RICHARD J. SIMMONS, Cal. Bar No. 72666
3  DANIEL J. McQUEEN, Cal. Bar No. 217498
  LINDSAY M. HOLLOMAN, Cal. Bar No. 271266
4  333 South Hope Street, 43rd Floor
  Los Angeles, California 90071-1422
5  Telephone:  213.620.1780
  Facsimile:  213.620.1398
6

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
8    Including Professional Corporations
  KEAHN N. MORRIS, Cal. Bar No. 273013
9  Four Embarcadero Center, 17th Floor
  San Francisco, California 94111-4109
10  Telephone:  415.434.9100
  Facsimile:  415.434.3947
11

  Attorneys for Respondent
12  DIGNITY HEALTH

13

14  **UNITED STATES DISTRICT COURT**

15  **CENTRAL DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| VERONICA FLORES, an individual, | Case No. 2:18-cv-02471-R-PLA |
|         Petitioner, | |
| v. | **NOTICE OF COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 1446(d)** |
| DIGNITY HEALTH, a California corporation; and DOES 1 through 5, Inclusive, | [Petition filed:  February 2, 2018] |
|         Respondents. | |

17
18
19
20
21
22
23
24
25
26
27
28

1       TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL

2 DISTRICT OF CALIFORNIA AND TO PETITIONER AND HER COUNSEL OF

3 RECORD:

4       PLEASE TAKE NOTICE that, on March __28__, 2018, Respondent Dignity

5 Health filed with the Superior Court in the State of California, County of Ventura, a

6 Notice to State Court of Filing Notice of Removal of the above-captioned action and

7 notified Petitioner of the removal, in compliance with 28 U.S.C. § 1446(d). A true

8 and correct copy of the Notice to the Clerk of the Superior Court, without exhibits,

9 is attached hereto, as Exhibit "A."

10

11 Dated: March 30, 2018

12                                SHEPPARD, MULLIN, RICHTER & HAMPTON

13                                LLP

14

15                         By           /s/   Daniel J. McQueen

16                                  RICHARD J. SIMMONS

17                                DANIEL J. McQUEEN

                                 LINDSAY M. HOLLOMAN

18                                KEAHN N. MORRIS

19

20                                Attorneys for Respondent

                               DIGNITY HEALTH

21

22

23

24

25

26

27

28

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

-2-

SMRH:485806578.1                                    NOTICE OF COMPLIANCE



1 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
2   Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
3 DANIEL J. McQUEEN, Cal. Bar No. 217498
LINDSAY M. HOLLOMAN, Cal. Bar No. 271266
4 333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
5 Telephone:    213.620.1780
Facsimile:    213.620.1398
6
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
7   A Limited Liability Partnership
  Including Professional Corporations
8 KEAHN N. MORRIS, Cal. Bar No. 273013
Four Embarcadero Center, 17th Floor
9 San Francisco, California 94111-4109
Telephone:    415.434.9100
10 Facsimile:    415.434.3947

11 Attorneys for Respondent
DIGNITY HEALTH
12

VENTURA
SUPERIOR COURT
**FILED**

MAR 28 2018

MICHAEL D. PLANET
Executive Officer and Clerk
BY:_____, Deputy

**SUSANNE LEON**

13                     SUPERIOR COURT OF THE STATE OF CALIFORNIA

14                         FOR THE COUNTY OF VENTURA

15

16 VERONICA FLORES, an individual,

17                     Petitioner,

18         v.

19 DIGNITY HEALTH, a California corporation;
and DOES 1 through 5, Inclusive,

20

21                     Respondents.

22

Case No. 56-2018-00507600-CU-PA-VTA
Petition filed:  February 2, 2018

**RESPONDENT'S NOTICE OF
REMOVAL TO STATE COURT**

23         TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO THE PETITIONER

24 AND HER ATTORNEYS OF RECORD:

25

26

27

28

SMRH:485800164.1                          RESPONDENT'S NOTICE OF REMOVAL TO STATE COURT

EXHIBIT A (Page 1 of 2)

4

1  **PLEASE TAKE NOTICE** that Respondent Dignity Health removed this action to the

2  United States District Court for the Central District of California, on March 2?, 2018, pursuant to

3  28 U.S.C. §§ 1331, 1441 (a) and (c), 1446(a), (b) and (d).  Attached as **Exhibit A** is a copy of

4  Respondent's Notice of Removal filed with the United District Court, along with the attendant

5  documents.

6  **PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. section 1446(d), the

7  filing of the Notice of Removal in the United States District Court, together with the filing of a

8  copy of said Notice of Removal with this Court, effects the removal of this action, and this Court

9  should proceed no further in this action unless and until this case is remanded from the United

10  States District Court to this Court.

11

12  Dated:  March 2?, 2018

13                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

14

15                          By _____

16                                  RICHARD J. SIMMONS
                                   DANIEL J. McQUEEN
17                                  LINDSAY M. HOLLOMAN
                                   KEAHN N. MORRIS
18
                                   Attorneys for Respondent
19                                  DIGNITY HEALTH

20

21

22

23

24

25

26

27

28

-1-

SMRH:485800164.1                          RESPONDENT'S NOTICE OF REMOVAL TO STATE COURT

EXHIBIT A (Page 2 of 2)

5