SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
DANIEL J. McQUEEN, Cal. Bar No. 217498
LINDSAY M. HOLLOMAN, Cal. Bar No. 271266
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
KEAHN N. MORRIS, Cal. Bar No. 273013
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Respondent
DIGNITY HEALTH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA FLORES, an individual, | Case No. 2:18-cv-02471-JFW(AGRx) |
| Petitioners, | **DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |
| v. | |
| DIGNITY HEALTH, a California corporation; and DOES 1 through 5, Inclusive, | Pursuant to L.R. 83-1.3 |
| Respondents. | [Petition filed: February 2, 2018] |

## DECLARATION OF DANIEL J. McQUEEN

I, Daniel J. McQueen, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for Respondent Dignity Health. I submit this declaration in compliance with Paragraph 3(a) of the Court's Standing Order.

2. I am Lead Trial Counsel for Respondent Dignity Health.

3. I have registered as an ECF User. My e-mail address is dmcqueen@sheppardmullin.com.

4. I have consented to service and receipt of filed documents by electronic means.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2018 at Los Angeles, California.

/s/ Daniel J. McQueen
DANIEL J. McQUEEEN