Samuel F. Galici, Esq. (102496)
LAW OFFICES OF SAMUEL F. GALICI
4333 Park Terrace Dr. Suite 120
Westlake Village, CA 91361
Phone:      (805) 654-1451
Facsimile:  (805) 654-1453
Email: sgalici@employeelawyers.net

Attorneys for Petitioner VERONICA FLORES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA FLORES,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>DIGNITY HEALTH, *et al*.,<br><br>　　　　　　Respondents, | Case No. 2:18-cv-2471-JFW(AGRx)<br><br>**NOTICE OF MOTION FOR REMAND**<br><br>Date: May 7, 2018<br>Time: 1:30 P.M.<br>Place: Dept. 7B United States Courthouse<br>　　　　350 W. First St., Los Angeles |

　　　PLEASE TAKE NOTICE that hearing on Petitioner's Motion for Remand is set for May 7, 2018 at 1:30 P.M. before the Hon. John F. Walter, District Judge, in Department 7B.

　　　The motion is brought pursuant to 28 USC §1447(c) on the grounds that this court lacks subject matter jurisdiction of this civil action pursuant to 28 USC §§ 1331, 1441(a), 1441(c) because it does not involve a federal question. By this motion, Petitioner seeks an order remanding this action to the Superior Court of California for the County of Ventura

and an order requiring Respondent DIGNITY HEALTH to pay Petitioner's actual expenses, including attorney fees, incurred as a result of the removal.

The motion is based on this notice, Declaration of Samuel F. Galici, Memorandum of Points and Authorities and Petitioner's petition, and such further evidence and argument as may be allowed at the hearing.

LAW OFFICES OF SAMUEL F. GALICI
Attorneys for Petitioner

DATED: April 6, 2018          By: _____/s/_____
                                      SAMUEL F. GALICI