Samuel F. Galici, Esq. (102496)
LAW OFFICES OF SAMUEL F. GALICI
4333 Park Terrace Dr. Suite 120
Westlake Village, CA 91361
Phone:      (805) 654-1451
Facsimile:  (805) 654-1453
Email: sgalici@employeelawyers.net

Attorneys for Petitioner VERONICA FLORES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA FLORES,<br><br>Petitioner,<br><br>v.<br><br>DIGNITY HEALTH, *et al.*,<br><br>Respondents, | Case No. 2:18-cv-2471-JFW(AGRx)<br><br>**DECLARATION OF SAMUEL F. GALICI IN SUPPORT OF MOTION FOR REMAND**<br><br>Date: May 7, 2018<br>Time: 1:30 P.M.<br>Place: Dept. 7B United States Courthouse<br>         350 W. First St., Los Angeles |

I, Samuel F. Galici, declare as follows:

1. I am the sole attorney for Petitioner in this action and make this declaration on her behalf.

2. My regular hourly rate is $500.00, and this rate is reasonable based on my extensive experience, success, and public and professional recognition, and the market rate in the community for legal services of the kind and complexity rendered herein. I have expended over 3.5 hours in legal research and analysis before the pre-filing conference, 0.5 hours at the pre-hearing conference, and 1.5 hours preparing these

1

moving papers, and over 1 hour in reviewing filings and orders and communication by email. These hours total 5.5. I anticipate expending at least 2.5 hours on a reply and 4 hours in appearing for hearing. The total hours are 12 hours, equating to reasonable attorney fees of $6,000.00.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 6, 2018 at Westlake Village, California.

                                      /s/
                            SAMUEL F. GALICI