Samuel F. Galici, Esq. (102496)
LAW OFFICES OF SAMUEL F. GALICI
4333 Park Terrace Dr. Suite 120
Westlake Village, CA 91361
Phone:        (805) 654-1451
Facsimile:    (805) 654-1453
Email: sgalici@employeelawyers.net

Attorneys for Plaintiff VERONICA FLORES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA FLORES, <br><br> Petitioner, <br><br> v. <br><br><br> DIGNITY HEALTH, *et al.*, <br><br> Respondents, | Case No. 2:18-cv-2471-JFW(AGRx) <br><br><br><br> **JOINT STATEMENT RE: PRE-FILING CONFERENCE FOR MOTION FOR REMAND** |

  Petitioner VERONICA FLORES and Respondent DIGNITY HEALTH hereby submit their joint statement confirming compliance with Standing Order 5(b) and L.R. 7-3.

  1. <u>Date</u>: On March 30, 2018, Petitioner sent a communication by email to Respondent seeking to meet and confer on her intended motion for remand in conjunction with a meet and confer session regarding Respondent's intended motion to dismiss, proposing to schedule the pre-filing conference on April 4, 2018 at 1:30 P.M. On April 4, 2018, at approximately 1:18 P.M., Petitioner sent an email to Respondent citing legal authority that the United States District Court does not have jurisdiction of this matter

because it does not require an interpretation of the underlying collective bargaining agreement. Later that day, the parties conducted the pre-filing conference.

2. <u>Duration</u>: The conference lasted approximately 30 minutes.

3. <u>Communication Method</u>: The conference took place by telephone.

4. <u>Participants</u>:

For Plaintiff: Samuel F. Galici, Plaintiff's lead counsel

For Respondent: Daniel J. McQueen, Respondent's lead counsel and Lindsay M. Holloman.

<u>Issues Discussed, Resolved and Remaining</u>:

Respondent petitions for confirmation of an arbitration award arising out of a grievance based on a collective bargaining agreement. Plaintiff intends to file a motion for remand on the grounds that the United States District Court does not have jurisdiction because this case does not require an interpretation of the collective bargaining agreement, citing applicable caselaw.

Respondent replied that it set forth in the Notice of Removal the basis on which it contends that this matter requires an interpretation of the collective bargaining agreement.

The parties were unable to resolve these issues, and Petitioner intends to file a motion for remand on April 6, 2018.

```
                              LAW OFFICES OF SAMUEL F. GALICI
                              Attorneys for Petitioner

DATED:  April 5, 2018    By:       /S/
                                SAMUEL F. GALICI
```

|   |   |
|---|---|
|   | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   | RICHARD J. SIMMONS, DANIEL J. McQUEEN |
|   | LINDSAY M. HOLLOMAN, KEAHN N. MORRIS |
|   | Attorneys for Respondent |

DATED:  April 6, 2018        By: ___/s/ Daniel J. McQueen_____
                                            DANIEL J. McQUEEN