SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
DANIEL J. McQUEEN, Cal. Bar No. 217498
LINDSAY M. HOLLOMAN, Cal. Bar No. 271266
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
KEAHN N. MORRIS, Cal. Bar No. 273013
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Respondent
DIGNITY HEALTH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VERONICA FLORES, an individual,<br><br>    Petitioner,<br><br>v.<br><br>DIGNITY HEALTH, a California corporation, and DOES 1 through 5, Inclusive,<br><br>    Respondents. | Case No. 2:18-cv-02471-JFW(AGRx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**[FRCP 12(b)(6)]**<br><br>Date: May 14, 2018<br>Time: 1:30 p.m.<br>Judge: John F. Walter<br>Crtrm: 7A<br><br>[Filed concurrently with: Memorandum of Points and Authorities; and [Proposed] Order] |

PLEASE TAKE NOTICE, that Respondent DIGNITY HEALTH, will and hereby does move, this Court for an Order granting its Motion to Dismiss on May 14, 2018, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7A, of the above-entitled Court, located at 350 W. 1st Street, Los Angeles, CA 90012. This Motion is brought under Federal Rules of Civil Procedure 12(b)(6).

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 4, 2018.

In support of this motion Defendant relies upon this Notice of Motion and Motion; Memorandum of Points and Authorities; Declaration of Daniel J. McQueen; all other pleadings, papers, and records filed in this matter; and on such additional oral and documentary evidence and authority as may be presented at or before the hearing of this Motion.

Dated: April 6, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *Lindsay Holloman*
RICHARD J. SIMMONS
DANIEL J. McQUEEN
LINDSAY M. HOLLOMAN
KEAHN N. MORRIS

Attorneys for Respondent
DIGNITY HEALTH