Samuel F. Galici, Esq. (102496)
LAW OFFICES OF SAMUEL F. GALICI
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Phone:      (805) 654-1451
Facsimile:  (805) 654-1453
Email: sgalici@employeelawyers.net

Attorneys for Petitioner VERONICA FLORES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA FLORES,<br><br>        Petitioner,<br><br>v.<br><br><br>DIGNITY HEALTH, *et al*.,<br><br>        Respondents, | Case No. 2:18-cv-2471-JFW(AGRx)<br><br>**NOTICE OF MOTION AND MOTION FOR NEW TRIAL**<br><br>Date: July 30, 2018<br>Time: 1:30 P.M.<br>Place: Dept. 7B United States Courthouse<br>       350 W. First St., Los Angeles |

PLEASE TAKE NOTICE that on July 30, 2018 at 1:30 P.M. in Dept. 7B, or as soon thereafter as the matter may be heard, Petitioner Veronica Flores will and does hereby move for a new trial.

The motion for new trial is brought pursuant to Rules 59 and 60 of the Federal Rules of Civil Procedure on the grounds that the court has no subject matter jurisdiction and is statutorily mandated to remand this petition, and seeks the setting aside of the judgment, remand to the Ventura Superior Court and an award of attorney fees.

1

1 | The motion is based on this notice of motion and motion, and memorandum of points and authorities.

The motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 25, 2018.

                                          LAW OFFICES OF SAMUEL F. GALICI
                                          Attorneys for Petitioner

DATED: June 28, 2018            By:      /s/
                                                  SAMUEL F. GALICI