Samuel F. Galici, Esq. (102496)
LAW OFFICES OF SAMUEL F. GALICI
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Phone:     (805) 654-1451
Facsimile:  (805) 654-1453
Email: sgalici@employeelawyers.net

Attorneys for Petitioner VERONICA FLORES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA FLORES,<br><br>               Petitioner,<br><br>   vs.<br><br>DIGNITY HEALTH, *et al.*,<br><br>               Respondents, | Case No. 2:18-cv-2471-JFW-AGR<br><br><br><br>**NOTICE OF APPEAL** |

   Notice is hereby given that VERONICA FLORES, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment dismissing the petition entered in this action on May 11, 2018 and the Order Denying Motion for New Trial and Statement of Decision Denying Motion for New Trial entered in this action on July 26, 2018.

                         LAW OFFICES OF SAMUEL F. GALICI
                         Attorneys for Plaintiff VERONICA FLORES

DATED:  July 27, 2018      By:      /S/
                              SAMUEL F. GALICI

1