JS-5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 18-2471-JFW(AGRx)** | Date:  January 9, 2020 |
| Title: | Veronica Flores -v- Dignity Health, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):    ORDER GRANTING PETITIONER LEAVE TO FILE AN AMENDED PLEADING**

On January 6, 2020, the Ninth Circuit Court of Appeals issued its Mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, remanding this action to this Court.  In light of the Ninth Circuit's decision, the Court **REOPENS** this action and **GRANTS** Petitioner Veronica Flores ("Petitioner") leave to file an amended pleading.  Petitioner shall file her amended pleading by January 27, 2020.  In addition, the Court has filed an Amended Standing Order in this action.

IT IS SO ORDERED.