AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| VERONICA FLORES <br><br> *Plaintiff(s)* <br> v. <br> DIGNITY HEALTH, a California corporation, SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 121RN, a labor organization, and DOES 1 through 5, Inclusive, <br> *Defendant(s)* | Civil Action No. 2:18-cv-02471-JFW-AGR |

## SUMMONS IN A CIVIL ACTION
### ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)* SEIU Local 121RN
1040 Lincoln Ave.
Pasadena, CA 91103

DIGNITY HEALTH, c/o Daniel J. McQueen, Esq.
Sheppard Mulliin Richter & Hampton
333 S. Hope Street, 43rd Floor, Los Angeles, CA 90071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Samuel F. Galici
Law Offices of Samuel Franklin Galici
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 31, 2020

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-02471-JFW-AGR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: