| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Samuel Galici SBN 102496**<br>**Law Offices of Samuel F. Galici**<br>**2945 Townsgate Road Suite 200**<br>**Westlake Village, CA 91361**<br>ATTORNEY FOR  **Petitioner** | **(805) 654-1451** | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Veronica Flores v. Dignity Health | | |
| DATE:           TIME:           DEP./DIV. | | CASE NUMBER:<br>2:18-cv-2471-JFW-AGR |
| | **Declaration of Service** | Ref. No. or File No:<br>VF |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:
**Summons; First Amended Complaint**

On: **Service Employees International Union Local 121RN**

I served the above listed documents in accordance with FRCP 4(h) or CCP 415.20(a)

at: **1600 N. Rose Ave. 3rd Floor  Oxnard, CA 93030**

On: **2/7/2020**           Date:  **03:15 PM**

In the above mentioned action  by serving to and leaving with
**Nina Wells - President of the Union**

Person attempting service:

  a. Name: **Brett Peters**
  b. Address: **801 S. Victoria Suite 304, Ventura, CA 93003**
  c. Telephone number: **805-650-9077**
  d. **The fee** for this service was: **75.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



**Brett Peters**           Date: **02/07/2020**