SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
DANIEL J. McQUEEN, Cal. Bar No. 217498
TYLER J. JOHNSON, Cal. Bar No. 307386
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:  213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
KEAHN N. MORRIS, Cal. Bar No. 273013
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:  415.434.3947

Attorneys for Respondent
DIGNITY HEALTH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VERONICA FLORES, an individual,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DIGNITY HEALTH, a California corporation, and DOES 1 through 5, Inclusive,<br><br>　　　　　Respondents. | Case No. 2:18-cv-02471-JFW(AGRx)<br><br>**RESPONDENT DIGNITY HEALTH'S RESPONSE TO PETITIONER'S REQUEST FOR ENTRY OF DEFAULT** |

Respondent Dignity Health hereby provides its response to the Declaration of Samuel Galici requesting the clerk enter default against Dignity Health filed on February 14, 2020.

As Petitioner Veronica Flores herself acknowledges, Dignity Health filed a response to her petition on February 10, 2020 when it submitted its motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). "A Rule 12(b)(6) motion must be made before the responsive pleading." MacDonald v. Grace Church Seattle, 457 F.3d 1079, 1081 (9th Cir. 2006); see also FRCP 12(a)(4) (stating that serving a motion under Rule 12 alters the responsive pleading deadline and tolls it until the court rules on the motion). Thus, Dignity Health is not in default. The fact that the pleading was rejected on procedural grounds for failure to follow the Court's local rule concerning meet and confer efforts does not mean the response was not filed. Dignity Health apologizes for the failure to initially follow the meet and confer local rule, but notes it has scheduled the required meeting with Petitioner's counsel for February 19. After this conference, Dignity Health will refile its motion to dismiss (assuming Petitioner does not agree to voluntarily dismiss).

Dated:  February 18, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:     */s/* TYLER J. JOHNSON
RICHARD J. SIMMONS
DANIEL J. McQUEEN
KEAHN N. MORRIS
TYLER J. JOHNSON

Attorneys for Respondent
DIGNITY HEALTH